# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 2  U.S. Government
       Defendant

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
      & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
      Student Loans
      (Excludes Veterans)
☐ 153 Recovery of Overpayment
      of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
      Liability
☐ 320 Assault, Libel &
      Slander
☐ 330 Federal Employers'
      Liability
☐ 340 Marine
☐ 345 Marine Product
      Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
      Product Liability
☐ 360 Other Personal
      Injury
☐ 362 Personal Injury -
      Medical Malpractice

### CIVIL RIGHTS

☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
      Accommodations
☐ 445 Amer. w/Disabilities -
      Employment
☐ 446 Amer. w/Disabilities -
      Other
☐ 448 Education

**PERSONAL INJURY**
☐ 365 Personal Injury -
      Product Liability
☐ 367 Health Care/
      Pharmaceutical
      Personal Injury
      Product Liability
☐ 368 Asbestos Personal
      Injury Product
      Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
      Property Damage
☐ 385 Property Damage
      Product Liability

### PRISONER PETITIONS

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate
      Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee -
      Conditions of
      Confinement

### FORFEITURE/PENALTY

☐ 625 Drug Related Seizure
      of Property 21 USC 881
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards
      Act
☐ 720 Labor/Management
      Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical
      Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement
      Income Security Act

### IMMIGRATION

☐ 462 Naturalization Application
☐ 465 Other Immigration
      Actions

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal
      28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated
      New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets
      Act of 2016

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff
      or Defendant)
☐ 871 IRS—Third Party
      26 USC 7609

### OTHER STATUTES

☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC
      3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and
      Corrupt Organizations
☐ 480 Consumer Credit
      (15 USC 1681 or 1692)
☐ 485 Telephone Consumer
      Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/
      Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information
      Act
☐ 896 Arbitration
☐ 899 Administrative Procedure
      Act/Review or Appeal of
      Agency Decision
☐ 950 Constitutionality of
      State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
      Proceeding
☐ 2 Removed from
      State Court
☐ 3 Remanded from
      Appellate Court
☐ 4 Reinstated or
      Reopened
☐ 5 Transferred from
      Another District
      *(specify)*
☐ 6 Multidistrict
      Litigation -
      Transfer
☐ 8 Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.  Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **KEVIN BRENEN; REBECCA BRENEN;** | : | |
| **SONNY ESLAMPOUR;** | : | |
| **LOAN LAM; MICHAEL MYERS;** | : | **CIVIL ACTION** |
| **FRANK NGUYEN;  MOELJADI SANTOSO** | : | |
| **and PHANNA SO;** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO. _____** |
| **v.** | : | |
| | : | |
| **VBIT TECHNOLOGIES CORPORATION;** | : | |
| **VBIT MINING, LLC; ADVANCED MINING** | : | |
| **GROUP; DANH CONG VO a/k/a DON VO;** | : | **JURY TRIAL DEMANDED** |
| **KATIE VO; SEAN TU; JIN GAO; LILLIAN** | : | |
| **ZHAO; THEODORE B. MUCELLIN, ESQ.** | : | |
| **JOHN DOE INDIVIDUALS 1-10;** | : | |
| **and ABC COMPANIES 1-10;** | : | |
| | : | |
| **Defendants.** | : | |

---

## COMPLAINT

Plaintiffs, Kevin Brenen, Rebecca Brenen, Sonny Eslampour, Loan Lam, Michael Myers,

Frank Nguyen, Moeljadi Santoso and Phanna So, (hereafter referred to as "Plaintiff" or

"Plaintiffs"), through their undersigned counsel, bring this Complaint against Defendants, VBIT

Technologies Corporation. (hereafter referred to as "Vbit"), VBIT Mining, LLC (hereafter

referred to as "Vbit Mining"), Advanced Mining Group (hereafter referred to as "Advanced

Mining"), Danh Vo, a/k/a Don Cong Vo, (Hereafter referred to as "Mr. Vo"), Katie Vo (hereafter

referred to as "Ms. Vo"), Lillian Zhou (hereafter referred to as "Ms. Zhao"), Sean Tu (hereafter

referred to as "Mr. Tu"),  Jin Gao  (hereafter referred to as "Mr. Gao"), and Theodore B.

Mucellin, Esquire.(hereafter referred to as "Mr. Mucellin"). John Doe Individuals one through

ten, and ABC Companies one through ten, for violations of Federal securities laws, R.I.C.O

violations, and Pennsylvania law, including breach of contract, common law fraud, theft by

deception, and claims in equity, including unjust enrichment and quantum meruit.  Any general

reference to "Defendants" could mean either a single Defendant, a partial group of Defendants,

or all Defendants, and more specific inclusions or exclusions may be provided in the appropriate

section of this Complaint or as the litigation proceeds to the discovery phase. In support of this

Complaint, Plaintiffs allege the following:

## NATURE OF THE ACTION

1.      "Mining" for "virtual currency" or cryptocurrency involves utilizing the power of a

highly sophisticated computer to solve complex algorithms or equations that verify "blocks" of

transactions in the particular cryptocurrency, which in this case is Bitcoin.

2.      Defendants, among other illegal activities, engaged in activities that amounted to what is

referred to in the cryptocurrency realm as a "rug-pull" scheme.

3.      Defendants used the lure of profits from the mining of Bitcoin to defraud Plaintiffs.

4.      Defendants' scheme has become common in the bitcoin industry.

5.      Defendants and Plaintiffs entered into either a "Purchase and Hosting Agreement" or a

"Payment and Hosting Agreement Contract", and the contract utilized by Defendants depended

upon whether the arrangement involved payment in full for the equipment and hosting (the

former), or a deposit followed by monthly installment payments (the latter).  (Note- The specific

type of contract for each Plaintiff will be provided later in this Complaint)

6.      According to Defendants' representations, their mining equipment would allow Plaintiffs

to utilize computing power to "mine" for Bitcoin and that mining for Bitcoin utilizing

Defendants' computer equipment and hosting service, Plaintiffs would be rewarded with new Bitcoin.

7.      The value of Bitcoin fluctuates depending on market conditions.

8.      In this rug-pull scheme, the Defendants marketed and sold specialized equipment and services to Plaintiffs which allowed them to mine for Bitcoin and deposit the Bitcoin into a virtual wallet or account that was hosted by, and under the ultimate control of, Defendants.

9.      Defendants appear to have offered and sold unregistered securities which were products and services that did not exist in the form the Defendants indicated to Plaintiffs that it did.

10.     Upon information and belief, Plaintiffs' purported individual virtual wallets were merely numbers/amounts contained in a virtual database and not individualized or compartmentalized units of Bitcoin associated with individual customers as promised by Defendants.

11.     Upon information and belief, Defendants were not offering and maintaining individualized, hardware-hosted mining services to Plaintiffs as they represented; rather, Defendants were either engaged in "cloud mining," or a similar arrangement whereby Plaintiffs' computing power—called a "hash rate"—was pooled together and wholly unrelated to the physical products and service they are purportedly selling.

12.     Upon information and belief, Plaintiffs' investments were fraudulently and improperly pooled and commingled with investments from other customers of Defendants, and the misrepresented amounts of Bitcoin reported in Plaintiffs' individual virtual wallets were determined arbitrarily by Defendants.

13.     Upon information and belief, Defendants misrepresented their capabilities to Plaintiffs and sold far more computer mining power than they pooled together, owned outright, or leased from other third parties; and stole for their own benefit Bitcoin that the Plaintiffs were entitled to based on the parties Agreements.

14.     Upon information and belief, Plaintiffs aver that Defendants have engaged in a "Ponzi Scheme", whereby funds derived from newer sales of mining packages

were utilized to pay customers who purchased their packages at an earlier point in time.

15.     On January 31, 2022, Vbit and Vbit Mining announced that they had been sold to Advanced Mining.

16.      In April of 2022, when the value of Bitcoin suffered a precipitous decline, and the Defendants' scheme began to be exposed, Defendants purposely and intentionally denied all access and withdrawals from Plaintiffs' virtual Bitcoin wallets.

17.     On June 27, 2022, Advanced Mining emailed Plaintiffs stating that they would no longer be able to service US-based accounts and that they would be agreeable to buy-outs.

18.     Thereafter, Defendants failed to respond to phone calls, emails and other correspondence sent to them by Plaintiffs requesting refunds and access to their Bitcoin.

19.     To date, Defendants have failed to respond to Plaintiffs repeated requests to resolve these matters.

20.     To date, Defendants have failed to refund any monies paid by Plaintiffs in connection with the Agreements, and Plaintiffs continue to be denied access to their Defendants'-hosted dashboard which contains their virtual Bitcoin wallets.

21.     As put forth more fully below, Defendants have engaged in Federal securities fraud, RICO violations, theft by deception, breach of contract and common law fraud in violation of the Securities Exchange Act of 1934 (hereafter referred to as the "Securities Act") and Pennsylvania law.

22.     Upon information and belief, Mr. Vo, Ms. Vo, Ms. Zhou, Mr. Tu, Mr. Gao, and Mr. Mucellin, have engaged in this fraudulent scheme by committing acts of deception, misrepresentation, and misfeasance resulting in personal and individual culpability and each should be held personally liable for the misconduct of Vbit Tech, Vbit Mining, and Advanced Mining.

23.     These actions feature an association-in-fact RICO enterprise constituted by several individuals and corporate entities that conducted and conspired to conduct their affairs through a fraudulent Bitcoin mining scheme. That scheme promised the sales, leasing, and servicing of specialized computer hardware to produce Bitcoins for customers, but in reality functioned as a massive Ponzi scheme that paid out the promised Bitcoins only as long as new victims provided additional funds to do so.

24.     Although cryptocurrency mining has been profitable for some individuals, it has also provided a vehicle for opportunists to prey on cryptocurrency consumers. As alleged herein, Defendants are opportunists in this regard. Defendants Danh Cong Vo, Phuong D Vo, Sean Tu, Jin Gao, Theodore Mucellin, Vbit Tech, Vbit Mining, and Advanced Mining directed the operation or management of the association-in-fact "Bitcoin Mining Fraud Enterprise" and conspired to recruit Plaintiffs to enter into contracts to purchase Bitcoin mining packages that Defendants promised would enable Plaintiffs to mine Bitcoin.  By offering Plaintiffs the chance to own mining packages, Defendants promised Plaintiffs they could generate a steady stream of

Bitcoin and, as such, obtain Bitcoin by purchasing the machines and servicing of those machines needed to generate it without taking on the higher risks associated with trading Bitcoin by simply attempting to time the market.

25.    Defendants promised that through these mining packages, Plaintiffs would lease (with the option to eventually purchase) computer hardware that was hosted in a facility maintained by Defendants, where the hardware would efficiently mine Bitcoin for Plaintiffs. Over time, Plaintiffs would accumulate Bitcoin, which was kept in what are referred to as "virtual wallets," and which could be (a) used to purchase additional mining packages from the Defendants, (b) held as an investment, (c) converted to U.S dollars (or other government issued currency), or (d) used to buy goods or services.

26.    Defendants further promised that Plaintiffs could earn commissions and increase the computing power of their own mining packages if they recruited their friends and family to buy mining packages.

27.    Defendants' advertised offerings and representations, however, were a complete sham, and in this manner, Defendants have engaged in a classic Ponzi scheme.

28.    Defendants did not actually lease and/or sell to Plaintiffs the hardware they represented they controlled and hosted in their data centers. They sold and leased to Plaintiffs far more computing power than they actually controlled. Defendants converted for their own benefit any Bitcoin mined from any hardware they purported to lease to Plaintiffs and the Class.

29.    Defendants relied on funds from new victims to pay earlier victims. In other words, rather than generating new Bitcoins as promised, Defendants moved funds from more recent customers

into the accounts of earlier-in-time customers to give the false appearance of a prosperous business.

30.     Defendants fueled their Ponzi scheme with multi-level marketing, which turned its customer base into a sales force that would recruit family, friends and colleagues to become new victims.

31.     Defendants incentivized their customer sales force with Bitcoin bonuses added to their virtual wallets and the lure of luxury vacations, boats, and sports cars for achieving recruiting goals.

32.     Defendants' scheme worked so long as they secured new customers and so long as the price of Bitcoin continued to rise.

33.     Defendants fraudulently induced their customers to purchase products that did not exist. Further, Defendants developed a multi-level marketing scheme to create the income necessary to pay earlier customers. In doing so, Defendants utilized the internet, credit card wire transactions, ACH bank wire transactions, and the promise of interstate shipping services to carry out their fraud. As such, Defendants' scheme constitutes the predicate RICO acts of mail and wire fraud under 18 U.S.C. §§ 1341, 1343.

34.     When the price of Bitcoin plummeted from a high of nearly $69,000 in November 2021 to almost half that, around $35,000, in January 2022, Defendants realized they could no longer sustain their fraudulent scheme.

35.     In order to conceal their original fraud and attempt to avoid responsibility for the impending collapse, Defendants on January 31, 2022 "sold" Vbit Tech to Advanced Mining, a supposed "Asian-based company" with "global" cryptocurrency operations. However, there is no

evidence that Advanced Mining existed prior to the "sale." (Nor is there evidence that Advanced Mining's announced CEO Lillian Zhao actually exists.) And as recently as October 18, 2022, Defendants sent an email to customers indicating that Vbit Tech is merely doing business as Advanced Mining.

36.    Upon information and belief, it appears that the Advanced Mining "sale" was merely a ploy for Defendants to buy time and avoid responsibility, and permit the "enterprise" to continue victimizing customers before the inevitable collapse.

37.    By June of 2022, the price of Bitcoin had fallen to below $20,000, and Defendants could no longer attract enough new customers to maintain the fraud.

38    Defendants' solution was to (a) freeze their customers' virtual wallets, preventing customers from accessing the valuable Bitcoin they supposedly held, and (b) continue using the computer hardware they purportedly sold or leased to Plaintiffs for Defendants' own benefit.

38.    Plaintiffs seek to recover the money and Bitcoin that they paid to Defendants, all Bitcoin currently held by Defendants and belonging to Plaintiffs punitive damages, attorneys' fees, and the costs of this action.

## JURISDICTION AND VENUE

39    Plaintiffs incorporate the above averments as though fully set forth at length herein.

40    This Court has jurisdiction over the subject matter of this action under the Securities Act, 15 U.S.C.A §77o and 28 U.S.C.A. § 1331. Plaintiffs' claims arise under Sections 10(b) and 15 of the Securities Act, 15 U.S.C. §§ 78k(b) and 78t(a). This Court has supplemental jurisdiction, under 28 U.S.C. §1367, over all remaining Pennsylvania state common law claims.

41      Additionally, Plaintiffs bring this action pursuant to RICO, 18 U.S.C. § 1964(c), which confers jurisdiction upon this Court over the subject matter of this action.

42      The contractual agreements referenced herein and the products and services sold thereunder, i.e., Defendants' "hosting services" and "mining equipment," constitute investment contracts and securities, respectfully, under Section 3(a)(10) of the Securities Act, 15 U.S.C.A. §78c, because they are investments in common ventures premised on a reasonable expectation of profits to be derived primarily from the entrepreneurial or managerial efforts of others.

43      Separately, this Court independently has jurisdiction over the subject matter of this action under 28 U.S.C.A. § 1332(a)(1) because, upon information and belief, the parties are citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

44      Venue is proper in the Eastern District of Pennsylvania under 28 U.S.C.A. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in the District and, based on information and belief, Advanced Mining is physically located within the District.

45      Defendants engaged in interstate commerce to advance their fraudulent RICO enterprise.

## THE PARTIES

46.      Plaintiffs incorporate the above averments as though fully set forth at length herein.

47.      Plaintiff, Kevin Brenen, is a competent adult individual with an address located

at 230 South Catalina Avenue, #308, Redondo Beach, California 90277.

48.      Plaintiff, Rebecca Brenen, is a competent adult individual with an address located at 230 South Catalina Avenue, #308, Redondo Beach, California 90277.

49.     Plaintiff, Michael Myers, is a competent adult individual with an address located at 418 West Thompson Street, Philadelphia, Pennsylvania 19122.

50.     Plaintiff, Molejadi Santoso, is a competent adult individual with an address located at 2016 Tioga Loop, Hercules, California 94547.

51.     Plaintiff, Loan Lam, is a competent adult individual with an address located at 4113 Bartlett Avenue, Rosemead, California 91770.

52.     Plaintiff, Phanna So, is a competent adult individual with an address located at 7070 Ducketts Lane, Apartment #203, Elkridge, Maryland 21075.

53.     Plaintiff, Sonny Eslampour, is a competent adult individual with an address located at 555 South Rancho Santa Fe Road, Suite 100, San Marcos, California 92078.

54.     Plaintiff, Frank Nguyen, is a competent adult individual with an address located at 2700 Botticelli Drive, Henderson, Nevada 89052.

55.     Defendant, Vbit Tech, is a Delaware corporation with a principal place of  business located at 1625 Washington Avenue, Philadelphia, Pennsylvania 19146

56.     Defendant, Vbit Mining, is a Delaware Limited Liability Company with a principal place of business located at 1625 Washington Avenue, Philadelphia, Pennsylvania 19146.

57.     Upon information and belief, none of Vbit Mining's members are domiciled in the State of Rhode Island.

58.     According to Defendants, Vbit Mining is a direct subsidiary of Vbit Tech.

59.     According to Defendants, Advanced Mining is an "Asian-based" foreign entity whose activities either are located at 1625 Washington Avenue, Philadelphia, Pennsylvania 19146,

and/or who operates as the alter ego or instrumentality of Vbit Tech, Vbit Mining, and/or the individual Defendants.

60.    Defendant, Mr. Vo, is a competent adult individual who, upon information and belief, has an address and resides at 1823 South Dover Street, Philadelphia, Pennsylvania 19145.  Mr. Vo was the Chief Executive Officer of Vbit Tech and Vbit Mining until about January of 2022.

61.    Defendant, Ms. Vo, is a competent adult individual who, upon information and belief, has an address and resides at 1823 South Dover Street, Philadelphia, Pennsylvania 19145

62.    Defendant, Mr. Tu, is a competent adult individual, who, upon information and belief, has an address and resides at 1390 Braun Court, Eagon, Minnesota 55123.  Mr. Tu is the former Chief Technology Officer of Vbit Tech and Vbit Mining, and the current Chief Operating Officer of Advanced Mining.

63.    Defendant, Mr. Gao, is a competent adult individual who is purportedly employed as Vice Chairman of Advanced Mining and works at 1625 Washington Street, Philadelphia, Pennsylvania 19146, and, upon information and belief, resides in Philadelphia, Pennsylvania.

64.    Defendant, Ms. Zhao, is a competent adult individual, the current Chief Executive Officer of Advanced Mining, and, upon information and belief, resides in Philadelphia, Pennsylvania.

65.    Defendant, Theodore B. Mucellin, Esquire, is a competent adult individual, who, based upon information and belief, is the former Chief Operating Officer of Vbit Tech and/or Vbit Mining and/or Advanced Mining, and has an address at 1212 East Susquehanna Avenue, Apartment E, Philadelphia, Pennsylvania 19125.

## FACTUAL ALLEGATIONS

### Kevin Brenen

66.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

67.    Plaintiff, Kevin Brenen, entered into two separate Agreements with Defendants. On or about March 16, 2021, Mr. Brenen signed a Payment & Hosting Agreement Contract, and paid a deposit of $8,105.  On or about October 15, 2021, Mr. Brenen signed a second contract and paid a deposit of $9,312.  (See Agreements attached as Exhibit A)

68.    In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Mr. Brenen's virtual wallet, and, to date, have failed to refund Mr. Brenen's investment.

69.    Defendants have breached the contracts with Mr. Brenen and he is owed a total of $17,417 for the breach, plus an amount to be determined based on the fair value of Bitcoin that he earned and that was contractually required to be in his virtual wallet at the time of the breach.

### Rebecca Brenen

70.    Plaintiff, Rebecca Brenen, entered into an Agreement with Defendants. On or about April 12, 2021, Ms. Brenen signed a Payment & Hosting Agreement Contract, and paid a deposit of $29,612.  (See Agreement attached as Exhibit B)

71.    In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Ms. Brenen's virtual wallet, and, to date, have failed to  refund Ms. Brenen's investment.

12

72.     Defendants have breached the contract with Ms. Brenen and she is owed a total of $29,612 for the breach, plus an amount to be determined based on the fair value of Bitcoin that she earned and that was contractually required to be in her virtual wallet at the time of the breach.

**Michael Myers**

73.     Plaintiff, Michael Myers, entered into an Agreement with Defendants. On or about November 2, 2021, Mr. Myers signed a Purchase & Hosting Agreement, and paid an amount of $59,388.  (See Agreement attached as Exhibit C)

74.     In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Mr. Myers virtual wallet, and, to date, have failed to refund Mr. Myers' investment.

75.     Defendants have breached the contract with Mr. Myers and he is owed a total of $52,388 for the breach, plus an amount to be determined based on the fair value of Bitcoin that he earned and that was contractually required to be in his virtual wallet at the time of the breach.

**Moeljadi Santoso**

76.     Plaintiff, Moeljadi Santoso, entered into two separate Agreements with Defendants. On or about March 19, 2021, Mr. Santoso signed a Payment & Hosting Agreement Contract, and paid a deposit of $24,314.  On or about November 23, 2021, Mr. Santoso signed a second contract and paid in full an amount of $46,516.  (See Agreements attached as Exhibit D)

77.     In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Mr. Santoso's virtual wallet, and, to date, have failed to refund Mr. Santoso's investment.

78.     Defendants have breached the contract with Mr. Santoso and he is owed $70,830 for the breach, plus an amount to be determined based on the fair value of Bitcoin that he earned and that was contractually required to be in his virtual wallet at the time of the breach.

### Loan Lam

79.     Plaintiff, Loan Lam, entered into an Agreement with Defendants. On or about December 1, 2021, Ms. Lam signed a Purchase & Hosting Agreement, and paid in full an amount of $17,464.  (See Agreement attached as Exhibit E)

80.     In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Ms. Lam's virtual wallet, and, to date, have failed to refund Ms. Lam's investment.

81.     Defendants have breached the contract with Ms. Lam and she is owed a total of $17,464 for the breach, plus an amount to be determined based on the fair value of Bitcoin that she earned and that was contractually required to be in her virtual wallet at the time of the breach.

### Phanna So

82.     Plaintiff, Phanna So, entered into two separate Agreements with Defendants. On or about February 28, 2022, Ms. So signed a Purchase & Hosting Agreement and paid an amount of $74,409.  On or about March 30, 2022, Ms. So signed a second contract and paid in full an amount of $33,474.  (See Agreements attached as Exhibit F)

14

83.    In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Ms. So's virtual wallet, and, to date, have failed to refund Ms. So's investment.

84.    Defendants have breached the contracts with Ms. So and she is owed a total of $107,883 for the breach, plus an amount to be determined based on the fair value of Bitcoin that she earned and that was contractually required to be in her virtual wallet at the time of the breach.

**Sonny Eslampour**

85.    Plaintiff, Sonny Eslampour, entered into an Agreement with Defendants. On or about May 19, 2021, Mr. Eslampour signed a Payment & Hosting Agreement Contract, and paid a deposit amount of $82,638.  (See Agreement attached as Exhibit G)

86.    In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Mr. Eslampour's virtual wallet, and, to date, have failed to refund Mr. Eslampour's investment.

87.    Defendants have breached the contract with Mr. Eslampour and he is owed a total of $96,040.44, which reflects the amount of his total investment, including his deposit and monthly installment payments, minus credits/withdrawals from his virtual wallet account before access was denied, for the breach, plus an amount to be determined based on the fair value of Bitcoin that he earned and that was contractually required to be in his virtual wallet at the time of the breach.

**Frank Nguyen**

88.     Plaintiff, Frank Nguyen, entered into an Agreement with Defendants. On or about May 19, 2021, Mr. Nguyen signed a Payment & Hosting Agreement Contract, and paid a deposit amount of $82,638.  (See Agreement attached as Exhibit H)

89.     In or about May of 2022, Defendants stopped paying out Bitcoin, denied access and withdrawals from Mr. Nguyen's virtual wallet, and, to date, have failed to refund Mr. Nguyen's investment.

90.     Defendants have breached the contract with Mr. Nguyen and he is owed a total of $120,788.75, which reflects the amount of his total investment, including his deposit and monthly installment payments, minus credits/withdrawals from his virtual wallet account before access was denied, for the breach, plus an amount to be determined based on the fair value of Bitcoin that he earned and that was contractually required to be in his virtual wallet at the time of the breach.

     A.  Definitions

91.     Cryptocurrencies: Digital assets that operate on computer networks where computers run copies of the same program. While the computers are linked to one another, no one computer controls the network, and no government or central bank backs the currency. Because no computer controls the network, it is referred to as a "decentralized" network. The computer networks operate to (i) process cryptocurrency transactions and (ii) to maintain the database that records and stores the transactions.

92.     Blocks: As used herein, sets of cryptocurrency transactions that   are grouped together to form a block.

93.    Blockchain: As used herein, a ledger of all the blocks that comprise a particular cryptocurrency and serves as a long running receipt containing every transaction ever recorded on that cryptocurrency.

94.    Bitcoin: The most popular cryptocurrency and the cryptocurrency at issue in this case.

95.    Bitcoin Mining: A process that involves networks of computers that work to solve complicated math problems. The purposes of solving the math problem are to verify that Bitcoin transactions are legitimate and to add new blocks to the blockchain. In return for contributing their processing power, the owners of the Bitcoin mining computers on the network are rewarded with new Bitcoins.

96.    Virtual wallet: A digital application (commonly referred to as an "app") or other software used for storing and protecting confidential information that gives a customer control over his or her cryptocurrency.

97.    Mining Packages: As used herein, the products sold by Defendants. Mining packages include (a) a lease on computer hardware (with an option to purchase at the end of the lease) used to mine Bitcoin, and (b) hosting services that power the hardware and connect it to a network.

98.    Hashrate Power: The measure of computing power that determines how quickly a computer can mine cryptocurrency.

99.    Multi-Level Marketing: The practice of selling goods or services on behalf of a company whereby the members of the sales force receive commissions on their sales as well as the sales of any participants they recruit.

B.  Cryptocurrencies, Bitcoin, and Mining

100.    Bitcoin is the world's first and most popular cryptocurrency.

101.    Bitcoin relies on a blockchain technology to process Bitcoin transactions. By utilizing the blockchain, Bitcoin serves as an alternative to more traditional, government-backed currencies.

102.    Bitcoin relies on significant computer processing power to keep track of all its transactions and to maintain the blockchain.

103.    The blocks are verified through a process in which Bitcoin miners race to solve a complicated math problem.

104.    The first miner to solve the problem can update the block on the blockchain and is then rewarded with a set amount of Bitcoin.

105.    Bitcoin was designed so that the miners are rewarded with new Bitcoins for their work in maintaining the blockchain.

106.    The result is that maintaining a Bitcoin mine keeps Bitcoin running while also turning a profit for the owner.

107.    In the early days of Bitcoin, from 2009-2012, Bitcoin miners could mine from their personal desktop computers, but that is no longer the case.

108.    It is estimated that between 2011 and 2018, the amount of computing power used in mining Bitcoin increased by a factor of 100 million.

109.    As the number of miners increased so did the competition, and miners with greater computing power (i.e., hashrate) have better odds of solving the math problems and reaping the Bitcoin rewards.

110.   Today, the computing hardware necessary to mine Bitcoin can cost tens of thousands of dollars and the electricity needed to operate the computer terminals can be exorbitant, potentially exceeding the value of any mined Bitcoin.

111.   Given the hardware and electricity costs, Bitcoin miners have worked collectively in mining enterprises, which offer customers the ability to participate in Bitcoin mining and buy or lease the necessary computer power and hardware.

112.   With Bitcoin's (and other cryptocurrencies') growth in popularity has come an opportunity for fraudsters like Defendants to take advantage of customers looking to get a toehold in cryptocurrency.

113.   Thousands of customers have already been duped into cryptocurrency-related frauds including, as here, Ponzi schemes.

   C.   Vbit, Advanced Mining, and Their Known Principals

114.   Mr. Vo started Vbit Tech and Vbit Mining (collectively, "Vbit") in 2018 and lured customers with promises that they could mine Bitcoin like large institutional miners who run gigantic servers dedicated to Bitcoin mining and operate where electricity is inexpensive.

115.   Mr. Vo distinguished Vbit with the claim he could give average people a chance to participate in what appeared to be a gold rush without all the risk associated with investing in a highly volatile cryptocurrency such as Bitcoin.

116.   Vbit offered two primary products and services: (a) computer hardware, or "hashboards" specialized for Bitcoin mining, and (b) so-called "hosting" services, which would enable customers to mine Bitcoin with little or no effort.

19

117.    Vbit advertised on its website, "[y]ou don't need to do anything regarding the setup or maintenance of your hardware. We take care of logistics, installing and updating software, providing affordable electricity, and keeping your equipment cool and in working order."

118.    Through marketing and advertising, Vbit represented to Plaintiffs that it "operate[s] some of the largest and most efficient mining facilities in the world, with unprecedented access to clean, cheap power and expert staff."

119.    Thus, Vbit advertised that it would host its customers' individualized computer hardware in its data centers and that its customers would control the extent of their participation in the mining of Bitcoin, and in exchange the customers would be responsible for "hosting" costs.

120.    Vbit sold several mining packages, some of which included a set period of hosting with the upfront price of the package, while others required a down payment followed by monthly hosting charges.

121.    Though Vbit's ownership and operational structure is murky, upon information and belief, Mr. Vo co-founded Vbit with Mr. Gao and was Vbit's Chief Executive Officer from its founding in 2018 through January 2022.

122.    Advanced Mining, which now purportedly owns Vbit, similarly claims on its website that it can provide customers the opportunity to purchase their personal Bitcoin mining equipment with "custom designed data centers," the "cheapest electricity rates," and "efficient mining systems."

123.    Advanced Mining's website further advertises that Bitcoin mining previously required "a huge amount of know-how, but now anyone can leverage [Advanced Mining's] experts' skills relieving you of setup and maintenance, so you can focus on the more important things to ensure

a profitable operation." Advanced Mining advertises that it is "Highly Proven & Trusted. "Built by technology and financial experts, our US-based operations are designed for clients who seek a reliable partner. Our customer support is staffed by proven mining specialists. Any questions or concerns? Just call or write!"

124.    Mr. Tu was Vbit's Chief Technology Officer, and presently serves as the Chief Operating Officer of Advanced Mining. According to Mr. Tu's LinkedIn profile, Mr. Tu sought to provide Vbit customers with "the technology, infrastructure, services and support that enables them to be successful miners and achieve their financial goals."

125.    Upon information and belief, Mr. Gao is a co-founder of Vbit, once held the title Vice President of Vbit, and presently serves as Advanced Mining's "Vice Chairman."

126.    Mr. Gao had an active role in promoting Vbit.

127.    Ms. Vo is credited with inspiring Mr. Vo to launch Vbit. She was a leader in the organization, and in a speech given at a 2019 gala to celebrate Vbit's first year referred to Vbit as her "child."

   D.  Vbit's "Hosting" Contract with Plaintiffs

128.    Plaintiffs entered into the Contract with Vbit and Advanced Mining. The Contract was drafted by Defendants, is uniform and applies consistently to all Plaintiffs.

129.    Defendants also made promises about the nature of the products and services provided by the Contract on their website's FAQ section.

130.    Defendants offer and currently advertise different mining packages ranging from "Silver" on the low end (purportedly 33,333 in giga hash per second power ("GH/s") for $2,443) to "Black Diamond" on the high end (purportedly 800,000 GH/s for $58,619).3

131.    Under the Contract, Vbit and Advanced Mining represented that they would be utilizing individualized mining equipment for the benefit of Plaintiffs:

132.    The FAQ on Defendants' website emphasizes the physical and customer-specific nature of the hardware being purchased:

Is Advanced Mining a cloud mining company?

No, Advanced Mining is a hardware reseller offering hosting services. The consumer purchases actual ASIC hardware and NOT a cloud mining contract. Customers can choose to utilize our superior hosting services or have their hardware shipped to them, subject to shipping and handling charges. Please refer to our Terms and Conditions for details.

133.    Under the Contract, Plaintiffs leased Bitcoin mining equipment from Vbit/Advanced Mining, but they also had the option to purchase the equipment for $1, plus shipping and handling fees:

Use and leasing rights with a buyout option to: Black Diamond Package consisting of dedicated Antminer S19 series computer server hashboards with an average of 880,000 GH/s computer computational power … Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in Section 2.1 of this agreement in addition to a $1.00 USD buyout and the balance of all payments described above.

134.    Under the Contract, Defendants had total control over Plaintiffs' equipment.

135.    As part of the Contract, Defendants promised to host the equipment purchased by Plaintiffs. The website FAQ explains that "our hosting services include regular maintenance and cleaning by dedicated staff at our data centers." The website FAQ also encourages customers to utilize the hosting services by explaining the economies of scale related to operating such Bitcoin mining hardware:

> Why should I host my miners with AM instead of my own facility?

Bitcoin mining computer hardware requires technical knowledge to setup, a well-ventilated space and huge amounts of ongoing electricity at a high voltage to operate. You will incur very high fees to set up the space and high ongoing electricity bills to operate, not to mention the loud noise these computers generate. So just let us worry about setting it up and maintaining it for you while you decide on where to distribute your hashpower and collect your rewards!

136.    The website FAQ is also where Defendants explain how customers should have been able to account for the Bitcoins that were supposedly being mined on their leased or purchased hardware hosted by the Defendants:

> How do I know what I'm really mining?

With the amount of hash-power that you received when you purchase your mining package, you will be able to use any number of public calculators that you are able to find on Google and plug in the amount of hash-power in the mining calculator of your choice. The calculator will let you know the amount of Bitcoin you should be mining per day.

137.    The website FAQ also explained how customers would be able to access the Bitcoins that were supposedly being mined on their equipment:

How will I receive my profits and where will be stored?

All mined Bitcoins are distributed directly into your AM Wallet.

E.   Like All Ponzi Schemes, Vbit Depends on a Steady Supply of New Customers to Sustain the Business

138.  Vbit successfully grew its base to approximately 15,000 customers worldwide as of June 2022.

139.    Vbit achieved this rapid growth by using multi-level marketing, turning its customers into a sales force, and incentivizing them to recruit new Vbit customers.

140.    Vbit recruited customers to promote its products by using word of mouth and to simplify the complexities of cryptocurrency and the blockchain. Vbit referred to its customer recruiters as "affiliates."

141.    Some affiliates and Vbit employees hosted Zoom sessions where they touted the virtues of Vbit and shared stories of their own success with the company.

142.    Vbit advertised that one could become an affiliate and earn commissions even if she or he were not currently a Vbit customer.

143.    Vbit employees posted videos on YouTube about how to recruit affiliates to increase the hardware and computing power available to customers to increase their mining payouts.

144.    When Vbit affiliates recruited new Vbit customers "under them," the recruiting affiliate received a referral commission in cash or Bitcoin and, according to Defendants, could receive a "boosted hashrate" on their own machines.

145.    The "boosted hashrate" purportedly would increase a customer's mining power.  For example, if a customer leased a Black Diamond package 800,000 GG/s power and earned a "boosted hashrate" of 100,000 GG/s, the customer would then have the power to mine with 900,000 GG/s in hashrate power. This means that the customer could mine Bitcoin more than 10% faster than previously.

146.    Vbit employees, executives, and affiliates, including Defendant Gao, National Leader Skip McCoy, and Business Partner Gersham Fulcott posted videos online as a means of recruiting Vbit customers.

147.    Additionally, Defendants told Vbit customers they could receive large bonuses for reaching a certain affiliate rank when they hit certain customer recruitment benchmarks.

148.    For example, Mr. Vo and Mr. Gao presented top performers with new BMW sports cars and shared videos of the presentation.

149.    An October 3, 2020 YouTube video posted by Mr. Fulcott explains all the various types of compensation that Vbit customers were told they could earn by recruiting friends, family, and colleagues to become Vbit customers.

150.    Customers were also told they would earn cash commissions based on the price the recruited customer paid for a mining package. Vbit customers that sold mining packages to their own contacts were told they would receive a cash commission of 6% from sales to their direct

recruits and commissions ranging from .75%-4.5% for sales made by recruits further down the chain, up to six levels down.

151.    In addition to cash bonuses tied to the amount of a sale, Defendants told Vbit customers who sold mining packages to their own contacts that they would receive 10% of that package's hashrate as a bonus on top of that customer's existing hashrate.

152.    Mr. Fulcott represented that, "[i]f you personally (level 1) sold a package that has 10,000 GH/s, you will receive 1,000 GH/s to your mining account and make more Bitcoin every day!"

153.    Just like the cash bonuses, Defendants told customers they could also receive hashrate bonuses not only for those customers who they personally recruited, but also from customers up to "seven levels" down the chain of recruitment.

154.    In keeping with Defendants' Ponzi, scheme, the result of these hashrate bonuses was that every time a Vbit affiliate customer recruited another customer, Vbit would sell the new customer its contracted package and would also provide the recruiting affiliates up the sales chain with additional hashrate computing power for one year.

155.    According to Mr. Fulcott's presentation, if an affiliate customer with "Vice Chairman" status recruited a new customer, Vbit represented it would give seven levels of affiliate customers hashrate bonuses tied to that new purchase.

156.    The result was that Vbit promised to deliver a total of 30% in hashrate bonuses for sales of mining packages made under an affiliate that was a Vice Chairman.

157.    For example, if a new customer purchased a package with a hashrate of 100,000 GH/s and there was a sufficient network of "affiliates" with a Vice Chairman at the top of the web of

affiliates, Vbit would then promise to deliver an additional 30,000 GH/s in hashrate power to the affiliates above the new customer.

158.    Vbit also offered an incentive program called the "Infinity Team," which provided recruitment incentives based on a customer's total sales volume from all customers that he or she recruited or that were recruited under him.

159.    The "Infinity Team" cash bonuses started at $100 for $5,000 in sales.

160.    According to Defendants, once a Vbit affiliate brought in $500,000 in sales volume he or she would receive $5,000 to use on a shopping spree (or $2,000 worth of Bitcoin).

161.    The stated purpose of providing "shopping money" was to encourage affiliates to buy luxury clothes that would serve as conversation starters and encourage friends and family to ask how the affiliate could afford a new watch or designer shoes:

162.    Defendants represented that once an affiliate brought in $1,000,000 in sales, Vbit would pay for the affiliate to go on a luxury vacation valued at $10,000:

163.    Defendants represented that once an affiliate brought in $3,000,000 in sales, Vbit would pay for the affiliate to receive a new BMW (or $20,000 in Bitcoin):

164.    Defendants further represented that, once an affiliate brought in $30,000,000 in sales, Vbit would pay for the affiliate to receive a "motor vehicle," which is described as "anything with an engine" (including a boat or plane), worth up to $350,000 (or $150,000 in Bitcoin)

165.    Defendants represented that once an affiliate brought in $200,000,000 in sales, Vbit would buy the affiliate a new house worth up to $1.5 million, plus $100,000 in Bitcoin:

  F.   Vbit Lured Plaintiffs and Thousands of Other Customers

166.    In forming Vbit, Mr. Vo specifically targeted consumers who were not tech savvy, but who wanted to cash in on the excitement surrounding Bitcoin.

167.    Mr. Vo and the other Defendants successfully pitched Vbit as an easy way to generate Bitcoin and to become wealthy.

168.    Mr. Vo claimed: I want to help you and as many people as possible become financially free, become rich. Fact is it doesn't matter where you're from or how old you are. I grew up in the South Bronx and I became a self-made millionaire at 15 years old. All you need is the desire and the right opportunity. There is now a technology that allows everyday folks like you to cash in on this trend and I have built a system so easy to use that anyone can use it to build their wealth. So, are you ready to transform your life?

    G.    Vbit Executives and Other Employees Flaunted Vbit's Illusory Success.

169.    As Bitcoin's value continued to grow between 2018 and 2021, Defendants and Vbit's other employees regularly boasted on social media, and posted pictures of yachts and expensive sports cars, purportedly to demonstrate proof of Vbit's success.

    H.    Vbit Was Purportedly "Acquired" By Advanced Mining.

170.    In late January 2022, Vbit announced that it had been acquired by a company called Advanced Mining for $105 million.

171.    On January 31, 2022, Vbit issued a press release relating to the sale and identified Advanced Mining "as an Asian-based company primarily focused on bitcoin mining . . . ." Vbit Technologies Acquired by Advanced Mining Group in a Huge $105M Deal.

28

172.    In the press release, Vbit touts "Advanced Mining" as a company that has been "thriving in the crypto mining sector since 2015 and operating 12 data centers dedicated to bitcoin mining in Europe and Asia."

173.    Vbit also stated that it was operating 27,000 Antminer S19 series and S17 series5 out of five data centers "spreading across the globe in the United States, Canada and Kazakhstan."

174.    According to Defendants, on February 17, 2022, alleged Advanced Mining CEO Lillian Zhao sent an email to all Vbit/Advanced Mining customers stating that Advanced Mining was growing by "acquiring successful crypto mining businesses across the globe."

175.    Her email further stated that, as of February 2022, Advanced Mining operated 12 data centers and expected to operate over 50, which would make it one of the three largest crypto mining companies in the world as measured by hashrate power.

176.    Ms. Zhao also claimed that Advanced Mining would be increasing the interest rate that customers earn by keeping their mined Bitcoin in their Advanced Mining virtual wallets. She claimed that Advanced Mining customers could earn "14% annual interest on all [Bitcoin] held in the [Advanced Mining] wallet – the highest interest rate paid on BTC [Bitcoin] in the market today!"

177.    Despite the information contained in the press release, Advanced Mining is not – nor has it ever been – registered to do business in any jurisdiction in the United States.

178.    Advanced Mining did not exist in any form until January 2022.

179.    If it exists at all, Advanced Mining is a complete sham and the alter ego and/or instrumentality of Vbit Tech, Vbit Mining, and the Individual Defendants.  Defendants admitted

as much in an October 18, 2022 email from Advanced Mining to its customers, which says at the

bottom of the email that Vbit Tech. is merely doing business as Advanced Mining:

180.    If Advanced Mining is in fact a duly authorized legal entity, according to Defendants that

entity assumed all obligations of Vbit.

181.    According to Defendants, Advanced Mining conducts the same or substantially similar

business that Vbit conducted before Vbit's purported acquisition.

182.    Vbit and Advanced Mining have the same or substantially the same ownership.

183.    Shortly after the announcement of the Advanced Mining transaction, Mr. Vo posted on

LinkedIn that due to his efforts in pushing himself to build Vbit, he had neglected his health and

therefore would step down as CEO. Mr. Vo's LinkedIn profile states that he is "Retired for

now."

   I.   Vbit Entered into a Consent Order with the Securities Division for the State of
Washington

184.    On July 12, 2022, Vbit entered into a Consent Order with the Securities Division for the

State of Washington ("Washington Securities Division"), which concluded that Vbit's "offer

and/or sale of the combined Bitcoin mining hardware and service packages constitute the offer

and/or sale of a security as defined by RCW 21.20.005(14) and (17)"; and "[Vbit] has violated

RCW 21.20.140, because, as set forth in the Tentative Findings of Fact, it offered and/or sold

securities for which no registration is on file with the Securities Administrator."  (See Exhibit J)

185.    Pursuant to the Consent Order, Vbit agreed to pay fines to the Washington Securities

Division totaling $15,000.

186.    Vbit also agreed "that for the $156,000 of Bitcoin mining packages sold to approximately 82 Washington residents . . . [Vbit] shall refund each Washington resident the original price of their mining package, less the value of any Bitcoin mined using their package (calculated as of the date of entry of this order), in exchange for the mining package purchaser's release of any ownership rights to their mining hardware."

187.    The Consent Order ordered Vbit to make the refund payments to Washington purchasers within 120 days of the Order.

188.    Despite Vbit's claim that it was sold to Advanced Mining in January 2022, the July 2022 Consent Order made no mention of Advanced Mining, and Lillian Zhou appears on the signature line on behalf of Vbit and is identified as its CEO.

189.    Upon information and belief, Lillian Zhou is not a real person but rather a fiction invented by Defendants as part of their fraudulent scheme.

    J.    "Advanced Mining" Defaulted on Plaintiffs.

190.    Beginning in May 2022, Vbit/Advanced Mining customers experienced delays in withdrawing Bitcoin from their virtual wallets.

191.    Vbit/Advanced Mining described these delays as "batching" issues or technical glitches.

192.    On or around June 1, 2022, Vbit/Advanced Mining stopped processing all withdrawals.

193.    Since approximately June 2022, Plaintiffs' virtual wallets have been frozen and Plaintiffs cannot withdraw Bitcoin or process any transactions.

194.    Plaintiffs' so-called individualized "virtual wallets" are complete shams, i.e., they are merely numbers contained in a virtual database and not individualized units of Bitcoin associated with each Plaintiff and Class member.

195.    Contrary to their representations, Defendants did not offer or maintain individualized, hardware-hosted mining services for Plaintiffs and other customers. Rather, Defendants either were engaged in cloud mining, or a similar arrangement.

196.    Cloud mining is a form of cryptocurrency mining where participants in a "mining pool" rent a quantity of hashrate power and earn a pro-rata share of any profits based on the amount of hashrate power rented.

197.    It is referred to as cloud mining because, like other cloud-based computing, the equipment that is doing the mining is performed by a shared central server without active management by the user.

198.    Scammers have frequently used cloud mining schemes to dupe customers. Advanced Mining represented that the services it provides are not cloud mining because its customers actually own the hardware.

199.    Plaintiffs never received the discrete, individualized mining equipment and services they paid for. Instead, Plaintiffs' funds were misappropriated by Defendants, and the Bitcoins appearing in Plaintiffs' virtual wallets were in fact other victims' payments arbitrarily designated by Defendants as Plaintiffs' generated Bitcoins in order to keep the fraudulent enterprise afloat.

200.    Defendants' fraudulent scheme unraveled when the market price of Bitcoin began to tumble in April 2022. It was only after the price of Bitcoin dropped precipitously that Plaintiffs were and continue to be foreclosed from making withdrawals from their virtual wallets.

201.    Defendants' promises of huge commissions and increased payouts for money already spent in exchange for recruiting additional victims is the hallmark of a Ponzi scheme, and Defendants' entire business is a sham.

202.    Defendants sold far more computing power than they pooled, owned, or leased from third parties, and they presently owe Plaintiffs and other customers amounts far in excess of what they were making on their mining operations.

203.    On June 27, 2022, Advanced Mining sent an email to its customers stating the following: Advanced Mining has positively impacted many lives during its few years in operation. Therefore, it saddens us to inform you that we can no longer service the United States market. Without over-disclosing, in summary, our team has worked diligently with multiple law firms to ensure that our products and services are not unregistered securities. However, the United States Securities and Exchange Commission (US SEC) disagrees; therefore, Advanced Mining must take measures to abide by US SEC and applicable laws. As a result, we stopped all sales and withdrawals because of a potential pending settlement with the US SEC. During this process, bitcoin mining for clients outside the US may continue normally. After completing our potential pending settlement with the US SEC, we look forward to resuming our global services to clients outside the US and other restricted countries.

204.    The email further states that U.S. customers "who earned more than what they originally paid to Vbit/Advanced Mining will keep their earnings and must relinquish ownership of their mining hardware."

205.    The email further explained that "US customers who have not yet earned more than what they originally paid to Vbit/Advanced Mining" had two options. They could either:

(a) "[k]eep ownership of their hardware and have it shipped to them at their expense" with Advanced Mining refunding any unused prepaid hosting services, or (b) "[r]elinquish their hardware ownership to receive a full refund of all monies paid minus any commissions and mined bitcoins."

206.    Advanced Mining told its customers in the same email that they would be reaching out to customers to capture their choice of the two options.

207.    On July 5, 2022, Defendant Tu emailed Advanced Mining customers the following update:

    a.    Advanced Mining would no longer be accepting payments;

    b.    "all sales are "temporarily suspended";

    c.    pending sales would be cancelled or refunded;

    d.    "[n]o new commission and (commission bonuses) will be paid to any returned and cancelled sales";

    e.    "[c]ommission payout will temporarily be suspended until commissions are re-calculated based on canceled sales, returns, and refunds";

f.      "[a]ffilliate Membership for US residents (and US business entities) will be suspended this week (if not already);

g.      "We have finalized the WA state list of members; starting today (July 5th), we will begin reaching out to WA members on their options";

h.      "We are proactively working on a list of refunds for other states"; and "when we are done with WA customers, we will start with other states

208.    On June 27, 2022, Advanced Mining claimed to have closed its headquarters in Philadelphia, blaming the COVID-19 pandemic.

209.    Yet, as of November, 2022, Advanced Mining continues to offer various mining packages for sale on its website, but all packages are listed as "sold out."

210.    As recently as October 18, 2022, Advanced Mining emailed its customers to inform them about upgrades to its online help desk system, refunds available to customers from the State of Washington who can take advantage of the consent order with its securities department, and fixes to login and account authentication. Despite Advanced Mining's earlier statements, the enterprise continues to function as a going concern to continue concealing the fraud and yet as of the date of this Complaint, Plaintiffs are still unable to withdraw Bitcoin from their virtual wallets, despite Defendants' representations that Plaintiffs could withdraw at any time all Bitcoin they owned.

**COUNT I**
**Failure to Register Securities**
**Section 5 and 12(a)(1) of the Securities Act**
**(Plaintiffs v. Defendants)**

211.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

212.    Section 5(a) of the Securities Act prohibits the direct or indirect use of any means or instruments of transportation or communication in interstate commerce, or of the mails, to sell securities through the use or medium of any prospectuses or otherwise; or to carry or cause to be carried through the mails or in interstate commerce, by any means or instrument of transportation,  any security for the purpose of sale or for delivery after sale, unless a registration statement is in effect as to such a security.

213.    Section 5(c) of the Securities Act makes it unlawful for any person to directly or indirectly make use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or buy through the use or medium of any prospectus or otherwise any security, unless a registration has been filed as to such security.

214.    Section 12(a)(1) of the Securities Act grants investors such as Plaintiffs a private right of action against any person who offers or sells a security in violation of Section 5, providing:

(Responsible) party shall be liable ... to the person purchasing such security from him, who may sue either at law or in equity in any court of competent jurisdiction, to recover the consideration for such security with interest thereon, less the amount of any income received thereon, upon the tender of such security, or for damages if he no longer owns the security.  [15 U.S.C. § 771(a)(2)].

215.    From in or about March 2021 (or at least as early as Mr. Brenen's contract with Vbit and, based on information and belief, a date prior to March 16, 2021)  through the date of this Complaint, Defendants have unlawfully made use of means or instruments of transportation or communication in interstate commerce or of the mails for the purposes of offering, selling, or delivering unregistered securities in direct violation of the Securities Act.

216.    Defendants are "sellers" and "offerors" within the meaning of the Securities Act because Defendants offered and sold their mining hardware and service packages to Plaintiffs, among others, and further "invested" Plaintiffs' funds in "pool mining" and other Vbit and Advanced Mining products and services.

217.    The offer and sale of Defendants' mining hardware and services packages constituted the offer and sale of unregistered securities under controlling Federal law. Such mining hardware and service packages exhibit the following particular hallmarks of a security:

(a) the investment of Plaintiffs' money was pooled into a common enterprise;

(b) the success of the investment opportunities and any potential returns thereon were reliant on the activities of others, including Defendants; and

(c) Defendants' mining hardware and service packages were touted as having the potential for substantial passive returns that would require little to no effort on the part of Plaintiffs.

218.    Defendants' mining hardware and services packages are both a horizontal common enterprise because, upon information and belief, the investments were pooled and under the control of Defendants, and a vertical common enterprise because, upon information and belief, Plaintiffs' returns on their investments are dependent on Defendants' efforts.

219.    Accordingly, Defendants have participated in the offer and sale of unregistered securities in violation of the Securities Act and are liable to Plaintiff for rescission and/or compensatory damages.

**COUNT II**
**Controlling Person Liability**

**Violations of Section 15 of the Securities Act**
**(Plaintiffs v. Mr. Vo., Ms. Vo, Mr. Tu, Mr. Gao, and Ms. Zhao)**

220.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

221.    Section 15 of the Securities Act provides for joint and several liability for "controlling persons" who had sufficient power or influence over an entity that committed Securities Act violations:

> Every person who, by or through stock ownership, agency, or otherwise, or who, pursuant to or in connection with an agreement or understanding with one or more other persons by or through stock ownership, agency, or otherwise, controls any person liable under section 77k or 77l of this title, shall also be liable jointly and severally with and to the same extent as such controlled person to any person to whom such controlled person is liable, unless the controlling person had no knowledge of or reasonable ground to believe in the existence of the facts by reason of which the liability of the controlled person is alleged to exist.   15 U.S.C. § 77o.

222.    Defendant Mr. Vo is subject to liability by virtue of his top-level executive position with Vbit, and the significant influence and supervisory authority over VBIT that he has touted since in or about 2018. Mr. Vo co-founded Vbit and was Vbit's Chief Executive Officer until it purportedly was "acquired" by Advanced Mining in January 2022. According to Mr. Vo's own statements—as reflected in press releases and interviews given to the Philadelphia Weekly newspaper—Mr. VO developed Vbit and its operational and technological strategy. As a controlling person of Vbit, Mr. Vo knew of and actively participated in the sale of unregistered securities in direct violation of the Securities Act.

223.    Similarly, Mr. Tu is subject to liability by virtue of his top-level executive positions with both Vbit and Advanced Mining, as well as his significant influence and supervisory authority over the Entity Defendants. Mr. Tu was the Chief Technology Officer of Vbit and presently

serves as Advanced Mining's Chief Operating Officer. Upon information and belief, Mr. Tu

helped develop Vbit technology and was responsible for Vbit's continued technical development.

As a controlling person of VBIT and Advanced Mining, Mr. Tu knew of and actively

participated in the sale of unregistered securities in direct violation of the Securities Act.

224.    Further, Defendant Ms. Zhao—assuming she even exists—is subject to liability by virtue

of her top-level executive position with Advanced Mining, and her significant influence and

supervisory authority over Advanced Mining since it purportedly acquired VBIT. Ms. Zhao

presently serves as Advanced Mining's Chief Executive Officer and has issued numerous online

statements concerning Advanced Mining's operations. As a controlling person of VBIT, Ms.

Zhao knew of and actively participated in the sale of unregistered securities in direct violation of

the Securities Act.

225.    Defendant Mr. Gao is subject to liability by virtue of his top-level executive

position with VBIT and Advanced Mining. Mr. Gao co-founded VBIT and currently serves as

"Vice Chairman" of Advanced Mining. As a controlling person of VBIT, Mr. Gao knew of and

actively participated in the sale of unregistered securities in direct violation of the Securities Act.

226.    Upon information and belief, Ms. Vo is a controlling person of VBIT and Advanced

Mining, and Ms. Vo knew of and actively participated in the sale of unregistered securities in

direct violation of the Securities Act.

227.    Plaintiff has suffered damages as a result of the Individual Defendants' separate roles as

"controlling persons" with respect to VBIT and/or Advanced Mining's violations of the

Securities Act.

**COUNT III**

39

**Fraud in the Purchase or Sale of Securities in Violation of
Section 10(b) of the Securities Act and Rule 10b-5 Issued Thereunder
(Plaintiff v. All Defendants)**

228.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

229.    Defendants' services, which were either hardware-hosted mining, cloud-hosted mining, or similar services, constitute investment contracts, and therefore "securities" under Section 3(a)(10), 15 U.S.C. §78c(a)(10) of the Securities Act.

230.    Defendants engaged in a fraudulent scheme whereby they misrepresented the nature of their operations and oversold the investment returns from their hosting services and purported mining operations, thereby misrepresenting the nature and profitability of the investments they were selling.

231.    In connection with the sale of securities, Defendants, directly or indirectly, acting intentionally, knowingly, or recklessly, have employed and are employing devices, schemes, or artifices to defraud investors with the use of means or instrumentalities of interstate commerce or of the mails; and have engaged or are engaging in acts, practices, or courses of business which operate as a fraud or deceit upon Plaintiffs.

232.    In connection with the sale of securities, Defendants, directly or indirectly, acting intentionally, knowingly, or recklessly, have made or are making untrue statements of material fact or have omitted statements of material facts through the use of means or instrumentalities of interstate commerce or of the mails.

233.    By engaging in the conduct described herein, Defendants knowingly conspired to bring securities into the marketplace that were not entitled to be marketed and which, absent the fraud, would not have been marketable at the price given.

234.    For the foregoing reasons, Defendants have violated Section 10(b) of the Securities Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

**COUNT IV**
**RICO Participation - 18 U.S.C. §§ 1964(c), 1962(c)**
**(Against All Defendants)**

235.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

236.    Defendants Vbit Tech, Vbit Mining, Advanced Mining, Danh Cong Vo, Phuong D Vo, Sean Tu, and Jin Gao are an "enterprise" consisting of an "association-in-fact" as those terms are used in 18 U.S.C. § 1961(4) (the "Bitcoin Mining Fraud Enterprise").

237.    The purpose of the Bitcoin Mining Fraud Enterprise was to take payments from victims without providing the agreed upon services and to conceal this activity from consumers and regulators.

238.    Defendants had a direct business relationship with each other through their network of ownership interests and employment roles among the various Entity Defendants.

239.    The Bitcoin Mining Fraud Enterprise had longevity sufficient to permit Defendants to carry out the Enterprise's purpose, starting from its inception when the Entity Defendants were incorporated in 2018 and which they continue to carry out through a website and ongoing emails that give the false impression that the enterprise is a legitimate business.

240.    Each Defendant played a distinct role in the operation, management, and control of the enterprise through its pattern of racketeering activity. Vbit Tech, Vbit Mining, and, to the extent it exists, Advanced Mining interfaced directly with the victims and fraudulently used interstate wires to offer leases, services, and sales for Bitcoin mining hardware while in fact providing no such hardware or services to customers. Individual Defendants Danh Cong Vo, Phuong D Vo,

Sean Tu, and Jin Gao were and are the founders, principals, and officers of these entities, and designed and executed the Bitcoin mining scheme through their control of the enterprise. They also designed and executed the multi-level marketing scheme to ensure a steady supply of new victims in order to maintain the enterprise by paying out earlier victims as if they were actually receiving the services bargained for. They also designed and executed the "sale" of Vbit Tech to Advanced Mining in order to deceive customers and maintain the enterprise.

241.    The Entity Defendants and Individual Defendants are each a "person" as that term is used in 18 U.S.C. § 1961(3). Each participated in the operation, management, and control of the Bitcoin Mining Enterprise through a pattern of racketeering activity.

242.    All Defendants knew that their Bitcoin mining leases were fraudulent and that they were not actually supplying or servicing Bitcoin mining hardware on behalf of the victims.

243.    All Defendants knowingly and with intent to defraud took steps to advance the fraud and to conceal the fraud from consumers and regulators.

244.    Plaintiffs and Class members were economically harmed by the racketeering conduct of Defendants' enterprise through the payments they made for fraudulent and illusory services.

245.    Plaintiffs are entitled to treble damages and attorneys' fees and costs for this violation.

**COUNT V**
**RICO Conspiracy - 18 U.S.C. §§1964(c)1962(d)**
**(Against All Defendants)**

246.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

247.    Defendants conspired to violate 18 U.S.C. § 1962(c) through the racketeering enterprise as set forth in paragraphs 188-198 in violation of 18 U.S.C. § 1962(d).

248.    Since Vbit Tech was incorporated in 2018 and continuing to this day, the Defendants have conspired to violate 18 U.S.C. § 1962(d) through acts taken in furtherance of the "Bitcoin Mining Fraud Enterprise" with the knowledge that such acts were part of a pattern of racketeering activity to defraud consumers by falsely promising to lease them Bitcoin mining hardware and services and to carry out other frauds to continue and conceal the conspiracy.

249.    Acts undertaken by Defendants in furtherance of the conspiracy included:

    a.    Making statements in YouTube videos and social media posts that gave the false impression that purchasing hardware from Vbit/Advanced Mining would enable consumers to generate Bitcoin;

    b.    Promoting the affiliate marketing scheme through internet videos and meetings that falsely promised additional mining capacity and "prizes" in order to generate more victims to conceal the nature of the ongoing fraud;

    c.    Engineering a sham transaction of the "sale" to Advanced Mining to conceal the true owners and operators of the enterprise;

    d.    Using the supposed foreign domicile of the sham purchaser to falsely justify withholding the rightful Bitcoins of Defendants' customers;

250.    Defendants knew or should have known about the fraudulent nature of the enterprise because Vbit and Advanced Mining never owned all the mining hardware they purported to lease, service and sell.

251.    Plaintiffs were economically harmed by the racketeering conduct of Defendants' enterprise through the payments they made for fraudulent and illusory services.

252.    Plaintiffs are entitled to treble damages, attorneys' fees and costs for this violation.

## COUNT VI
## Common Law Fraud
## (Against All Defendants)

253.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

254.    As set forth more fully herein, Defendants made the following materially false representations or material omissions to Plaintiffs (collectively, the "Misrepresentations"): (a) Vbit is a legitimate business and not an illegal Ponzi scheme and complete sham operation; (b) Defendants would not utilize Bitcoin mined by Plaintiffs for their own use and benefit; (c) Defendants were duly authorized to offer the mining equipment and hosting services as specifically detailed in the Contract; (d) Defendants were offering and maintaining individualized, hardware-hosted mining services, where  in reality Plaintiff's computing power was pooled together with others and was unrelated to the physical products and service being sold; (e) Plaintiffs were purchasing Bitcoin-mining hardware that could be removed from Defendants' so-called "data centers" with the payment of $1, plus shipping and handling; and (f) Plaintiffs could remove or "cash out" their mined Bitcoin from their virtual wallets any time.

255.    Defendants knew that the Misrepresentations were materially false when made and intended that Plaintiffs would rely on them.

256.    Plaintiffs justifiably and reasonably relied on Defendants' Misrepresentations by entering into the Contract with Vbit and Advanced Mining.

257.    Defendants' Conduct was wanton and willful, and committed with actual malice.

258.    As a direct and proximate consequence of Defendants' Misrepresentations, Plaintiffs have suffered an actual loss and is entitled to an award of punitive damages in addition to compensatory damages.

## COUNT VII
### Civil Conspiracy
### (Against All Defendants)

259.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

260.    Defendants conspired to and did participate in the fraudulent scheme to defraud Vbit and Advanced Mining's customers by making false statements of fact about the quality and nature of the products sold by Vbit and Advanced Mining.

261.    Defendants conspired to and did conceal the true nature of the products and services sold by Vbit and Advanced Mining and had the power to and did direct Advanced Mining and Vbit's actions with regard to the products and services they offered.

262.    As a direct and proximate consequence of Defendants' conspiracy, Plaintiffs suffered actual damages and are entitled to an award of punitive damages in addition to compensatory damages.

## COUNT VIII
### Conversion
### (Against All Defendants)

263.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

264.    Defendants have converted and/or misappropriated funds belonging to Plaintiffs.

265.    Defendants have frozen the virtual wallets of their customers worth millions of dollars in Bitcoin.

266.    To the extent Defendants actually purchased Bitcoin mining equipment in exchange for the money paid by Plaintiffs, Defendants have converted that equipment by refusing to return it.

267.    To the extent Defendants did not purchase Bitcoin mining equipment on behalf of Plaintiffs, they had no authority to collect money or Bitcoin from Plaintiffs in return for equipment and hosting services they did not and/or never intended to provide.

268.    Defendants converted and misappropriated the funds and/or equipment of Plaintiffs without their consent.

269.    The conversion and misappropriation of these funds constitute a Ponzi scheme by Defendants. Such a scheme is illegal, unjustified, outrageous, and intentional.

270.    As a result of Defendants' Ponzi scheme, Plaintiffs and the Class suffered actual damages.

**COUNT IX**
**Pennsylvania UTPCPL – 73 P.S. § 201 et seq.**
**(Against All Defendants)**

271.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

272.    Defendants have their principal place of business in Philadelphia, Pennsylvania and are subject to the Unfair Trade Practices and Consumer Protection Law of the Commonwealth of Pennsylvania.

273.    Plaintiffs have purchased or leased goods or services for personal purposes from the Defendants.

274.    Plaintiffs have suffered ascertainable loss of the money they paid to Defendants.

275.    The monetary losses suffered by Plaintiffs are directly attributable to methods, acts, or practices declared unlawful by 73 P.S. § 201-3 and § 201- 2(4)(i)-(xxi).

276.    Among other violations of this act, the illegal conduct of Defendants as further described above, includes:

a.    Representing that goods or services have characteristics, benefits, or quantities that they did not have, § 201-2(4)(v);

b.    Advertising goods or services with intent not to sell them as advertised, § 201-2(4)(ix);

c.    Advertising goods or services with intent not to supply reasonably expectable public demand, unless the advertisement discloses a limitation of quantity, § 201-2(4)(x); and

d.    Promoting or engaging in a Ponzi scheme where a person gives consideration for the opportunity to receive compensation that is derived primarily from the introduction of other persons into the plan or operation, § 201-2(4)(xiii).

277.    Plaintiffs and Class members are entitled to treble damages, attorneys' fees and costs for this violation.

**COUNT X**
**Delaware Uniform Deceptive Trade Practices Act - 6 DE Code § 2531 et seq.**
**Delaware Consumer Fraud Act – 6 DE Code § 2511 et seq.**
**(Against All Defendants)**

278.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

279.    Defendants' agreements purport to be governed by the law of Delaware.

280.    As set forth more fully herein, Defendants made materially false misrepresentations to Plaintiffs.

281.    Defendants intended that such misrepresentations relied upon related to the purported lease or sale of Bitcoin mining hardware.

282.    These deceptions, frauds, false promises, misrepresentations, and/or omissions of material facts are unlawful practices under the Delaware Consumer Fraud Act, 6 DE Code § 2513.

283.    These materially false misrepresentations are unlawful deceptive trade practices under the Delaware Uniform Deceptive Trade Practices Act, 6 DE Code § 2532.

284.    Among other violations of this act, the illegal conduct of Defendants as further described above, includes:

    a.    Representing that goods or services have characteristics, benefits, or quantities that they did not have, § 2532(a)(5);

    b.    Advertising goods or services with intent not to sell them as advertised, § 2532(a)(9);

    c.    Advertising goods or services with intent not to supply reasonably expectable public demand, unless the advertisement discloses a limitation of quantity, § 2532(a)(10);

    d.    Engaging in other fraudulent or deceptive conduct which creates a likelihood of confusion or misunderstanding, § 2532(a)(12).

285.    Plaintiffs have suffered an ascertainable loss as a result of Defendants' unlawful practices.

286.    Plaintiffs are entitled to treble damages, attorneys' fees and costs for this violation.

## COUNT XI
### Breach of Contract
### (Against All Defendants)

287.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

288.    Entity Defendants offered, and Plaintiffs accepted and gave consideration for, the purported goods and services described in the Contract.

289.    Entity Defendants have breached their contractual obligations to Plaintiffs by failing to provide the promised individualized use of physical mining equipment and hosting services.

290.    Entity Defendants have also breached their contractual obligations by preventing Plaintiffs from freely withdrawing mined Bitcoin from their virtual wallets.

291.    As a result of their breaches, Defendants have caused Plaintiffs to suffer monetary damages.

## COUNT XII
### Breach of the Implied Covenant of Good
### Faith and Fair Dealing
### (Against Entity Defendants)

292.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

293.    The covenant of good faith and fair dealing is implied in every contract governed by Delaware law.

294.    The covenant requires that the parties to a contract refrain from arbitrary or unreasonable conduct that would prevent the other party to the contract from receiving the fruits of the contract.

295.    Vbit and Advanced Mining have taken actions to prevent Plaintiffs from receiving the

benefits of the Contract in the form of mined Bitcoin and the individualized computer

equipment.

296.    Vbit and Advanced Mining have taken advantage of their position to control

implementation of the Contract's terms by freezing Plaintiffs' virtual wallets.

297.    As a result of their breaches, Defendants have caused Plaintiffs to suffer monetary

damages.

## COUNT XIII
### Negligent  Misrepresentation
### (Against All Defendants)

298.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

299.    Defendants had a pecuniary duty to provide accurate information to their customers.

300.    Defendants supplied false information by representing that they would be providing

computing hardware and services related to Bitcoin mining when they did not in fact supply such

services.

301.    Defendants failed to exercise reasonable care in communicating what they would actually

be providing to Plaintiffs.

302.    Plaintiffs suffered a pecuniary loss caused by justifiable reliance on this information

when they paid Defendants for the services that were never rendered.

## COUNT XIV
### Unjust Enrichment
### (Against All Defendants)

303.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

304.    Plaintiffs paid Defendants a total amount of $512,423 in reliance on, among other things, the covenants, promises, and representations that Vbit and Advanced Mining made in the Agreement and elsewhere, as more fully discussed above.

305.    Plaintiff reasonably relied on Defendants' promises.

306.   It would be unjust and inequitable if Defendants were allowed to retain Plaintiff's funds without Plaintiff retaining the return considered as envisaged under the Agreement, and as further marketed and advertised to Plaintiff and others.

307.    By reason of the foregoing, Defendants have been unjustly enriched at the expense of Plaintiff.

308.   As of the date of this Complaint, Defendants, jointly and severally, have been unjustly enriched in the amount of $512,423, plus lost profits.

<div align="center">

**REQUEST NO. 1**
**REQUEST TO PIERCE THE CORPORATE VEIL**

</div>

309.    Plaintiffs incorporate the above averments as though fully set forth at length herein.

310.    With respect to all Counts, Plaintiffs request that the Court pierce the corporate veil and hold Vbit Tech, Vbit Mining, and Advanced Mining jointly and severally liable for each other's acts and omissions for the following reasons, together with all other allegations herein:

a. Upon information and belief, "Advanced Mining", Vbit Tech, and Vbit Mining share or shared a common identity;

b. Upon information and belief, the assets of Vbit Tech and/or Vbit Mining capitalized Advanced Mining;

<div align="center">

51

</div>

c. Vbit Tech and Vbit Mining de facto merged or consolidated into Advanced Mining;

d. There is a commonality of ownership and control between Advanced Mining and the remaining Entity Defendants; and

e. Upon information and belief, Advanced Mining presently is utilizing assets, including personality and intellectual property, that is or was owned by Vbit Tech and/or Vbit Mining.

311.    Further, upon information and belief, all the Entity Defendants operated or operate without due regard for corporate or entity formalities.

312.    Upon information and belief, at all relevant times the Entity Defendants have commingled their respective funds with each other.

313.    It would be patently unjust to permit any of the Entity Defendants to avoid the obligations owed to Plaintiffs under the Agreements and applicable law.

314.    Upon information and belief, Vbit and Advanced Mining are insolvent or in the zone of insolvency.

315.    Accordingly, the Court should enter an order piercing the corporate veil, under both an enterprise theory, or alter ego and/or instrumentality theory of liability, as the Entity Defendants have conducted business in such a way, intentionally or negligently and/or without regard to corporate or entity formalities, as to hinder potential creditors like Plaintiffs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request judgment in their favor and against Defendants VBIT Technologies Corp., VBIT Mining LLC, Advanced Mining Group, Danh Vo a/k/a Don Cong Vo, Katie Vo, Lillian Zhou, Sean Tu, and Jin Gao, jointly and severally, as follows:

A. Declaring that Defendants' mining equipment and hosting services are securities as defined under the Securities Act;

B. Declaring that Defendants offered and sold unregistered securities in violation of the Securities Act;

C. Declaring that all Defendants are liable to Plaintiff under §§ 5, 12(a)(1), and 15 of the Securities Act;

D.  That the Court award Plaintiffs compensatory and punitive damages, including treble damages under RICO, the Delaware CFA and UDTPA, and the Pennsylvania UTPCPL, and against Defendants for violations of federal statutory law, Delaware statutory law, Pennsylvania statutory law, and the common laws of Pennsylvania and Delaware;

E. Awarding Plaintiffs individually proportioned compensatory damages in the total amount of, $512,423, plus lost profits to be determined, plus interest;

F. Awarding Plaintiff punitive damages;

G. Awarding Plaintiff the costs of this action, including reasonable allowance for attorneys' fees and litigation costs;

H. Piercing the corporate veil of Vbit Tech, Vbit Mining, and Advanced Mining, both horizontally to reach the assets of each of the Corporate Defendants, and vertically to reach the assets of their principals;

I. Determining that the Individual Defendants are jointly and severally liable with the Corporate Defendants for the tortious conduct alleged herein, under the participation theory of liability; and

J. Ordering such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil

Procedure.


March 23, 2023

By: _____

Robert S. Clewell, Esquire
(PA Bar No. 63600)
1617 JFK Blvd., Suite 1140
Philadelphia, PA 19103
Tel.:  215-287-9606
Email:  bclewell@clewelllaw.com

Attorney for Plaintiffs

54

VERIFICATION

I, ROBERT S. CLEWELL, Esq, as the legal representative of Plaintiffs, and based upon

information and belief, does hereby verify that the foregoing averments of fact in the within

Complaint are true and correct to the best of my knowledge, information and belief. I understand

that the statements made herein are subject to the penalties of 18 Pa. C.S. Section 4904, relating

to unsworn falsification to the authorities.


_____

ROBERT S. CLEWELL, ESQUIRE

# EXHIBIT A



<div align="center">

## Purchase and Hosting Agreement

</div>

By this contract, dated **10/15/2021** , **Kevin Brenen** , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC,** hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number: 10029815**

Payment of $ **9312.00** to be paid to the Service Provider upfront, and a monthly payment in the amount and duration listed below will be made by the Customer to the Service Provider.

Please select a monthly payment plan duration and amount below: **24 Monthly Payments**

      **36 Monthly payments in the amount of**

      **24 Monthly payments in the amount of**     **388.00**

      **12 Monthly payments in the amount of**     **776.00**

An additional administrative processing fee will be included with the monthly payment amount (see 3.4 for more details)

The first monthly payment will be due on the first of the month following 30 days after the first day your equipment is installed and actively running. All subsequent payments will be due on the first of each month or the next business day after the first if the first of the month is a banking holiday. This payment schedule is enforceable by law, and the methods described below will be used in cases of delinquent payment.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Use and leasing rights with a buyout option to:**

**Platinum** Package consisting of dedicated Antminer S19 series computer server hashboards with an average of **100,000** GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to the Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time up to 30 days after the expiration of any Hosting Term lengths held by Customer for applicable equipment by

submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.2 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Estimated Hardware Activation Date\*:** September 25, 2021- October 20, 2021

\*If circumstances are within Service Provider's reasonable control and Service Provider fails to activate hardware within the estimated hardware activation time frame, then Service Provider, at Service Provider's discretion, will provide Customer with either:

Loss of opportunity credits equal to the net proceeds of hardware output minus applicable hosting and service fees for the period from the last day of estimated hardware activation date to the actual activation date.

<div align="center">Or</div>

Cancelling the order and providing Customer with a full refund of all monies paid by Customer minus any credits already provided to Customer in relation to the order.

**Initial Hosting Term length\* of:** 2 Year Hosting

\*Hosting Term can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only) and can only be changed by completing Addendum B (Payment Method Update Form).

Please select one: Monthly Invoice for Bitcoin (BTC) / Crypto Payment

**ACH Bank Withdrawal (USA ONLY will be set up for automatic recurring monthly payments) :**

Account Holder Name:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

Bank Name:

Account Type (Checking or Savings):

Routing Number:

Account Number:

**Credit Card (2.9% additional convenience fee applies, will be set up for automatic recurring monthly payments):**

Cardholder Name:

Card Number:

Expiration Date:

3 (*or 4 if AMEX*) Digit Security code on back of card:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment are NOT automatically processed (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account) Customer is responsible for monitoring the own emails and must make payment according to payment schedule**


By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.
At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us.

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.4). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

## Hosting and Maintenance Agreement 

**1.      Service.**

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All maintenance and repair services are included. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

**2.      Term and Termination.**

2.1.    Term. The Agreement commences on the earlier date of any Equipment being received and turned on by Service Provider ("Installation") or the last day of the Estimated Hardware Activation Date and shall remain effective until the end of the paid hosting term or a termination event as described below occurred.

2.2.    Termination by Customer. Customer may request termination of hosting services at any time, and within 30 days of the termination/expiration, request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required in these circumstances. Any prepaid

unused hosting periods/credits are non-refundable and will be forfeited. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):
Copper:            50USD
Silver:            50USD
Gold:              75USD
Platinum:          225USD
Diamond:           775USD
Black Diamond: 1800USD

2.3.    Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited.

2.4.    Termination by Service Provider. Service Provider, at its discretion, can terminate this Agreement for any reason without cause. Any prepaid unused hosting periods/credits will be refunded to Customer if Service Provider terminates this Agreement without cause.

2.5.    Effect of Termination. At the termination of this hosting agreement, Customer's hardware will be deactivated and uninstalled. Customer will have thirty (30) days from the termination date of this hosting agreement to:

a) Purchase an additional hosting term (if agreement has not been terminated by Service Provider).
b) Request buyout and shipping of the hardware described in this contract to Customer. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:            50USD
Silver:            50USD
Gold:              75USD
Platinum:          225USD
Diamond:           775USD
Black Diamond: 1800USD

In the event that Customer takes no action within thirty (30) days of hosting agreement termination date, Service Provider shall have the right to (a) dispose, sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

3.    **Fees and Payment.**

3.1.    Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2    Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.3.    Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.4    Other Service Fees.  Additional Service Fees apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (https://www.vbitmining.com/vbit-service-fees)

3.5    Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.    Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing

Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5. Network and Access.**

5.1.    Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.    All access into the Facility must be supervised by a Service Provider representative.

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

**6. Removals and Relocation of Equipment.**

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

## 7.    Customer Responsibilities.

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.      **Common Carrier.** Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.      **Warranty and Disclaimer.** THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE DOCUMENTATION.

10.     **Limitation of Liability.**

10.1.   Customer understands and acknowledges that in some situations Equipment functionality may be unavailable due to factors outside of Service Provider' control. This includes, but is not limited to network failures, pool operator failures, denial of service attacks, currency network outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY, AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.   IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS, OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS, INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,

DocuSign Envelope ID: CB6E06EA-5967-4774-8BD7-154E9C94943A

WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE, SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3 MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this Agreement shall be a refund of any monies or fees paid to Service Provider for unused products and services. Unless applicable law requires a longer period, any action against Service Provider in connection with this Agreement must be commenced within one year after the cause of the action has occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or damage in the event of any loss or injury and releases and waives all right of recovery against Service Provider.

11.    **Indemnification.** Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.
You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:
a. Your access to or usage of the Website
b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.
c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.
The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    **Miscellaneous.**

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located

within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.    Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.4.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.5.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.6.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.7.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.8. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.9. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles

DocuSign Envelope ID: CB6E06EA-5267-4774-8BD7-15AE8C94943A

and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

12.10. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.     Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required; support requests may submitted at https://support.vbittech.com/hc/en-us/requests/new

## 14.     Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.     Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated.

The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.     Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of

any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

## 19.    Non-Waiver

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

## 20.    Assignment and Survival

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

21.    **Whole Agreement** This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be

notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *Kevin Brenen*
DocuSigned by:
5D2449S417F960F...

Name (Print): Kevin Brenen

Date: 10/15/2021



## Payment and Hosting Agreement Contract

By this contract, dated  3/16/2021        ,        **Kevin Brenen**        , hereafter known as "Customer" or "you", agrees to make payments to **VBit Technologies Corp and its subsidiary, VBit Mining LLC,** hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number:** 10023691

Down payment of $ 8105           will be paid to the Service Provider upfront, and a monthly payment in the amount and duration chosen below by Customer will be made by the Customer to the Service Provider.

Please select a monthly payment plan duration and amount below: 24 Monthly Payments

**36 Monthly payments in the amount of**    225.14

**24 Monthly payments in the amount of**    337.71

**12 Monthly payments in the amount of**    675.42

**6  Monthly payments in the amount of**

Tentatively Starts On:
4/16/2021

The first monthly payment will be due 30 days after the first day your equipment is installed and actively running. All subsequent payments will be due on the first of each month or the next business day after the first if the first of the month is a banking holiday. This payment schedule is enforceable by law, and the methods described below will be use in cases of delinquent payment.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Initial Fixed Hosting Term length\* of:** 3 Year Hosting

\*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

**Use and leasing rights with a buyout option to:**

Platinum       Package consisting of dedicated Antminer S19 series computer server hashboards with an average of    **110,000**       GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to Fixed Hosting and Monthly Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only). The Payment method can be updated by completing a Payment Update Form.

Please select one: `Monthly Invoice for Bitcoin (BTC) / Crypto Payment`

**ACH Bank Withdrawal (USA ONLY):**

Account Holder Name:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

Bank Name:

Account Type:

Routing Number:

Account Number:

**Credit Card (2.9% additional convenience fee applies):**

Cardholder Name:

Card Number:

Expiration Date:

3 (*or 4 if AMEX*) Digit Security code on back of card:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account)**

By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.

At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us. 

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.5). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

In addition, the following terms and conditions apply:

**1.      Service.**

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All

maintenance and repair services are included in Fixed Hosting Terms. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

**2.      Term and Termination.**

2.1.     Term. The Agreement commences on the earliest date Service Provider notifies Customer that any Equipment has been received and turned on by Service Provider ("Installation") and shall remain effective until Customer notifies Service Provider in writing of intent of termination. You may request termination of the contract at any time, and request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment is required in these circumstances. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:          50USD
Silver:          50USD
Gold:            75USD
Platinum:        225USD
Diamond:         775USD
Black Diamond: 1800USD


2.2.     Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider.

2.3.      Effect of Termination. In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

**3.      Fees and Payment.**

3.1.     Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2.     Monthly Hosting Term Fees. At the expiration of Customer's hosting service term with Service Provider, described above in this contract, if Customer does not purchase another Fixed

Hosting Term contract, Customer's account will convert into a Monthly Hosting Term contract. Monthly service fees for Monthly Hosting Term contracts are based on the Service Provider's published market price listed on its website (www.vbitmining.com) at time of billing and can change at Service Provider's discretion based on market conditions. Monthly Hosting Term services do not include any repair, warranty or insurance services.

3.3     Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.4.     Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.5     Other Service Fees.  Additional Service Fees may apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (www.vbitmining.com).

3.6     Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.     Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5.     Network and Access.**

5.1.     Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on

behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.     Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.  All access into the Facility must be supervised by a Service Provider representative;

5.3.     Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.     Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

## 6.     Removals and Relocation of Equipment.

6.1.     Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.     If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.     In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.     Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.     Customer Responsibilities.**

7.1.     Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.     Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.     Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.     Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.     Common Carrier. Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.     Warranty and Disclaimer. THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE
DOCUMENTATION.

10.     Limitation of Liability.

10.1.   Customer understands and acknowledges that in some situations Equipment functionality
may be unavailable due to factors outside of Service Provider' control. This includes, but is not
limited to network failures, pool operator failures, denial of service attacks, currency network
outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or
Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY,
AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN
THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE
PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION
OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO
CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES
RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD
PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING
FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.   IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR
ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT
LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR
PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS,
OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS,
INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY
REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO
THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO
THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER
SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,
WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE,
SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS
ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3
MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.   Customer's sole remedy for performance or non-performance of the terms of this
Agreement shall be a refund of any fees paid to Service Provider for the current service month.
Unless applicable law requires a longer period, any action against Service Provider in connection
with this Agreement must be commenced within one year after the cause of the action has
occurred.

10.4.   Customer agrees to look exclusively to Customer's insurer to recover for injury or
damage in the event of any loss or injury and releases and waives all right of recovery against
Service Provider.

11.    Indemnification. Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    Miscellaneous.

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.   Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.   Whole Agreement. This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

12.4.   Waiver, Severability. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or,

if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

12.5.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.6.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.7.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.8.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.9.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.10. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.11. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

12.12. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required.

## 14.    Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated.

The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected

DocuSign Envelope ID: AD6992B4-039D-4C05-9843-796E3162E393

under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

## 19.    Non-Waiver

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

## 20.    Assignment and Survival

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature:  *Kevin Brenen*
DocuSigned by:
8F12F1D5F024462...

Name (Print): Kevin Brenen

Date: 3/16/2021

# **<u>EXHIBIT B</u>**

DocuSign Envelope ID: 4650C9E5-B537-4FD5-9762-89AB33A9209F

## Payment and Hosting Agreement Contract

By this contract, dated  4/12/2021          ,          **REBECCA BRENEN**          , hereafter known as
"Customer" or "you", agrees to make payments to **VBit Mining LLC,** hereafter known as "we",
"us" or "Service Provider", by the following schedule:

**Order Number:** 10024290

Down payment of $ 29612             will be paid to the Service Provider upfront, and a monthly
payment in the amount and duration chosen below by Customer will be made by the Customer to
the Service Provider.

Please select a monthly payment plan duration and amount below: 36 Monthly Payments

**36 Monthly payments in the amount of**     822.56

**24 Monthly payments in the amount of**  1,233.83

**12 Monthly payments in the amount of**  2,467.67

**6  Monthly payments in the amount of**

Tentatively
Starts On:
5/12/2021

The first monthly payment will be due 30 days after the first day your equipment is installed and
actively running. All subsequent payments will be due on the first of each month or the next
business day after the first if the first of the month is a banking holiday. This payment schedule
is enforceable by law, and the methods described below will be use in cases of delinquent
payment.

In exchange for payments described above, Service Provider will render the following services to
the Customer:

**Initial Fixed Hosting Term length* of:** 3 Year Hosting

*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting
Term Update Form).

**Use and leasing rights with a buyout option to:**

Diamond          Package consisting of dedicated Antminer S19 series computer server
hashboards with an average of     **330,000**     GH/s computer computational power, hereafter
known as "Equipment".

Use and leasing term length will be equivalent to Fixed Hosting and Monthly Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only). The Payment method can be updated by completing a Payment Update Form.

Please select one: `Monthly Invoice for Bitcoin (BTC) / Crypto Payment`

**ACH Bank Withdrawal (USA ONLY):**

> Account Holder Name:

> Account Billing Address:

> Street Address:

> City:

> State:

> Zip Code:

> Bank Name:

> Account Type:

> Routing Number:

> Account Number:

**Credit Card (2.9% additional convenience fee applies):**

> Cardholder Name:

> Card Number:

> Expiration Date:

> 3 (*or 4 if AMEX*) Digit Security code on back of card:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account)**

By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.
At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us. 

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.5). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

In addition, the following terms and conditions apply:

**1.     Service.**
1.1.     Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.     Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All

maintenance and repair services are included in Fixed Hosting Terms. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

## 2.    Term and Termination.

2.1.    Term. The Agreement commences on the earliest date Service Provider notifies Customer that any Equipment has been received and turned on by Service Provider ("Installation") and shall remain effective until Customer notifies Service Provider in writing of intent of termination. You may request termination of the contract at any time, and request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment is required in these circumstances. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:            50USD
Silver:            50USD
Gold:              75USD
Platinum:          225USD
Diamond:           775USD
Black Diamond: 1800USD

2.2.    Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider.

2.3.    Effect of Termination. In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

## 3.    Fees and Payment.

3.1.    Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2.    Monthly Hosting Term Fees. At the expiration of Customer's hosting service term with Service Provider, described above in this contract, if Customer does not purchase another Fixed

Hosting Term contract, Customer's account will convert into a Monthly Hosting Term contract. Monthly service fees for Monthly Hosting Term contracts are based on the Service Provider's published market price listed on its website (www.vbitmining.com) at time of billing and can change at Service Provider's discretion based on market conditions. Monthly Hosting Term services do not include any repair, warranty or insurance services.

3.3     Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.4.     Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.5     Other Service Fees.  Additional Service Fees may apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (www.vbitmining.com).

3.6     Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.     Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5.     Network and Access.**

5.1.     Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on

behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.  All access into the Facility must be supervised by a Service Provider representative;

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

**6.      Removals and Relocation of Equipment.**

6.1.     Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.     If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

DocuSign Envelope ID: 4650C9E5-B537-4FD5-9762-89AD33A9209F

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.      Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.      Common Carrier. Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.      Warranty and Disclaimer. THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE DOCUMENTATION.

10.    Limitation of Liability.

10.1.    Customer understands and acknowledges that in some situations Equipment functionality may be unavailable due to factors outside of Service Provider' control. This includes, but is not limited to network failures, pool operator failures, denial of service attacks, currency network outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY, AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.    IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS, OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS, INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT, WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE, SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3 MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this Agreement shall be a refund of any fees paid to Service Provider for the current service month. Unless applicable law requires a longer period, any action against Service Provider in connection with this Agreement must be commenced within one year after the cause of the action has occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or damage in the event of any loss or injury and releases and waives all right of recovery against Service Provider.

DocuSign Envelope ID: 4650C9E5-B537-4FD5-9762-89AB33A9209E

11.    Indemnification. Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    Miscellaneous.

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.    Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.    Whole Agreement. This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

12.4.    Waiver, Severability. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or,

DocuSign Envelope ID: 4650C9E5-B537-4FD5-9762-89AB33A920F5

if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

12.5.   Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.6.   Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.7.   Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.8.   Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.9.   Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.10. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.11. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

DocuSign Envelope ID: 4650C9E5-B537-4FD5-9762-89AD33A9209F

12.12. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required.

## 14.    Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated.

The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected

under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

## 19.    Non-Waiver

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

## 20.    Assignment and Survival

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *REBECCA BRENEN*

Name (Print): Recbecca A. Brenen

Date: 4/12/2021

# **EXHIBIT C**



# Purchase and Hosting Agreement

By this contract, dated **11/2/2021** , **Michael Myers** , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC,** hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number: 10030603**

One payment of $ **52388.00** shall be paid to the Service Provider upfront.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Use and leasing rights with a buyout option to:**

**Diamond** Package consisting of dedicated Antminer S19 series computer server hashboards with an average of **300,000** GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to the Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time up to 30 days after the expiration of any Hosting Term lengths held by Customer for applicable equipment by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.2 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Estimated Hardware Activation Date\*: November 15, 2021 – December 10, 2021**

\*If circumstances are within Service Provider's reasonable control and Service Provider fails to activate hardware within the estimated hardware activation time frame, then Service Provider, at Service Provider's discretion, will provide Customer with either:

Loss of opportunity credits equal to the net proceeds of hardware output minus applicable hosting and service fees for the period from the last day of estimated hardware activation date to the actual activation date.

Or

Cancelling the order and providing Customer with a full refund of all monies paid by Customer minus any credits already provided to Customer in relation to the order.

**Initial Hosting Term length\* of:**  `2 Year Hosting`

\*Hosting Term can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

 **Hosting and Maintenance Agreement**

**1.      Service.**

1.1.      Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.      Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All maintenance and repair services are included. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

**2.      Term and Termination.**

2.1.      Term. The Agreement commences on the earlier date of any Equipment being received and turned on by Service Provider ("Installation") or the last day of the Estimated Hardware Activation Date and shall remain effective until the end of the paid hosting term or a termination event as described below occurred.

2.2.      Termination by Customer. Customer may request termination of hosting services at any time, and within 30 days of the termination/expiration, request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required in these circumstances. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):
Copper:                50USD
Silver:                  50USD
Gold:                    75USD
Platinum:             225USD
Diamond:             775USD
Black Diamond: 1800USD

2.3.    Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited.

2.4.    Termination by Service Provider. Service Provider, at its discretion, can terminate this Agreement for any reason without cause. Any prepaid unused hosting periods/credits will be refunded to Customer if Service Provider terminates this Agreement without cause.

2.5.    Effect of Termination. At the termination of this hosting agreement, Customer's hardware will be deactivated and uninstalled. Customer will have thirty (30) days from the termination date of this hosting agreement to:

a)    Purchase an additional hosting term (if agreement has not been terminated by Service Provider).
b)    Request buyout and shipping of the hardware described in this contract to Customer. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:              50USD
Silver:              50USD
Gold:                75USD
Platinum:            225USD
Diamond:             775USD
Black Diamond: 1800USD

In the event that Customer takes no action within thirty (30) days of hosting agreement termination date, Service Provider shall have the right to (a) dispose, sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

DocuSign Envelope ID: 8E1D81BC-010C-4C2B-A21C-1590FE736509

**3.      Fees and Payment.**

3.1.     Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2      Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.3.     Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.4      Other Service Fees.  Additional Service Fees apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (https://www.vbitmining.com/vbit-service-fees)

3.5      Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.       Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5.      Network and Access.**

5.1.     Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on behalf of Customer. Customer can request a change of allocation of computational power to a

DocuSign Envelope ID: 8E1D81BC-010C-4C2B-A31C-1590FE736509

pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.   All access into the Facility must be supervised by a Service Provider representative.

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

## 6.    Removals and Relocation of Equipment.

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.** **Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

**8.** **Common Carrier.** Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

**9.** **Warranty and Disclaimer.** THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE
DOCUMENTATION.

10.    **Limitation of Liability.**

10.1.    Customer understands and acknowledges that in some situations Equipment functionality
may be unavailable due to factors outside of Service Provider' control. This includes, but is not
limited to network failures, pool operator failures, denial of service attacks, currency network
outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or
Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY,
AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN
THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE
PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION
OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO
CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES
RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD
PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING
FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.    IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR
ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT
LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR
PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS,
OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS,
INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY
REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO
THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO
THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER
SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,
WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE,
SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS
ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3
MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this
Agreement shall be a refund of any monies or fees paid to Service Provider for unused products
and services. Unless applicable law requires a longer period, any action against Service Provider
in connection with this Agreement must be commenced within one year after the cause of the
action has occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or
damage in the event of any loss or injury and releases and waives all right of recovery against
Service Provider.

11.    **Indemnification.** Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    **Miscellaneous.**

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.    Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.4.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be

binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.5.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.6.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.7.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.8. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.9. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

12.10. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required; support requests may submitted at https://support.vbittech.com/hc/en-us/requests/new

## 14.    Data Collection and Protection

DocuSign Envelope ID: 8E1D81BC-040C-4C3B-A21C-1590FE736509

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the

DocuSign Envelope ID: 8E1D81BC-D10C-4C2B-A21C-1590FE736509

information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

DocuSign Envelope ID: 8E1D81BC-010C-4C2B-A21C-1590FE736509

**19.    Non-Waiver**

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

**20.    Assignment and Survival**

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

21.    **Whole Agreement** This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *Michael Myers*

Name (Print): **Michael myers**

Date: **11/2/2021**

# **EXHIBIT D**



## Payment and Hosting Agreement Contract

By this contract, dated  3/19/2021          ,         **Moeljadi Santoso**       , hereafter known as "Customer" or "you", agrees to make payments to **VBit Technologies Corp and its subsidiary, VBit Mining LLC,** hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number:** 10023614

Down payment of $ 24314             will be paid to the Service Provider upfront, and a monthly payment in the amount and duration chosen below by Customer will be made by the Customer to the Service Provider.

Please select a monthly payment plan duration and amount below: 36 Monthly Payments

**36 Monthly payments in the amount of**     675.39

**24 Monthly payments in the amount of**  1,013.08

**12 Monthly payments in the amount of**  2,026.17

**6  Monthly payments in the amount of**

Tentatively Starts On:
4/19/2021

The first monthly payment will be due 30 days after the first day your equipment is installed and actively running. All subsequent payments will be due on the first of each month or the next business day after the first if the first of the month is a banking holiday. This payment schedule is enforceable by law, and the methods described below will be use in cases of delinquent payment.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Initial Fixed Hosting Term length\* of:** 3 Year Hosting

\*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

**Use and leasing rights with a buyout option to:**

Diamond          Package consisting of dedicated Antminer S19 series computer server hashboards with an average of     **330,000**     GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to Fixed Hosting and Monthly Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only). The Payment method can be updated by completing a Payment Update Form.

Please select one: ACH Bank Withdrawal (USA ONLY)

**ACH Bank Withdrawal (USA ONLY):**

Account Holder Name: Moeljadi Santoso

Account Billing Address: 2016 Tioga Loop

Street Address: 2016 Tioga Loop

City: Hercules

State: CA

Zip Code: 94547

Bank Name: Chase

Account Type: checking

Routing Number: 072000326

Account Number: 675113989

**Credit Card (2.9% additional convenience fee applies):**

Cardholder Name:

Card Number:

Expiration Date:

3 (*or 4 if AMEX*) Digit Security code on back of card:

Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account)**

By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.

At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us. 

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.5). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

In addition, the following terms and conditions apply:

**1.    Service.**

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All

maintenance and repair services are included in Fixed Hosting Terms. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

**2.      Term and Termination.**

2.1.     Term. The Agreement commences on the earliest date Service Provider notifies Customer that any Equipment has been received and turned on by Service Provider ("Installation") and shall remain effective until Customer notifies Service Provider in writing of intent of termination. You may request termination of the contract at any time, and request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment is required in these circumstances. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

| | |
|---|---|
| Copper: | 50USD |
| Silver: | 50USD |
| Gold: | 75USD |
| Platinum: | 225USD |
| Diamond: | 775USD |
| Black Diamond: | 1800USD |

2.2.     Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider.

2.3.      Effect of Termination. In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

**3.      Fees and Payment.**

3.1.     Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2.     Monthly Hosting Term Fees. At the expiration of Customer's hosting service term with Service Provider, described above in this contract, if Customer does not purchase another Fixed

Hosting Term contract, Customer's account will convert into a Monthly Hosting Term contract. Monthly service fees for Monthly Hosting Term contracts are based on the Service Provider's published market price listed on its website (www.vbitmining.com) at time of billing and can change at Service Provider's discretion based on market conditions. Monthly Hosting Term services do not include any repair, warranty or insurance services.

3.3     Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.4.     Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.5     Other Service Fees.  Additional Service Fees may apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (www.vbitmining.com).

3.6     Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.     Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5.     Network and Access.**

5.1.     Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on

behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.    All access into the Facility must be supervised by a Service Provider representative;

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

**6.    Removals and Relocation of Equipment.**

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.      Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.      Common Carrier. Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.      Warranty and Disclaimer. THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE
DOCUMENTATION.

10.    Limitation of Liability.

10.1.    Customer understands and acknowledges that in some situations Equipment functionality
may be unavailable due to factors outside of Service Provider' control. This includes, but is not
limited to network failures, pool operator failures, denial of service attacks, currency network
outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or
Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY,
AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN
THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE
PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION
OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO
CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES
RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD
PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING
FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.    IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR
ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT
LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR
PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS,
OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS,
INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY
REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO
THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO
THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER
SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,
WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE,
SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS
ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3
MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this
Agreement shall be a refund of any fees paid to Service Provider for the current service month.
Unless applicable law requires a longer period, any action against Service Provider in connection
with this Agreement must be commenced within one year after the cause of the action has
occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or
damage in the event of any loss or injury and releases and waives all right of recovery against
Service Provider.

DocuSign Envelope ID: 94E18130-99CB-4DEA-941E-53E557A5B8BC

11.    Indemnification. Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    Miscellaneous.

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.    Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.    Whole Agreement. This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

12.4.    Waiver, Severability. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or,

if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

12.5.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.6.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.7.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.8.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.9.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.10. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.11. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

DocuSign Envelope ID: 84E18139-99CB-4DEA-841E-53F557A5B88C

12.12. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required.

## 14.    Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected

under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

## 19.    Non-Waiver

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

## 20.    Assignment and Survival

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature:  *Moeljadi Santoso*
DocuSigned by:
3FB03CEDDB96474...

Name (Print): Moeljadi Santoso

Date: 3/19/2021



# Purchase and Hosting Agreement

By this contract, dated **11/23/2021** , **Moeljadi Santoso** , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC,** hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number: 10031958**

One payment of  $ **46516.00**  shall be paid to the Service Provider upfront.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Use and leasing rights with a buyout option to:**

**Diamond** Package consisting of dedicated Antminer S19 series computer server hashboards with an average of  **300000**  GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to the Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time up to 30 days after the expiration of any Hosting Term lengths held by Customer for applicable equipment by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.2 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Estimated Hardware Activation Date\*: November 15, 2021 – December 10, 2021**

\*If circumstances are within Service Provider's reasonable control and Service Provider fails to activate hardware within the estimated hardware activation time frame, then Service Provider, at Service Provider's discretion, will provide Customer with either:

Loss of opportunity credits equal to the net proceeds of hardware output minus applicable hosting and service fees for the period from the last day of estimated hardware activation date to the actual activation date.

Or

Cancelling the order and providing Customer with a full refund of all monies paid by Customer minus any credits already provided to Customer in relation to the order.

**Initial Hosting Term length\* of:**  `1 Year Hosting`

\*Hosting Term can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

 **Hosting and Maintenance Agreement**

## 1.    Service.

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All maintenance and repair services are included. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

## 2.    Term and Termination.

2.1.    Term. The Agreement commences on the earlier date of any Equipment being received and turned on by Service Provider ("Installation") or the last day of the Estimated Hardware Activation Date and shall remain effective until the end of the paid hosting term or a termination event as described below occurred.

2.2.    Termination by Customer. Customer may request termination of hosting services at any time, and within 30 days of the termination/expiration, request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required in these circumstances. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):
Copper:              50USD
Silver:              50USD
Gold:                75USD
Platinum:            225USD
Diamond:             775USD
Black Diamond: 1800USD

2.3.    Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited.

2.4.    Termination by Service Provider. Service Provider, at its discretion, can terminate this Agreement for any reason without cause. Any prepaid unused hosting periods/credits will be refunded to Customer if Service Provider terminates this Agreement without cause.

2.5.    Effect of Termination. At the termination of this hosting agreement, Customer's hardware will be deactivated and uninstalled. Customer will have thirty (30) days from the termination date of this hosting agreement to:

a)  Purchase an additional hosting term (if agreement has not been terminated by Service Provider).
b)  Request buyout and shipping of the hardware described in this contract to Customer. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:              50USD
Silver:              50USD
Gold:                75USD
Platinum:           225USD
Diamond:            775USD
Black Diamond: 1800USD

In the event that Customer takes no action within thirty (30) days of hosting agreement termination date, Service Provider shall have the right to (a) dispose, sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

**3.     Fees and Payment.**

3.1.    Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2    Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.3.    Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.4    Other Service Fees.  Additional Service Fees apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (https://www.vbitmining.com/vbit-service-fees)

3.5    Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.      Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

**5.     Network and Access.**

5.1.    Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on behalf of Customer. Customer can request a change of allocation of computational power to a

pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.  All access into the Facility must be supervised by a Service Provider representative.

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

## 6.    Removals and Relocation of Equipment.

6.1.     Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.     If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.     Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

**8.     Common Carrier.** Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

**9.     Warranty and Disclaimer.** THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE
DOCUMENTATION.

10.    **Limitation of Liability.**

10.1.    Customer understands and acknowledges that in some situations Equipment functionality
may be unavailable due to factors outside of Service Provider' control. This includes, but is not
limited to network failures, pool operator failures, denial of service attacks, currency network
outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or
Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY,
AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN
THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE
PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION
OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO
CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES
RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD
PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING
FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.    IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR
ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT
LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR
PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS,
OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS,
INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY
REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO
THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO
THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER
SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,
WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE,
SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS
ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3
MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this
Agreement shall be a refund of any monies or fees paid to Service Provider for unused products
and services. Unless applicable law requires a longer period, any action against Service Provider
in connection with this Agreement must be commenced within one year after the cause of the
action has occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or
damage in the event of any loss or injury and releases and waives all right of recovery against
Service Provider.

11.    **Indemnification.** Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    **Miscellaneous.**

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.   Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.   Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.4.   Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be

binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.5.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.6.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.7.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.8. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.9. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

12.10. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required; support requests may submitted at https://support.vbittech.com/hc/en-us/requests/new

## 14.    Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the

information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

**19.    Non-Waiver**

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

**20.    Assignment and Survival**

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

21.    **Whole Agreement** This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *Moeljadi Santoso*

Name (Print): **Moeljadi Santoso**

Date: **11/23/2021**

# **EXHIBIT E**

DocuSign Envelope ID: 09740481-BCD5-4E90-BE63-2CBA74E9BB1E



## Purchase and Hosting Agreement

By this contract, dated **12/1/2021** , **Loan Lam** , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC**, hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number: 10031290**

One payment of $ **17464.00** shall be paid to the Service Provider upfront.

In exchange for payments described above, Service Provider will render the following services to the Customer:

### Use and leasing rights with a buyout option to:

**Platinum** Package consisting of dedicated Antminer S19 series computer server hashboards with an average of **100000** GH/s computer computational power, hereafter known as "Equipment".

Use and leasing term length will be equivalent to the Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time up to 30 days after the expiration of any Hosting Term lengths held by Customer for applicable equipment by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.2 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

### Estimated Hardware Activation Date*: November 15, 2021 - December 10, 2021

*If circumstances are within Service Provider's reasonable control and Service Provider fails to activate hardware within the estimated hardware activation time frame, then Service Provider, at Service Provider's discretion, will provide Customer with either:

Loss of opportunity credits equal to the net proceeds of hardware output minus applicable hosting and service fees for the period from the last day of estimated hardware activation date to the actual activation date.

Or

Cancelling the order and providing Customer with a full refund of all monies paid by Customer minus any credits already provided to Customer in relation to the order.

1 | Page

# EXHIBIT F

**Initial Hosting Term length\* of:  1 Year Hosting**

\*Hosting Term can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

 **Hosting and Maintenance Agreement**

## 1.    Service.

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All maintenance and repair services are included. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

## 2.    Term and Termination.

2.1.    Term. The Agreement commences on the earlier date of any Equipment being received and turned on by Service Provider ("Installation") or the last day of the Estimated Hardware Activation Date and shall remain effective until the end of the paid hosting term or a termination event as described below occurred.

2.2.    Termination by Customer. Customer may request termination of hosting services at any time, and within 30 days of the termination/expiration, request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required in these circumstances. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

| | |
|---|---|
| Copper: | 50USD |
| Silver: | 50USD |
| Gold: | 75USD |
| Platinum: | 225USD |
| Diamond: | 775USD |
| Black Diamond: | 1800USD |

V32

2.3.   Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider. Any prepaid unused hosting periods/credits are non-refundable and will be forfeited.

2.4.   Termination by Service Provider. Service Provider, at its discretion, can terminate this Agreement for any reason without cause. Any prepaid unused hosting periods/credits will be refunded to Customer if Service Provider terminates this Agreement without cause.

2.5.   Effect of Termination. At the termination of this hosting agreement, Customer's hardware will be deactivated and uninstalled. Customer will have thirty (30) days from the termination date of this hosting agreement to:

a) Purchase an additional hosting term (if agreement has not been terminated by Service Provider).
b) Request buyout and shipping of the hardware described in this contract to Customer. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment (if applicable) and any outstanding payments due to Service Provider is required.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

| | |
|---|---|
| Copper: | 50USD |
| Silver: | 50USD |
| Gold: | 75USD |
| Platinum: | 225USD |
| Diamond: | 775USD |
| Black Diamond: | 1800USD |

In the event that Customer takes no action within thirty (30) days of hosting agreement termination date, Service Provider shall have the right to (a) dispose, sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

V3.2

## 3.    Fees and Payment.

3.1.    Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2    Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.3.    Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.4    Other Service Fees. Additional Service Fees apply. For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (https://www.advancedmining.io/service-fees/)

3.5    Refund Policy. Advanced Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.    Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

## 5.    Network and Access.

5.1.    Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on behalf of Customer. Customer can request a change of allocation of computational power to a

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

7.    **Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.    **Common Carrier.** Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.    **Warranty and Disclaimer.** THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.  All access into the Facility must be supervised by a Service Provider representative.

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

## 6.    Removals and Relocation of Equipment.

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

V3.2

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE
DOCUMENTATION.

10.    **Limitation of Liability.**

10.1.   Customer understands and acknowledges that in some situations Equipment functionality
may be unavailable due to factors outside of Service Provider' control. This includes, but is not
limited to network failures, pool operator failures, denial of service attacks, currency network
outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or
Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY,
AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN
THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE
PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION
OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO
CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES
RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD
PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING
FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.   IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR
ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT
LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR
PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE
WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS,
OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS,
INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY
REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO
THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO
THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER
SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT,
WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE,
SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS
ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3
MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.   Customer's sole remedy for performance or non-performance of the terms of this
Agreement shall be a refund of any monies or fees paid to Service Provider for unused products
and services. Unless applicable law requires a longer period, any action against Service Provider
in connection with this Agreement must be commenced within one year after the cause of the
action has occurred.

10.4.   Customer agrees to look exclusively to Customer's insurer to recover for injury or
damage in the event of any loss or injury and releases and waives all right of recovery against
Service Provider.

information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17. Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18. Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

V3.2



## Purchase and Hosting Agreement

By this contract, dated **3/30/2022**              ,       **Phanna   So**              , hereafter known as
"Customer" or "you", agrees to make payments to **Advanced Mining,** hereafter known as "we",
"us" or "Service Provider", by the following schedule:

### Order Number: 10035215

One payment of  $ **33474.00**         shall be paid to the Service Provider upfront.

In exchange for payments described above, Service Provider will render the following services to
the Customer:

### Use and leasing rights with a buyout option to:

**Diamond**          Package consisting of dedicated Antminer S19 series computer server
hashboards with an average of  **300000**          GH/s computer computational power, hereafter
known as "Equipment".

Use and leasing term length will be equivalent to the Hosting Term lengths held by Customer.
Customer can execute buyout option on Equipment referenced above at any time up to 30 days
after the expiration of any Hosting Term lengths held by Customer for applicable equipment by
submitting a written request of buyout execution and shipment of said equipment. Upon such
request, Customer shall pay the shipping and handling fee described in section 2.2 of this
agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

### Estimated Hardware Activation Date*: March 1, 2022 - March 30, 2022

*If circumstances are within Service Provider's reasonable control and Service Provider fails to
activate hardware within the estimated hardware activation time frame, then Service Provider, at
Service Provider's discretion, will provide Customer with either:

Loss of opportunity credits equal to the net proceeds of hardware output minus applicable
hosting and service fees for the period from the last day of estimated hardware activation date to
the actual activation date.

Or

Cancelling the order and providing Customer with a full refund of all monies paid by Customer
minus any credits already provided to Customer in relation to the order.

V3.2

**19.    Non-Waiver**

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

**20.    Assignment and Survival**

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

21.    **Whole Agreement** This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *[signature: Phanna So]*
66770BCF0C5942E

Name (Print): **PHANNA SO**

Date: **3/30/2022**

V3.2

11.   **Indemnification.** Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.   **Miscellaneous.**

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.  Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.  Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.4.  Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be

binding upon and inure to benefit of the parties, their legal representatives, successors, and assigns.

12.5. Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.6. Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.7. Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.8. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.9. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

12.10. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13. Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required; support requests may submitted at https://support. advancedmining.io/hc/en-us/requests/new

## 14. Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.   Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.   Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the

# EXHIBIT G

# DEMAND LETTER FOR REFUND

Sonny Eslampour
4856 Sevilla Way
Carlsbad, CA 92008
Customer ID#: 903682
Order #: 10025815
Email: rentalhomes2018@gmail.com
Phone: 760-585-8686 or 760-533-5180

July 16, 2022

Sean Tu, COO
Advanced Mining (Formerly VBit Technologies)
1625 Washington Ave
Philadelphia, PA 19146

Dear Sean Tu and all corporate executives,
I am formally requesting a refund in the amount of **$96,040.44 (US dollars)** for my Black Diamond
package with a 2 year hosting service by August 6, 2022. I am just a customer who only invested in the
mining hardware to mine bitcoins. I am not involved with your MLM business side. I have always paid
my required payments on time and I expect my refund to be sent to me on time too.

Pursuant to several email announcements and the corrected announcement on July 6, 2022 from
Advanced Mining/VBit Technologies, as a US customer, I have not yet earned more than what I have
originally paid to Advanced Mining/VBit Technologies. Advance Mining/VBit Technologies stated in the
emails that they are no longer doing business with customers in the United States due to US SEC
violations. This is a breach of contract that I have signed on May 19, 2021. I do not fully agree with the
proposed solutions in your recent emails. However, I am willing to release the ownership of the mining
hardware minus the amount of withdrawals of my bitcoins that I have made already.

Here is what I have paid so far:
1. $82,638 for the down payment
2. $41,619 ($3,468.25/month X 12) for 12 months from July 2021 to June 2022

Thus far, I have paid total $124,257.00 ($82,638 + $41,619). I have made three withdrawals of my
bitcoins in the total amount of $28,216.56. $124,257.00 - $28,216.56 = $96,040.44

I would appreciated to have my refund wired to Mission Federal Credit Union account by **August 6,
2022** (roughly 30 days from your corrected email on July 6th). The banking information is in my contract.
You can also reach out to me via phone or email address listed on this letter. If a refund is <u>not</u> received
by August 6, 2022, I have no choice but take legal actions. In addition to the refund amount, a request
for reimbursement of filling fees, attorney's fees and any other costs associated with obtaining the
refund amount will be pursued.

Sincerely,

7/16/2022

Sonny Eslampour



## Staff

| | |
|---|---|
| **From:** | admin <donotreply@vbittech.com> |
| **Sent:** | Friday, May 14, 2021 1:12 PM |
| **To:** | schedule@platinumdental.com; marketing@vbittech.com; support@vbittech.com |
| **Subject:** | VBit Mining Order Details [Member ID:903682] |

An order has been placed for:

**Date and Time:** 2021/05/14, 04:12:18pm

**Order ID:** 10025815

**Member ID:** 903682

*(handwritten)* Bitcoins Transferred: 0.64979796
Dollar amt equal: $28,216.56

**E-mail:** schedule@platinumdental.com

**Equipment Type:** Black Diamond

**Hosting Plan:** 2 Years

**Monthly payment:** Yes

*Monthly Admin Fee may apply. Learn more here.

**Order Price:** $82,638

**Please, use the following Payment info to make a payment:**

Please, put the order number and member ID number that payment should be credited to in the wire description/reference line when sending the Bank wire.

**VBit Member Id:** 903682

**Bank Name:** BB&T (Truist)

**Account Name:** VBIT Technologies Corp

**Account Number:** 1390010884523

**ABA Routing #:** 031309123

**Swift Code:** BRBTUS33

If you encountered issues with your order, please contact us at **support@vbittech.com**

1

## Account Statement
MissionFed.com

# MISSION FED
### CREDIT UNION
P.O. Box 919023 San Diego CA 92191-9023

Member Number:
Statement For: **05/01/2021 - 05/31/2021**
Page: **1 of 2**

RETURN SERVICE REQUESTED
503895    211278    1/2    UNQ    06-01-21  CLT
000211277  1

JUDY T NGUYEN

**Important Information About Your Account**

Let's put the wheels in motion. Purchase or refinance, save with our lowest Auto Loan rates in years! For our low rates and to calculate your monthly payment, visit missionfed.com

## Your Account Balances as of 05/31/2021

## Account Balance Total

| Savings  ID 01 | | | Beginning Balance |
|---|---|---|---|
| Total Dividends Year-To-Date $0.27 | | | 1 Deposit for |
| | | | 0 Withdrawals for |
| Annual Percentage Yield earned 0.030% from 05/01/2021 through 05/31/2021 | | | Ending Balance |

| Date | Amount | Balance | Transaction Description |
|---|---|---|---|
| 05/31 | $0.05 | | |

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Returned Item Fees | $0.00 | $0.00 |

| Easy Checking 7930  ID 09 | | | Beginning Balance |
|---|---|---|---|
| | | | 4 Deposits for |
| | | | 7 Withdrawals for |
| | | | Ending Balance |

| Date | Amount | Balance | Transaction Description |
|---|---|---|---|
| 05/07 | $9,000.00 | $79,141.62 | |
| 05/11 | 30,000.00 | 109,141.62 | |
| 05/11 | 5,477.86 | 114,619.48 | |
| 05/11 | 18,447.00- | 96,172.48 | |
| 05/11 | 25.00- | 96,147.48 | |
| 05/11 | 82,638.00- | 13,509.48 | Withdrawal by Wire WIRE TO VBIT MINING, LLC. |
| 05/11 | 25.00- | 13,484.48 | Withdrawal WIRE FEE |
| 05/12 | 107.13- | 13,377.35 | |
| 05/17 | 5,926.57 | 19,303.92 | |
| 05/21 | 15.00- | 19,288.92 | |
| 05/28 | 1,015.12- | 18,273.80 | |

| Summary by Check Number | | | * Asterisk next to number indicates skip in sequence | | | 1 Checks Cleared for $15.00 | | |
|---|---|---|---|---|---|---|---|---|
| Number | Cleared | Amount | Number | Cleared | Amount | Number | Cleared | Amount |
| 485 | 05/21/2021 | 15.00 | | | | | | |

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Overdraft Fees* | $0.00 | $0.00 |
| Returned Item Fees | $0.00 | $0.00 |

* Fees for Mission Courtesy Pay and Mission Debit Card Privilege

CamScanner



**New Consultant Order**
1 message

\<donotreply@vbittech.com\>
To: jnguyen4ever@gmail.com

Fri, May 14, 2021 at 1:56 PM

New Consultant Order

Order ID: 10025815

Order Date: 05/14/2021

Order Owner ID: 903682

Order Owner Name: Sonny Eslampour

Invoice:

## Your Order Confirmation for Order # 10025815

| Invoice # | Order Date | Order Owner ID |
|---|---|---|
| 10025815 | 05/14/2021 | 903682 |

**Ship To**

, PA
United States

| Item # | Description | Price | Quantity | Total |
|---|---|---|---|---|
| BD-6000-H2-M | Black Diamond 2 Year Hosting Monthly | $82,638.00 | 1 | $82,638.00 |

| | | |
|---|---|---|
| Subtotal | | $82,638.00 |
| Tax | | $0.00 |
| Shipping | | $0.00 |
| Handling | | $0.00 |
| Discounts | | ($0.00) |
| Total | | $82,638.00 |

If payment is received and confirmed, their expected activation date for this order is May 10-30, 2021.

CamScanner

## Staff

| | |
|---|---|
| **From:** | admin <donotreply@vbittech.com> |
| **Sent:** | Friday, May 14, 2021 1:12 PM |
| **To:** | schedule@platinumdental.com; marketing@vbittech.com; support@vbittech.com |
| **Subject:** | VBit Mining Order Details [Member ID:903682] |

An order has been placed for:

**Date and Time:** 2021/05/14, 04:12:18pm

**Order ID:** 10025815

**Member ID:** 903682

*(handwritten:)* Bitcoins Transfered : 0.64979796
Dollar amt equal : $28,216.56

**E-mail:** schedule@platinumdental.com

**Equipment Type:** Black Diamond

**Hosting Plan:** 2 Years

**Monthly payment:** Yes

*Monthly Admin Fee may apply. Learn more here.

**Order Price:** $82,638

**Please, use the following Payment info to make a payment:**

Please, put the order number and member ID number that payment should be credited to in the wire description/reference line when sending the Bank wire.

**VBit Member Id:** 903682

**Bank Name:** BB&T (Truist)

**Account Name:** VBIT Technologies Corp

**Account Number:** 1390010884523

**ABA Routing #:** 031309123

**Swift Code:** BRBTUS33

If you encountered issues with your order, please contact us at **support@vbittech.com**

1

DocuSign Envelope ID: C13B0D60-C409-461C-92F0-F8809C284623

*[handwritten top right: May 27, 2021: 31st Day of Mining  ID# 903682  $ 165,276 + 600  Total $165,876]*



## VBit Mining

### Payment and Hosting Agreement Contract

By this contract, dated  5/19/2021  ,  **Sonny Eslampour**  , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC**, hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number:** 10025815

*[handwritten: ←50%]*

Down payment of $ 82638  will be paid to the Service Provider upfront, and a monthly payment in the amount and duration chosen below by Customer will be made by the Customer to the Service Provider.

Please select a monthly payment plan duration and amount below: 24 Monthly Payments

**36 Monthly payments in the amount of**

*[handwritten right: Tentatively Starts On: 6/19/2021]*

**24 Monthly payments in the amount of**  3,443.25

*[handwritten: X12 months so far  Started July 2021]*

**12 Monthly payments in the amount of**  6,886.50

**6  Monthly payments in the amount of**

The first monthly payment will be due 30 days after the first day your equipment is installed and actively running. All subsequent payments will be due on the first of each month or the next business day after the first if the first of the month is a banking holiday. This payment schedule is enforceable by law, and the methods described below will be use in cases of delinquent payment.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Initial Fixed Hosting Term length\* of:**  2 Year Hosting

\*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

**Use and leasing rights with a buyout option to:**

Black Diamond Package consisting of dedicated Antminer S19 series computer server hashboards with an average of  **840,000**  GH/s computer computational power, hereafter known as "Equipment".

1 | Page

CamScanner

Envelope ID: C13B0D60-C409-461C-92F0-F8809C284623

Use and leasing term length will be equivalent to Fixed Hosting and Monthly Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only). The Payment method can be updated by completing a Payment Update Form.

Please select one: ACH Bank Withdrawal (USA ONLY)

**ACH Bank Withdrawal (USA ONLY):**

    Account Holder Name:

    Account Billing Address:

    Street Address:

    City:

    State: CA

    Zip Code:

    Bank Name:

    Account Type:

    Routing Number:

    Account Number:

**Credit Card (2.9% additional convenience fee applies):**

    Cardholder Name:

    Card Number:

    Expiration Date:

    3 (*or 4 if AMEX*) Digit Security code on back of card:



Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account)**

By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.

At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us.

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.5). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

In addition, the following terms and conditions apply:

**1.    Service.**

1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All

 CamScanner

maintenance and repair services are included in Fixed Hosting Terms. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

## 2.    Term and Termination.

2.1.    Term. The Agreement commences on the earliest date Service Provider notifies Customer that any Equipment has been received and turned on by Service Provider ("Installation") and shall remain effective until Customer notifies Service Provider in writing of intent of termination. You may request termination of the contract at any time, and request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment is required in these circumstances. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:            50USD
Silver:            50USD
Gold:              75USD
Platinum:          225USD
Diamond:           775USD
Black Diamond:     1800USD

2.2.    Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider.

2.3.    Effect of Termination. In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

## 3.    Fees and Payment.

3.1.    Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2.    Monthly Hosting Term Fees. At the expiration of Customer's hosting service term with Service Provider, described above in this contract, if Customer does not purchase another Fixed

Hosting Term contract, Customer's account will convert into a Monthly Hosting Term contract. Monthly service fees for Monthly Hosting Term contracts are based on the Service Provider's published market price listed on its website (www.vbitmining.com) at time of billing and can change at Service Provider's discretion based on market conditions. Monthly Hosting Term services do not include any repair, warranty or insurance services.

3.3     Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.4.     Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.5     Other Service Fees.  Additional Service Fees may apply.  For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (www.vbitmining.com).

3.6     Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.     Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

5.     **Network and Access.**

5.1.     Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on

Envelope ID: C13B0D60-C409-461C-92F0-F8809C284623

behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.    All access into the Facility must be supervised by a Service Provider representative;

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

**6.        Removals and Relocation of Equipment.**

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

CamScanner

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

7. **Customer Responsibilities.**

7.1.    Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.    Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.    Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.    Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.    Common Carrier. Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.    Warranty and Disclaimer. THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE DOCUMENTATION.

10.    Limitation of Liability.

10.1.    Customer understands and acknowledges that in some situations Equipment functionality may be unavailable due to factors outside of Service Provider' control. This includes, but is not limited to network failures, pool operator failures, denial of service attacks, currency network outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY, AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.    IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS, OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS, INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT, WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE, SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3 MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.    Customer's sole remedy for performance or non-performance of the terms of this Agreement shall be a refund of any fees paid to Service Provider for the current service month. Unless applicable law requires a longer period, any action against Service Provider in connection with this Agreement must be commenced within one year after the cause of the action has occurred.

10.4.    Customer agrees to look exclusively to Customer's insurer to recover for injury or damage in the event of any loss or injury and releases and waives all right of recovery against Service Provider.

Envelope ID: 5F8BBDE9-C405-4B4C-92F0-F58D9C284623

11.    Indemnification. Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.    Miscellaneous.

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.  Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.  Whole Agreement. This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

12.4.  Waiver, Severability. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or,

Envelope ID: C13B0D60-C409-461C-92F0-F8809C284623

if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

12.5.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.6.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.7.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.8.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.9.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.10. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.11. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

CamScanner

12.12. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

### 13.   Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required.

### 14.   Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

### 15.   Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.
We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.
Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.
Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

### 16.   Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.
You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

17.   **Intellectual Property**

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected

under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

**18.    Severability**

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

**19.    Non-Waiver**

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

**20.    Assignment and Survival**

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

**Customer**

Signature: *SV Chung*
DocuSigned by:
2F971773593042F...

Name (Print): Sonny V Eslampour

Date: 5/19/2021


CamScanner

# EXHIBIT H

# Initiate Business Checking℠

January 31, 2022 ■ Page 1 of 11



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $6,931.71 |
| Deposits/Credits | 90,971.79 |
| Withdrawals/Debits | - 83,782.95 |
| **Ending balance on 1/31** | **$14,120.55** |

Account number: **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Mobile Deposit : Ref Number :610020793768 | 362.40 | | |
| 1/3 | | Mobile Deposit : Ref Number :710020794128 | 1,140.80 | | |
| 1/3 | | Mobile Deposit : Ref Number :610020793799 | 492.50 | | |
| 1/3 | | Mobile Deposit : Ref Number :01303025701l | 449.50 | | |
| 1/3 | | Purchase authorized on 12/30 DD Doordash Phosai 855-973-1040 CA S301364830782278 Card 5365 | | 53.75 | |
| 1/3 | | Purchase authorized on 12/31 DD Doordash Redrob 855-973-1040 CA S301365756567576 Card 5365 | | 36.56 | |
| 1/3 | | Purchase authorized on 12/31 Weave Rb 888-5795668 UT S58l365779301917 Card 5365 | | 442.36 | |
| 1/3 | | Purchase authorized on 12/31 DD Doordash Flamek 855-973-1040 CA S302001084861601 Card 5365 | | 43.80 | |
| 1/3 | | Purchase authorized on 12/31 DD Doordash Thaiho 855-973-1040 CA S302001089967530 Card 5365 | | 34.65 | |
| 1/3 | | Recurring Payment authorized on 01/01 Cox Las Vegas Comm 800-234-3993 NV S302001459216914 Card 5365 | | 323.49 | |
| 1/3 | | Purchase authorized on 01/01 Sq *Pho King Vietn Las Vegas NV S382001730435577 Card 5365 | | 50.58 | |
| 1/3 | | Purchase authorized on 01/01 Lowe's #1719 Las Vegas NV P462002008660566 Card 5365 | | 25.97 | |
| 1/3 | | Purchase authorized on 01/01 DD Doordash Phosai 855-973-1040 CA S462002025901296 Card 5365 | | 34.61 | |
| 1/3 | | Purchase authorized on 01/02 DD Doordash Phosai 855-973-1040 CA S462002742935501 Card 5365 | | 53.54 | |
| 1/3 | | Acorns Invest Transfer 010322 8Hs4Zw Frank Nguyen | | 5.10 | |
| 1/3 | | Acorns Invest Transfer 010322 Cm98Yw Frank Nguyen | | 99.00 | |
| 1/3 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 211231 535354930124631 Heavenly Smiles Dental | | 322.76 | 7,850.74 |
| 1/4 | | Bankcard-8563 Btot Dep 220103 535354930124631 Heavenly Smiles Dental | 2,509.00 | | |
| 1/4 | | Purchase authorized on 01/03 PY *All Storage of 702-5685555 NV S302003609767194 Card 5365 | | 166.00 | |
| 1/4 | | Recurring Payment authorized on 01/03 J2 Efax Services 323-817-3205 CA S382003623252180 Card 5365 | | 16.95 | |
| 1/4 | | Purchase authorized on 01/03 Amzn Mktp US*Gm8V3 Amzn.Com/Bill WA S382003763423510 Card 5365 | | 17.33 | |
| 1/4 | | Purchase authorized on 01/03 Paypal *Uber Eats 402-935-7733 CA S462003861057297 Card 5365 | | 54.10 | |
| 1/4 | | Purchase authorized on 01/04 Smiths Food #434 10616 E. Henderson NV P382004626871466 Card 5365 | | 3.00 | 10,102.36 |
| 1/5 | | Bankcard-8563 Btot Dep 220104 535354930124631 Heavenly Smiles Dental | 496.00 | | |
| 1/5 | | Purchase authorized on 01/03 Paypal *Uber Eats 402-935-7733 CA S302004067707507 Card 5365 | | 3.00 | |
| 1/5 | | Purchase authorized on 01/04 Dental Whale-Front 404-5375211 FL S582004649332021 Card 5365 | | 6.99 | |
| 1/5 | | Purchase authorized on 01/05 Sprouts Farmers Market # Las Vegas NV P462006004393271 Card 5365 | | 55.12 | |
| 1/5 | | Acorns Invest Transfer 010522 Bl1J1x Frank Nguyen | | 12.36 | 10,520.89 |
| 1/6 | | Bankcard-8563 Btot Dep 220105 535354930124631 Heavenly Smiles Dental | 99.00 | | |
| 1/6 | | Purchase authorized on 01/04 Tst* Pho Hoa & Jaz Henderson NV S462004732397852 Card 5365 | | 37.01 | |
| 1/6 | | Purchase authorized on 01/04 Amzn Mktp US*Ng823 Amzn.Com/Bill WA S302004748810306 Card 5365 | | 6.45 | |
| 1/6 | | Purchase authorized on 01/04 DD Doordash Phosai 855-973-1040 CA S382005039094998 Card 5365 | | 36.31 | |
| 1/6 | | Purchase authorized on 01/05 Sq *Pho King Vietn Las Vegas NV S462005710746860 Card 5365 | | 50.52 | |
| 1/6 | | Acorns Invest Transfer 010622 0Hqb2x Frank Nguyen | | 10.86 | |
| 1/6 | | Acorns Later Transfer 010622 M9Lr1x Frank Nguyen | | 105.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/6 | 1604 | Check | | 64.34 | 10,309.40 |
| 1/7 | | Bankcard-8563 Btot Dep 220106 535354930124631 Heavenly Smiles Dental | 2,313.20 | | |
| 1/7 | | Purchase authorized on 01/05 DD Doordash Teriya 855-973-1040 CA S462006119541541 Card 5365 | | 22.59 | |
| 1/7 | | Purchase authorized on 01/06 Sq *Pho King Vietn Las Vegas NV S582006709571259 Card 5365 | | 34.54 | |
| 1/7 | | Purchase authorized on 01/06 Paypal *Uber Eats 402-935-7733 CA S582007000139093 Card 5365 | | 20.91 | |
| 1/7 | | Acorns Invest Transfer 010722 9Tv13x Frank Nguyen | | 5.67 | 12,538.89 |
| 1/10 | | Mobile Deposit : Ref Number :015100305289 | 105.60 | | |
| 1/10 | | Mobile Deposit : Ref Number :015100305242 | 107.50 | | |
| 1/10 | | Purchase authorized on 01/06 Paypal *Uber Eats 402-935-7733 CA S302007060838308 Card 5365 | | 2.00 | |
| 1/10 | | Purchase authorized on 01/07 Tst* Pho Hoa & Jaz Henderson NV S302007765989692 Card 5365 | | 21.29 | |
| 1/10 | | Purchase authorized on 01/07 Sq *Bok Bok Chicke Henderson NV S46200770828717 Card 5365 | | 15.16 | |
| 1/10 | | Purchase authorized on 01/08 Walgreens Store 11001 S E Henderson NV P302008712822533 Card 5365 | | 13.54 | |
| 1/10 | | Purchase authorized on 01/08 DD Doordash Flamek 855-973-1040 CA S302008784154711 Card 5365 | | 35.97 | |
| 1/10 | | Purchase authorized on 01/08 Etsy.Com - Dogbowb 718-8557955 NY S302009092157405 Card 5365 | | 7.58 | |
| 1/10 | | Purchase authorized on 01/08 Paypal *Ktwwrapsll 402-935-7733 CA S582009132664887 Card 5365 | | 40.97 | |
| 1/10 | | Purchase authorized on 01/09 Paypal *Uber Eats 402-935-7733 CA S302009820727968 Card 5365 | | 92.64 | |
| 1/10 | | Purchase authorized on 01/09 Paypal *Uber Eats 402-935-7733 CA S302010024771672 Card 5365 | | 5.00 | |
| 1/10 | | Purchase authorized on 01/09 Ebay O*12-08112-04 San Jose CA S382010115618667 Card 5365 | | 113.48 | |
| 1/10 | | Acorns Invest Transfer 011022 Jxl04x Frank Nguyen | | 8.13 | |
| 1/10 | | Acorns Invest Transfer 011022 P7593x Frank Nguyen | | 99.00 | |
| 1/10 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000036954780 Heavenly Smiles Dental | | 1,645.00 | |
| 1/10 | < | Business to Business ACH Debit - Paychex Inc. Payroll Maiss5Pkcghtkiw Heavenly Smiles Dental | | 3,487.30 | |
| 1/10 | | Seven Hills Mast Assoc Pmt 220110 13514 Heavenly Smiles Dental | | 69.00 | |
| 1/10 | | Renaissance Comm Assoc Pmt 220110 27994 Heavenly Smiles Dental | | 189.00 | |
| 1/10 | < | Business to Business ACH Debit - Paychex Tps Taxes 010722 9562360001480x Heavenly Smiles Dental | | 1,657.37 | 5,249.56 |
| 1/11 | | Bankcard-8563 Btot Dep 220110 535354930124631 Heavenly Smiles Dental | 889.00 | | |
| 1/11 | < | Business to Business ACH Debit - Paychex Eib Invoice 220111 x95627100015658 Heavenly Smiles Dental | | 235.91 | 5,902.65 |
| 1/12 | | Bankcard-8563 Btot Dep 220111 535354930124631 Heavenly Smiles Dental | 598.00 | | |
| 1/12 | | Mobile Deposit : Ref Number :812120027551 | 713.60 | | |
| 1/12 | | Purchase authorized on 01/10 Safco Dental Suppl 847-4129331 IL S582010694136559 Card 5365 | | 105.75 | |
| 1/12 | | Purchase authorized on 01/10 Tst* Pho Hoa & Jaz Henderson NV S462010746501032 Card 5365 | | 34.24 | |
| 1/12 | | Acorns Invest Transfer 011222 Bgm96x Frank Nguyen | | 29.79 | |
| 1/12 | | Acorns Later Transfer 011222 Yf416x Frank Nguyen | | 105.00 | 6,939.47 |
| 1/13 | | Bankcard-8563 Btot Dep 220112 535354930124631 Heavenly Smiles Dental | 1,787.00 | | |
| 1/13 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0DC7Nmwv on 01/13/22 | 1,800.00 | | |
| 1/13 | | Purchase authorized on 01/11 Par*Lee's Sandwich Las Vegas NV S582011699347731 Card 5365 | | 13.27 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 1/13 | | Purchase authorized on 01/11 Arbys 7564 Henderson NV S582011706273699 Card 5365 | | 15.15 | |
| 1/13 | | Purchase authorized on 01/11 DD Doordash Outbac 855-973-1040 CA S302012079330451 Card 5365 | | 64.88 | |
| 1/13 | | Purchase authorized on 01/12 Sq *Pho King Vietn Las Vegas NV S582012723996573 Card 5365 | | 35.10 | |
| 1/13 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 220112 000001398092831 Nguyen,Frank | | 3,564.86 | 6,833.21 |
| 1/14 | | Bankcard-8563 Btot Dep 220113 535354930124631 Heavenly Smiles Dental | 731.00 | | |
| 1/14 | | Mobile Deposit : Ref Number :413140875849 | 67.00 | | |
| 1/14 | | Purchase authorized on 01/12 DD Doordash Flamek 855-973-1040 CA S382013055699216 Card 5365 | | 33.70 | |
| 1/14 | 1606 | Cashed Check | | 2,000.00 | 5,597.51 |
| 1/18 | | Mobile Deposit : Ref Number :513150298129 | 286.00 | | |
| 1/18 | | Bankcard-8563 Btot Dep 220117 535354930124631 Heavenly Smiles Dental | 398.00 | | |
| 1/18 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Dcrxct6 on 01/15/22 | 2,000.00 | | |
| 1/18 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Dczvs4P on 01/16/22 | 1,000.00 | | |
| 1/18 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0DD8Ygw2 on 01/18/22 | 2,000.00 | | |
| 1/18 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Ddcx4MN on 01/18/22 | 1,000.00 | | |
| 1/18 | | Purchase authorized on 01/13 Paypal *Uber Eats 402-935-7733 CA S582014051725330 Card 5365 | | 42.43 | |
| 1/18 | | Purchase authorized on 01/13 Doordash*Popeyes WWW.Doordash. CA S382014072984344 Card 5365 | | 17.92 | |
| 1/18 | | Purchase authorized on 01/13 Paypal *Uber Eats 402-935-7733 CA S582014165573404 Card 5365 | | 8.47 | |
| 1/18 | | Purchase authorized on 01/13 Amzn Mktp US*Pb4Mf Amzn.Com/Bill WA S462014254351496 Card 5365 | | 236.21 | |
| 1/18 | | Purchase authorized on 01/14 Sq *Pho King Vietn Las Vegas NV S462014791813904 Card 5365 | | 39.48 | |
| 1/18 | | Purchase authorized on 01/14 Amzn Mktp US*O71Mb Amzn.Com/Bill WA S462015083142391 Card 5365 | | 97.53 | |
| 1/18 | | Purchase authorized on 01/14 Amzn Mktp US*Ob0Cw Amzn.Com/Bill WA S382015083195337 Card 5365 | | 97.53 | |
| 1/18 | | Purchase authorized on 01/15 Gordon Electric Su 815-936-4700 IL S302015621898320 Card 5365 | | 161.76 | |
| 1/18 | | Purchase authorized on 01/15 Sprouts Farmers Mkt#503 Henderson NV P382015783208484 Card 5365 | | 74.35 | |
| 1/18 | | Purchase authorized on 01/15 Paypal *Uber 402-935-7733 CA S582016074060244 Card 5365 | | 9.99 | |
| 1/18 | | Purchase authorized on 01/17 Sq *Pho King Vietn Las Vegas NV S582017724030424 Card 5365 | | 42.81 | |
| 1/18 | 1609 | Cashed Check | | 753.96 | |
| 1/18 | 1608 | Cashed Check | | 2,000.00 | |
| 1/18 | 1610 | Cashed Check | | 2,000.00 | |
| 1/18 | < | Business to Business ACH Debit - Wav*Vbit Technol 2678152119 220114 Frank Nguyen | | 3,468.25 | |
| 1/18 | | Subscription Acorns 011822 36Sr23 Frank Nguyen | | 3.00 | |
| 1/18 | | Acorns Invest Transfer 011822 Crbr8x Frank Nguyen | | 14.55 | |
| 1/18 | | Acorns Invest Transfer 011822 Ws708x Frank Nguyen | | 99.00 | |
| 1/18 | 8056 | Check | | 350.00 | 2,764.27 |
| 1/19 | | Bankcard-8563 Btot Dep 220118 535354930124631 Heavenly Smiles Dental | 1,135.00 | | |
| 1/19 | | Mobile Deposit : Ref Number :812190598190 | 375.00 | | |
| 1/19 | | Mobile Deposit : Ref Number :912190598859 | 1,242.70 | | |
| 1/19 | | Mobile Deposit : Ref Number :712190598148 | 1,280.00 | | |
| 1/19 | | Mobile Deposit : Ref Number :912190599108 | 1,858.60 | | |
| 1/19 | | Purchase authorized on 01/17 Paypal *Uber Eats 402-935-7733 CA S302018074912617 Card 5365 | | 27.11 | |

January 31, 2022 ■ Page 5 of 11



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/19 | | Purchase authorized on 01/17 Paypal *Uber Eats 402-935-7733 CA S462018135769432 Card 5365 | | 2.00 | |
| 1/19 | | Purchase authorized on 01/18 Doordash*Flame Kab WWW.Doordash. CA S462018771816136 Card 5365 | | 24.74 | |
| 1/19 | | Purchase authorized on 01/18 Paypal *Supplyhous 402-935-7733 NY S582019063091553 Card 5365 | | 255.75 | |
| 1/19 | | Purchase authorized on 01/18 Superior Sauna Httpssmpeyton WI S582019065039359 Card 5365 | | 567.60 | |
| 1/19 | | Purchase authorized on 01/19 Smiths Fo 10616 E. Eas Henderson NV P000000382180579 Card 5365 | | 77.74 | |
| 1/19 | | Credit One Bank Payment 220114 53071522 Frank Nguyen | | 69.44 | |
| 1/19 | | Acorns Later Transfer 011922 Dswpbx Frank Nguyen | | 105.00 | 7,526.19 |
| 1/20 | | Bankcard-8563 Btot Dep 220119 535354930124631 Heavenly Smiles Dental | 299.00 | | |
| 1/20 | | Synchrony Bank Mtot Dep 220119 534812028423162 Heavenly Smiles Dental | 8,919.90 | | |
| 1/20 | | Mobile Deposit : Ref Number :911200938697 | 30.00 | | |
| 1/20 | | Mobile Deposit : Ref Number :911200938651 | 117.00 | | |
| 1/20 | | Mobile Deposit : Ref Number :911200938673 | 188.00 | | |
| 1/20 | | Mobile Deposit : Ref Number :811200937996 | 436.80 | | |
| 1/20 | | Mobile Deposit : Ref Number :711200937926 | 556.00 | | |
| 1/20 | | Mobile Deposit : Ref Number :811200938620 | 667.20 | | |
| 1/20 | | Mobile Deposit : Ref Number :611200937554 | 814.20 | | |
| 1/20 | | Mobile Deposit : Ref Number :011200939316 | 940.00 | | |
| 1/20 | | Purchase authorized on 01/19 Sq *Pho King Vietn Las Vegas NV S582019722000703 Card 5365 | | 42.81 | |
| 1/20 | | Purchase authorized on 01/19 Sq *Pho King Vietn Las Vegas NV S582019734833639 Card 5365 | | 14.55 | |
| 1/20 | | Purchase authorized on 01/19 Paypal *Build Com 402-935-7733 CA S302019857765631 Card 5365 | | 553.48 | |
| 1/20 | | Purchase authorized on 01/19 Musicnotes.Com 8009444667 WI S302020178674020 Card 5365 | | 16.45 | |
| 1/20 | | Purchase authorized on 01/20 Lowe's #1719 Las Vegas NV P302020802980959 Card 5365 | | 4,026.37 | |
| 1/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll Rhqy6Fra6Qp0Lcg Heavenly Smiles Dental | | 4,017.16 | |
| 1/20 | | Acorns Invest Transfer 012022 Rx9Jcx Frank Nguyen | | 30.30 | 11,793.17 |
| 1/21 | | Bankcard-8563 Btot Dep 220120 535354930124631 Heavenly Smiles Dental | 463.68 | | |
| 1/21 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Df3Wsys on 01/21/22 | 2,000.00 | | |
| 1/21 | | Purchase authorized on 01/19 Doordash*Red Robin WWW.Doordash. CA S382020047709680 Card 5365 | | 35.89 | |
| 1/21 | | Purchase authorized on 01/20 Amazon.Com*Bj9MT01 Amzn.Com/Bill WA S382020475973978 Card 5365 | | 52.64 | |
| 1/21 | | Purchase authorized on 01/20 Doordash*Proteinho WWW.Doordash. CA S582020720040819 Card 5365 | | 40.58 | |
| 1/21 | | Purchase authorized on 01/20 Paypal *Uber Eats 402-935-7733 CA S462020766973033 Card 5365 | | 32.77 | |
| 1/21 | | Purchase authorized on 01/20 Paypal *Uber Eats 402-935-7733 CA S302020826021778 Card 5365 | | 2.00 | |
| 1/21 | 1619 | Cashed Check | | 2,985.11 | |
| 1/21 | 1620 | Cashed Check | | 4,000.00 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 220121 x95747400038814 Heavenly Smiles Dental | | 57.16 | |
| 1/21 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037041695 Heavenly Smiles Dental | | 1,410.00 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011822 9574580009844x Heavenly Smiles Dental | | 1,802.43 | |
| 1/21 | | Acorns Invest Transfer 012122 Kg3Ddx Frank Nguyen | | 8.43 | 3,829.84 |
| 1/24 | | Mobile Deposit : Ref Number :413240404028 | 38.60 | | |
| 1/24 | | Mobile Deposit : Ref Number :813240406142 | 1,232.00 | | |
| 1/24 | | Mobile Deposit : Ref Number :713240405097 | 1,810.00 | | |
| 1/24 | | Mobile Deposit : Ref Number :013240407264 | 393.00 | | |

WELLS FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/24 | | Mobile Deposit : Ref Number :913240406431 | 659.00 | | |
| 1/24 | | Mobile Deposit : Ref Number :013240406885 | 761.20 | | |
| 1/24 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Df7Yp6Y on 01/22/22 | 2,500.00 | | |
| 1/24 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dfkdk96 on 01/24/22 | 3,000.00 | | |
| 1/24 | | Purchase authorized on 01/18 Paypal *Supplyhous 402-935-7733 NY S582019063091553 Card 5365 | | 371.72 | |
| 1/24 | | Purchase authorized on 01/20 Paypal *Uber Eats 402-935-7733 CA S58202109077S409 Card 5365 | | 45.39 | |
| 1/24 | | Purchase authorized on 01/20 Famelounge-Ps Com 760-3202752 CA S302021104855330 Card 5365 | | 461.09 | |
| 1/24 | | Purchase authorized on 01/20 Paypal *Uber Eats 402-935-7733 CA S582021159220744 Card 5365 | | 2.00 | |
| 1/24 | | Purchase authorized on 01/21 Amzn Mktp US*Kc211 Amzn.Com/Bill WA S462021385919346 Card 5365 | | 128.63 | |
| 1/24 | | Purchase authorized on 01/21 Amazon.Com*Zi7U69Y Amzn.Com/Bill WA S582015614927783 Card 5365 | | 91.79 | |
| 1/24 | | Purchase authorized on 01/21 Amazon.Com*Kv3P47R Amzn.Com/Bill WA S462022034685478 Card 5365 | | 91.79 | |
| 1/24 | | Purchase authorized on 01/21 Amazon.Com*Xq4Jy5T Amzn.Com/Bill WA S462015610823519 Card 5365 | | 61.32 | |
| 1/24 | | Purchase authorized on 01/21 Amazon.Com*Hj56M2Z Amzn.Com/Bill WA S462022042061626 Card 5365 | | 61.32 | |
| 1/24 | | Purchase authorized on 01/21 Sq *Pho King Vietn Las Vegas NV S38202205805214 Card 5365 | | 56.44 | |
| 1/24 | | Purchase authorized on 01/21 Vons #1795 Henderson NV P000000881216594 Card 5365 | | 8.66 | |
| 1/24 | | Recurring Payment authorized on 01/21 Total Wine and Mor Https://WWW.F NV S302022092535397 Card 5365 | | 181.29 | |
| 1/24 | | Purchase authorized on 01/22 Lowe's #1719 Las Vegas NV P302022654356082 Card 5365 | | 45.39 | |
| 1/24 | | Purchase authorized on 01/22 Papa John's #1971 Las Vegas NV S302022713240524 Card 5365 | | 116.55 | |
| 1/24 | | Purchase authorized on 01/22 Amazon.Com*Dx9Cb1O Amzn.Com/Bill WA S462023054073035 Card 5365 | | 161.45 | |
| 1/24 | | Purchase authorized on 01/22 Amzn Mktp US*362Ki Amzn.Com/Bill WA S582023054106634 Card 5365 | | 13.69 | |
| 1/24 | | Online Transfer to Heavenly Smiles Dental Inc Business Checking xxxxxx3301 Ref #Ib0Dfb3Rrj on 01/22/22 | | 200.00 | |
| 1/24 | | Recurring Payment authorized on 01/23 Paypal *Netflix.CO 402-935-7733 CA S462023432633633 Card 5365 | | 8.99 | |
| 1/24 | | Purchase authorized on 01/23 Amzn Mktp US*Ce5Bf Amzn.Com/Bill WA S462023591517930 Card 5365 | | 216.74 | |
| 1/24 | | Recurring Payment authorized on 01/23 Apple.Com/Bill 866-712-7753 CA S582023673718002 Card 5365 | | 9.99 | |
| 1/24 | | Purchase authorized on 01/23 Amzn Mktp US*Xl8Hr Amzn.Com/Bill WA S302023686167831 Card 5365 | | 29.02 | |
| 1/24 | | Purchase authorized on 01/23 Legwork Inc. 509-888-0233 WA S462023786691443 Card 5365 | | 319.00 | |
| 1/24 | | Purchase authorized on 01/23 Vons #1795 Henderson NV P000000089195614 Card 5365 | | 24.14 | |
| 1/24 | | Purchase authorized on 01/23 Amzn Mktp US*7M0Hk Amzn.Com/Bill WA S382024089221217 Card 5365 | | 140.84 | |
| 1/24 | 1622 | Cashed Check | | 2,495.52 | |
| 1/24 | 1623 | Cashed Check | | 3,000.00 | |
| 1/24 | | Purchase authorized on 01/24 Lowe's #1719 Las Vegas NV P302025050506119 Card 5365 | | 820.08 | |
| 1/24 | | Acorns Invest Transfer 012422 Hg4Dfx Frank Nguyen | | 7.02 | |
| 1/24 | | Acorns Invest Transfer 012422 Lbqvfx Frank Nguyen | | 16.59 | |
| 1/24 | | Acorns Invest Transfer 012422 80Qqdx Frank Nguyen | | 99.00 | 4,938.19 |
| 1/25 | | Purchase authorized on 01/23 Amzn Mktp US*Q45Sy Amzn.Com/Bill WA S302023382335930 Card 5365 | | 43.13 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/25 | | Purchase authorized on 01/24 Amzn Mktp US*1053F Amzn.Com/Bill WA S302024326580718 Card 5365 | | 65.01 | |
| 1/25 | | Purchase authorized on 01/24 Sq *Pho King Vietn Las Vegas NV S582024733291685 Card 5365 | | 42.81 | |
| 1/25 | | Purchase authorized on 01/24 Amzn Mktp US*Qc7Ym Amzn.Com/Bill WA S302024792610735 Card 5365 | | 216.74 | |
| 1/25 | | Purchase authorized on 01/24 Vons #1795 Henderson NV P000000874766837 Card 5365 | | 8.66 | |
| 1/25 | ^16 | Targett2568 Purchase 220124 00000016 Hend, NV | | 226.96 | |
| 1/25 | 1617 | Check | | 168.97 | 4,165.91 |
| 1/26 | | Bankcard-8563 Btot Dep 220125 535354930124631 Heavenly Smiles Dental | 524.00 | | |
| 1/26 | | Mobile Deposit : Ref Number :817260313526 | 850.00 | | |
| 1/26 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dfvnt7Q on 01/25/22 | 2,000.00 | | |
| 1/26 | | Purchase authorized on 01/24 Amzn Mktp US*M507Y Amzn.Com/Bill WA S302024807214682 Card 5365 | | 116.88 | |
| 1/26 | | Purchase authorized on 01/24 Amzn Mktp US*Pv10R Amzn.Com/Bill WA S582025069641627 Card 5365 | | 1,029.55 | |
| 1/26 | | Purchase authorized on 01/24 Paypal *Uber Eats 402-935-7733 CA S302025077281712 Card 5365 | | 24.74 | |
| 1/26 | | Purchase authorized on 01/25 Amzn Mktp US*lV0Yv Amzn.Com/Bill WA S582025734267450 Card 5365 | | 38.04 | |
| 1/26 | 1624 | Cashed Check | | 2,000.00 | |
| 1/26 | | Acorns Invest Transfer 012622 1J4Nhx Frank Nguyen | | 49.20 | |
| 1/26 | | Acorns Later Transfer 012622 Tptdhx Frank Nguyen | | 105.00 | |
| 1/26 | 1613 | Check | | 161.95 | |
| 1/26 | 1612 | Check | | 66.69 | |
| 1/26 | 1615 | Check | | 291.56 | 3,656.30 |
| 1/27 | | Bankcard-8563 Btot Dep 220126 535354930124631 Heavenly Smiles Dental | 2,272.01 | | |
| 1/27 | | Acorns Invest Transfer 012722 Qchjjx Frank Nguyen | 10,000.00 | | |
| 1/27 | | Mobile Deposit : Ref Number :113270572491 | 2,010.40 | | |
| 1/27 | | Mobile Deposit : Ref Number :113270572419 | 3,120.00 | | |
| 1/27 | | Purchase authorized on 01/24 Amzn Mktp US*Zl8Xd Amzn.Com/Bill WA S382024327529552 Card 5365 | | 47.67 | |
| 1/27 | | Purchase authorized on 01/25 DD Doordash Flamek 855-973-1040 CA S582025747490394 Card 5365 | | 24.74 | |
| 1/27 | | Purchase authorized on 01/25 Amzn Mktp US*Ro88k Amzn.Com/Bill WA S582026013102093 Card 5365 | | 693.59 | |
| 1/27 | | Purchase authorized on 01/25 Paypal *Uber Eats 402-935-7733 CA S382026130130256 Card 5365 | | 47.43 | |
| 1/27 | | Purchase authorized on 01/25 Paypal *Uber Eats 402-935-7733 CA S582026190973893 Card 5365 | | 2.00 | |
| 1/27 | | Recurring Payment authorized on 01/26 Apple.Com/Bill 866-712-7753 CA S302026337735061 Card 5365 | | 0.99 | |
| 1/27 | | Recurring Payment authorized on 01/26 Apple.Com/Bill 408-974-1010 CA S462026680687969 Card 5365 | | 14.99 | |
| 1/27 | | Purchase authorized on 01/26 Sq *Pho King Vietn Las Vegas NV S382026716010691 Card 5365 | | 42.81 | |
| 1/27 | | Acorns Invest Transfer 012722 Hpkgjx Frank Nguyen | | 7.95 | |
| 1/27 | 1614 | Check | | 168.02 | 20,008.52 |
| 1/28 | | Bankcard-8563 Btot Dep 220127 535354930124631 Heavenly Smiles Dental | 374.00 | | |
| 1/28 | | Recurring Payment authorized on 01/27 ABC*Eos Fitness 888-8279262 NV S462027403441412 Card 5365 | | 69.98 | |
| 1/28 | | Purchase authorized on 01/27 Sq *Pho King Vietn Las Vegas NV S382027744073692 Card 5365 | | 42.81 | |
| 1/28 | | Purchase authorized on 01/28 Lowe's #1719 Las Vegas NV P462028772824945 Card 5365 | | 86.66 | |
| 1/28 | 1627 | Cashed Check | | 4,500.00 | |
| 1/28 | | Acorns Invest Transfer 012822 Krc4Kx Frank Nguyen | | 8.37 | |
| 1/28 | | Villa LA Paloma, Web Pmts 012822 S15Wj2 Frank Nguyen | | 4.805.00 | |
| 1/28 | 1616 | Check | | 1,000.00 | 9,869.70 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/31 | | Bankcard-8563 Btot Dep 220128 535354930124631 Heavenly Smiles Dental | 179.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :410290370270 | 247.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :310290369970 | 720.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :410290370229 | 1,758.40 | | |
| 1/31 | | Mobile Deposit : Ref Number :813290442601 | 2,923.20 | | |
| 1/31 | | Mobile Deposit : Ref Number :516310149737 | 117.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :416310148776 | 511.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :516310149575 | 1,474.00 | | |
| 1/31 | | Mobile Deposit : Ref Number :216310147676 | 2,400.00 | | |
| 1/31 | | Mobile Deposit :316310148723 | 2,700.80 | | |
| 1/31 | | Mobile Deposit : Ref Number :416310149290 | 2,729.00 | | |
| 1/31 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dgznjvq on 01/31/22 | 1,000.00 | | |
| 1/31 | | Purchase authorized on 01/26 Sterngold Dental L 800-9355961 MA S302026810526964 Card 5365 | | 156.00 | |
| 1/31 | | Purchase authorized on 01/27 Paypal *Uber Eats 402-935-7733 CA S302028111362847 Card 5365 | | 92.64 | |
| 1/31 | | Purchase authorized on 01/27 Paypal *Uber Eats 402-935-7733 CA S302028147379282 Card 5365 | | 3.00 | |
| 1/31 | | Purchase authorized on 01/28 Bedrosians Bldg Sp Las Vegas NV S382028717964333 Card 5365 | | 1,403.26 | |
| 1/31 | | Purchase authorized on 01/28 Sq *Pho King Vietn Las Vegas NV S582028751236873 Card 5365 | | 56.39 | |
| 1/31 | | Purchase authorized on 01/29 Papa John's #1971 Las Vegas NV S582029690912824 Card 5365 | | 89.11 | |
| 1/31 | 1625 | Deposited OR Cashed Check | | 2,288.52 | |
| 1/31 | 1634 | Deposited OR Cashed Check | | 4,300.00 | |
| 1/31 | | Purchase authorized on 01/29 DD Doordash Flamek 855-973-1040 CA S462029833200543 Card 5365 | | 28.15 | |
| 1/31 | | Purchase authorized on 01/29 Paypal *Uber Eats 402-935-7733 CA S582029834316773 Card 5365 | | 15.16 | |
| 1/31 | | Purchase authorized on 01/30 Petsmart # 1026 Las Vegas NV P382030690120534 Card 5365 | | 32.48 | |
| 1/31 | 1626 | Check | | 3,936.50 | |
| 1/31 | | Acorns Invest Transfer 013122 Zvyhkx Frank Nguyen | | 8.34 | |
| 1/31 | | Acorns Invest Transfer 013122 Bn2Fkx Frank Nguyen | | 99.00 | 14,120.55 |
| **Ending balance on 1/31** | | | | | **14,120.55** |
| **Totals** | | | **$90,971.79** | **$83,782.95** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

＾ **Converted check:** Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

≤ **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 1/25 | 226.96 | 1609 | 1/18 | 753.96 | 1614 | 1/27 | 168.02 |
| 1604 * | 1/6 | 64.34 | 1610 | 1/18 | 2,000.00 | 1615 | 1/26 | 291.56 |
| 1606 * | 1/14 | 2,000.00 | 1612 * | 1/26 | 66.69 | 1616 | 1/28 | 1,000.00 |
| 1608 * | 1/18 | 2,000.00 | 1613 | 1/26 | 161.95 | 1617 | 1/25 | 168.97 |



## Summary of checks written(continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1619 * | 1/21 | 2,985.11 | 1624 | 1/26 | 2,000.00 | 1627 | 1/28 | 4,500.00 |
| 1620 | 1/21 | 4,000.00 | 1625 | 1/31 | 2,288.52 | 1634 * | 1/31 | 4,300.00 |
| 1622 * | 1/24 | 2,495.52 | 1626 | 1/31 | 3,936.50 | 8056 * | 1/18 | 350.00 |
| 1623 | 1/24 | 3,000.00 | | | | | | |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $7,989.00 ☑ |
| • Minimum daily balance | $500.00 | $2,764.27 ☑ |

C1-C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 103 | 100 | 3 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

■ As a courtesy, some or all of your account transaction fees have been waived.

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION



Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online‡, Wells Fargo Business Online‡, Wells Fargo Mobile‡, or Wells Fargo Advisors‡ online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.



## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ........................ $ _____

**ADD**

**B.** Any deposits listed in your           $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.              + $ _____

.................................... **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

....................................
.                                    **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............ - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register........................ $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

February 28, 2022 ■ Page 1 of 11



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $14,120.55 |
| Deposits/Credits | 106,689.36 |
| Withdrawals/Debits | - 91,869.78 |
| **Ending balance on 2/28** | **$28,940.13** |

Account number: **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/1 | | Bankcard-8563 Btot Dep 220131 535354930124631 Heavenly Smiles Dental | 100.00 | | |
| 2/1 | | Mobile Deposit : Ref Number :415010624705 | 563.20 | | |
| 2/1 | | Purchase authorized on 01/30 Vons #1795 Henderson NV S302031184087266 Card 5365 | | 42.44 | |
| 2/1 | | Purchase authorized on 01/31 Sq *Pho king Vietn Las Vegas NV S462031721645573 Card 5365 | | 42.81 | |
| 2/1 | | Purchase authorized on 01/31 Paypal *Uber Eats 402-935-7733 CA S462032062370743 Card 5365 | | 50.61 | 14,647.89 |
| 2/2 | | Purchase Return authorized on 02/01 Amzn Mktp US Amzn. Amzn.Com/Bill WA S612033475931694 Card 5365 | 38.04 | | |
| 2/2 | | Purchase Return authorized on 02/01 Bedrosians Bldg Sp Las Vegas NV S382028717964333 Card 5365 | 389.61 | | |
| 2/2 | | Bankcard-8563 Btot Dep 220201 535354930124631 Heavenly Smiles Dental | 1,079.00 | | |
| 2/2 | | Mobile Deposit : Ref Number :416020096320 | 298.00 | | |
| 2/2 | | Mobile Deposit : Ref Number :816020102860 | 888.18 | | |
| 2/2 | | Purchase authorized on 01/26 Amzn Mktp US*MA0Hw Amzn.Com/Bill WA S582026656186973 Card 5365 | | 693.59 | |
| 2/2 | | Purchase authorized on 01/31 Weave Rb 888-5795668 UT S382032102922093 Card 5365 | | 480.15 | |
| 2/2 | | Purchase authorized on 01/31 Paypal *Uber Eats 402-935-7733 CA S302032126220126 Card 5365 | | 5.00 | |
| 2/2 | | Recurring Payment authorized on 02/01 Cox Las Vegas Comm 800-234-3993 NV S302032470649425 Card 5365 | | 323.49 | |
| 2/2 | | Purchase authorized on 02/01 PY *All Storage of 702-5685555 NV S462032617853292 Card 5365 | | 166.00 | |
| 2/2 | | Purchase authorized on 02/01 Amzn Mktp US*05388 Amzn.Com/Bill WA S462033100326970 Card 5365 | | 292.60 | |
| 2/2 | 1629 | Cashed Check | | 2,799.45 | |
| 2/2 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 220131 535354930124631 Heavenly Smiles Dental | | 364.08 | |
| 2/2 | | Acorns Invest Transfer 020222 Sr8Qnx Frank Nguyen | | 28.08 | |
| 2/2 | | Acorns Later Transfer 020222 Qlb7Nx Frank Nguyen | | 105.00 | 12,083.28 |
| 2/3 | | Bankcard-8563 Btot Dep 220202 535354930124631 Heavenly Smiles Dental | 498.00 | | |
| 2/3 | | Acorns Invest Transfer 020322 5Sngpx Frank Nguyen | 4,500.00 | | |
| 2/3 | | Mobile Deposit : Ref Number :614030437764 | 182.70 | | |
| 2/3 | | Mobile Deposit : Ref Number :414030436416 | 573.60 | | |
| 2/3 | | Mobile Deposit : Ref Number :314030436014 | 1,440.00 | | |
| 2/3 | | Mobile Deposit : Ref Number :614030438060 | 808.80 | | |
| 2/3 | | Purchase authorized on 02/01 1st* Pho Hoa & Jaz Henderson NV S58203273236815 Card 5365 | | 30.60 | |
| 2/3 | | Purchase authorized on 02/01 DD Doordash Fuwate 855-973-1040 CA S302033062008328 Card 5365 | | 30.85 | |
| 2/3 | | Purchase authorized on 02/02 Amazon.Com*7O56N67 Amzn.Com/Bill WA S382033296152562 Card 5365 | | 116.85 | |
| 2/3 | < | Business to Business ACH Debit - Wav*Vbit Technol 2678152119 220202 Frank Nguyen | | 3,468.25 | 16,439.83 |
| 2/4 | | Bankcard-8563 Btot Dep 220203 535354930124631 Heavenly Smiles Dental | 548.00 | | |
| 2/4 | | Mobile Deposit : Ref Number :214040926877 | 544.00 | | |
| 2/4 | | Mobile Deposit : Ref Number :314040927850 | 677.00 | | |
| 2/4 | | Mobile Deposit : Ref Number :414040928397 | 1,745.60 | | |
| 2/4 | | Purchase authorized on 02/02 Doordash*Flame Kab WWW.Doordash. CA S462034080322629 Card 5365 | | 28.01 | |
| 2/4 | | Purchase authorized on 02/02 Doordash*Popeyes WWW.Doordash. CA S582034082134266 Card 5365 | | 22.49 | |
| 2/4 | | Purchase authorized on 02/02 Amazon.Com*O65Vc8G Amzn.Com/Bill WA S382034243089026 Card 5365 | | 12.38 | |

WELLS FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/4 | | Purchase authorized on 02/03 Amazon.Com*Xs57K9U Amzn.Com/Bill WA S382034389927869 Card 5365 | | 19.29 | |
| 2/4 | | Purchase authorized on 02/03 Amzn Mktp US*Xt7Hx Amzn.Com/Bill WA S302034389961973 Card 5365 | | 49.26 | |
| 2/4 | | Recurring Payment authorized on 02/03 J2 Efax Services 323-817-3205 CA S462034629587800 Card 5365 | | 16.95 | |
| 2/4 | | Purchase authorized on 02/03 Scotts Dental Supp 253-858-9474 WA S302034632742149 Card 5365 | | 1,115.94 | |
| 2/4 | | Purchase authorized on 02/03 Sq *Pho King Vietn Las Vegas NV S382034737343225 Card 5365 | | 85.31 | |
| 2/4 | | Purchase authorized on 02/04 Lowe's #1033 Henderson NV P582035856862324 Card 5365 | | 324.04 | |
| 2/4 | | Purchase authorized on 02/04 Lowe's #2271 Las Vegas NV P462036013883401 Card 5365 | | 194.42 | |
| 2/4 | | Acorns Invest Transfer 020422 T421Qx Frank Nguyen | | 16.14 | |
| 2/4 | < | Business to Business ACH Debit - Paychex Inc. Payroll Qv6Oajlqktgnzi5 Heavenly Smiles Dental | | 4,010.38 | 14,059.82 |
| 2/7 | | Bankcard-8563 Btot Dep 220204 535354930124631 Heavenly Smiles Dental | 500.00 | | |
| 2/7 | | Mobile Deposit : Ref Number :913070954230 | 511.00 | | |
| 2/7 | | Mobile Deposit : Ref Number :613070964833 | 25.30 | | |
| 2/7 | | Mobile Deposit : Ref Number :413070963681 | 988.40 | | |
| 2/7 | | Purchase authorized on 02/03 Safco Dental Suppl 847-4129331 IL S302034648313735 Card 5365 | | 186.19 | |
| 2/7 | | Purchase authorized on 02/03 Vons #1795 Henderson NV S582035048190823 Card 5365 | | 59.12 | |
| 2/7 | | Purchase authorized on 02/04 Doordash*Flame Kab WWW.Doordash. CA S462035729493697 Card 5365 | | 59.84 | |
| 2/7 | 1630 | Cashed Check | | 2,283.80 | |
| 2/7 | 1631 | Cashed Check | | 5,369.00 | |
| 2/7 | | Purchase authorized on 02/05 Lowe's #1703 Las Vegas NV P302036776863137 Card 5365 | | 129.62 | |
| 2/7 | | Purchase authorized on 02/05 Rainbow-Cafishgril Las Vegas NV S302036798868185 Card 5365 | | 39.52 | |
| 2/7 | | Purchase authorized on 02/05 Amazon.Com*Rz4l68C Amzn.Com/Bill WA S382037281736724 Card 5365 | | 41.65 | |
| 2/7 | | Purchase authorized on 02/05 Amazon.Com*Fp8kr12 Amzn.Com/Bill WA S302037281779225 Card 5365 | | 63.83 | |
| 2/7 | | Acorns Invest Transfer 020722 Dmwkrx Frank Nguyen | | 22.08 | |
| 2/7 | | Acorns Invest Transfer 020722 S0Chqx Frank Nguyen | | 99.00 | |
| 2/7 | < | Business to Business ACH Debit - Paychex Eib Invoice 220207 x95970600000191 Heavenly Smiles Dental | | 117.16 | |
| 2/7 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037199010 Heavenly Smiles Dental | | 1,645.00 | |
| 2/7 | < | Business to Business ACH Debit - Paychex Tps Taxes 020422 95970800000261x Heavenly Smiles Dental | | 1,824.60 | |
| 2/7 | 1635 | Check | | 323.49 | |
| 2/7 | 1638 | Check | | 117.63 | 3,702.99 |
| 2/8 | | Bankcard-8563 Btot Dep 220207 535354930124631 Heavenly Smiles Dental | 950.00 | | |
| 2/8 | | Mobile Deposit : Ref Number :512080384559 | 172.80 | | |
| 2/8 | | Mobile Deposit : Ref Number :512080384192 | 475.80 | | |
| 2/8 | | Mobile Deposit : Ref Number :412080384157 | 617.40 | | |
| 2/8 | | Mobile Deposit : Ref Number :412080383864 | 3,082.80 | | |
| 2/8 | | Purchase authorized on 02/06 Tst* Stephanos Gre 702-795-8444 NV S462037857621424 Card 5365 | | 25.99 | |
| 2/8 | | Purchase authorized on 02/06 Vons #1795 Henderson NV S462038135650252 Card 5365 | | 8.66 | |
| 2/8 | | Purchase authorized on 02/07 Paypal *Lifesabund 402-935-7733 FL S582038296553182 Card 5365 | | 62.44 | |
| 2/8 | | Purchase authorized on 02/07 Dental Whale-Front 404-5375211 FL S302038572945742 Card 5365 | | 476.10 | |
| 2/8 | | Purchase authorized on 02/07 Sq *Pho King Vietn Las Vegas NV S462038742534814 Card 5365 | | 35.10 | 8,393.50 |

WELLS FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|------------|---------|
| 2/9 | | Bankcard-8563 Mtot Dep 220208 535354930124631 Heavenly Smiles Dental | 343.00 | | |
| 2/9 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dk6Wc97 on 02/08/22 | 2,000.00 | | |
| 2/9 | | Purchase authorized on 02/07 Paypal *Uber Eats 402-935-7733 CA S462039143179548 Card 5365 | | 41.90 | |
| 2/9 | | Purchase authorized on 02/07 Paypal *Uber Eats 402-935-7733 CA S462039214818465 Card 5365 | | 3.00 | |
| 2/9 | | Purchase authorized on 02/07 Quality Bath 718-337-7900 NJ S382039223172075 Card 5365 | | 1,543.73 | |
| 2/9 | | Purchase authorized on 02/08 Paypal *Uber Eats 402-935-7733 CA S382040056413267 Card 5365 | | 29.47 | |
| 2/9 | 1633 | Cashed Check | | 3,942.35 | |
| 2/9 | | Acorns Invest Transfer 020922 Q0Qbtx Frank Nguyen | | 16.41 | |
| 2/9 | | Acorns Later Transfer 020922 6Bj7TX Frank Nguyen | | 105.00 | |
| 2/9 | 1637 | Check | | 1,000.00 | 4,054.64 |
| 2/10 | | Bankcard-8563 Btot Dep 220209 535354930124631 Heavenly Smiles Dental | 3,681.00 | | |
| 2/10 | | Mobile Deposit : Ref Number :711100116790 | 1,140.00 | | |
| 2/10 | | Mobile Deposit : Ref Number :513100162394 | 248.00 | | |
| 2/10 | | Mobile Deposit : Ref Number :513100162848 | 585.60 | | |
| 2/10 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 2/10 | | Deposited Item Retn Unpaid - Paper 220210 | | 511.00 | |
| 2/10 | | Purchase authorized on 02/08 Tst* Pho Hoa & Jaz Henderson NV S462039736336553 Card 5365 | | 33.24 | |
| 2/10 | | Purchase authorized on 02/08 Paypal *Uber Eats 402-935-7733 CA S302040119661145 Card 5365 | | 2.00 | |
| 2/10 | | Purchase authorized on 02/09 Glidewell Laborato 949-440-2784 CA S382040644022151 Card 5365 | | 1,342.00 | |
| 2/10 | | Purchase authorized on 02/09 Scotts Dental Supp 253-858-9474 WA S462040667731699 Card 5365 | | 19.90 | |
| 2/10 | | Purchase authorized on 02/09 Paypal *Uber Eats 402-935-7733 CA S382040676115928 Card 5365 | | 47.49 | |
| 2/10 | | Purchase authorized on 02/09 Paypal *Uber Eats 402-935-7733 CA S582040728361349 Card 5365 | | 2.00 | |
| 2/10 | | Purchase authorized on 02/09 Paypal *Uber Eats 402-935-7733 CA S582041037387622 Card 5365 | | 88.29 | |
| 2/10 | | Seven Hills Mast Assoc Pmt 220210 13514 Heavenly Smiles Dental | | 69.00 | |
| 2/10 | | Renaissance Comm Assoc Pmt 220210 27994 Heavenly Smiles Dental | | 189.00 | |
| 2/10 | | Acorns Invest Transfer 021022 07B8Vx Frank Nguyen | | 6.45 | |
| 2/10 | 1636 | Check | | 90.66 | 7,296.21 |
| 2/11 | | Synchrony Bank Mtot Dep 220210 534812028423162 Heavenly Smiles Dental | 188.20 | | |
| 2/11 | | Bankcard-8563 Btot Dep 220210 535354930124631 Heavenly Smiles Dental | 199.00 | | |
| 2/11 | | Purchase authorized on 02/09 Safco Dental Suppl 847-4129331 IL S462040828282617 Card 5365 | | 472.50 | |
| 2/11 | | Purchase authorized on 02/09 Paypal *Uber Eats 402-935-7733 CA S582041123639050 Card 5365 | | 4.00 | |
| 2/11 | | Recurring Payment authorized on 02/10 Total Wine and Mor Https://WWW.F NV S382041431823480 Card 5365 | | 317.28 | |
| 2/11 | | Purchase authorized on 02/10 Ebay O*25-08242-58 San Jose CA S462041441994654 Card 5365 | | 191.88 | |
| 2/11 | | Purchase authorized on 02/10 Famelounge-Ps Com 760-3202752 CA S302041449466982 Card 5365 | | 461.09 | |
| 2/11 | | Purchase authorized on 02/10 Ebay O*12-08245-80 San Jose CA S462041452679842 Card 5365 | | 191.88 | |
| 2/11 | | Purchase authorized on 02/10 Sq *Pho King Vietn Las Vegas NV S382041718867717 Card 5365 | | 42.81 | |
| 2/11 | | Purchase authorized on 02/10 Scotts Dental Supp 253-858-9474 WA S302041804982312 Card 5365 | | 155.76 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/11 | | Purchase authorized on 02/11 The Home Depot #3306 Las Vegas NV P582042754425194 Card 5365 | | 441.78 | |
| 2/11 | | Purchase authorized on 02/11 Lowe's #1719 Las Vegas NV P582042765675606 Card 5365 | | 369.76 | |
| 2/11 | | Purchase authorized on 02/11 The Home Depot #3316 Las Vegas NV P582042781248634 Card 5365 | | 64.99 | |
| 2/11 | | Purchase authorized on 02/11 The Home Depot #3302 Henderson NV P382043040504497 Card 5365 | | 491.57 | |
| 2/11 | | Purchase Return authorized on 02/11 The Home Depot #3302 Henderson NV P582043026384826 Card 5365 | 214.36 | | |
| 2/11 | | Acorns Invest Transfer 021122 8Sbyvx Frank Nguyen | | 8.70 | 4,683.77 |
| 2/14 | | Purchase Return authorized on 02/11 Lowes #01719* Las Vegas NV S582042768086973 Card 5365 | 44.91 | | |
| 2/14 | | Bankcard-8563 Btot Dep 220211 535354930124631 Heavenly Smiles Dental | 99.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :807120924145 | 142.50 | | |
| 2/14 | | Mobile Deposit : Ref Number :807120924114 | 149.20 | | |
| 2/14 | | Mobile Deposit : Ref Number :907120924181 | 880.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :907120924503 | 2,551.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :713120049741 | 1,785.60 | | |
| 2/14 | | Mobile Deposit : Ref Number :215140660514 | 142.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :515140661791 | 142.50 | | |
| 2/14 | | Mobile Deposit : Ref Number :515140662263 | 535.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :515140661737 | 683.00 | | |
| 2/14 | | Mobile Deposit : Ref Number :715140663185 | 136.80 | | |
| 2/14 | | Mobile Deposit : Ref Number :615140662464 | 414.00 | | |
| 2/14 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dl267Tr on 02/12/22 | 5,000.00 | | |
| 2/14 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dlbtjdb on 02/14/22 | 2,000.00 | | |
| 2/14 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dlffz86 on 02/14/22 | 5,000.00 | | |
| 2/14 | | Purchase authorized on 02/10 Vons #1795 Henderson NV S382042051082245 Card 5365 | | 20.57 | |
| 2/14 | | Purchase authorized on 02/11 Bedrosians Bldg Sp Las Vegas NV S582042662567495 Card 5365 | | 807.22 | |
| 2/14 | | Purchase authorized on 02/11 Papa John's #1971 Las Vegas NV S302042706794206 Card 5365 | | 43.05 | |
| 2/14 | | Purchase authorized on 02/11 Paypal *Uber 402-935-7733 CA S302043206837386 Card 5365 | | 35.46 | |
| 2/14 | | Purchase authorized on 02/12 Lowe's #1719 Las Vegas NV P382043605685008 Card 5365 | | 119.10 | |
| 2/14 | | Purchase authorized on 02/12 Winco Foods #112 80 N Ste Henderson NV P582043636557335 Card 5365 | | 25.99 | |
| 2/14 | 1640 | Cashed Check | | 2,093.18 | |
| 2/14 | 1641 | Cashed Check | | 5,000.00 | |
| 2/14 | | Purchase authorized on 02/12 Tst* Stephanos Gre 702-795-8444 NV S462044058847702 Card 5365 | | 25.99 | |
| 2/14 | | Purchase authorized on 02/12 Vons #1795 Henderson NV S462044066837442 Card 5365 | | 13.66 | |
| 2/14 | | Purchase authorized on 02/13 Amazon.Com*Li0Tg9T Amzn.Com/Bill WA S302044317313460 Card 5365 | | 51.99 | |
| 2/14 | | Purchase authorized on 02/13 Ace Hardware Henderson NV S382044822022169 Card 5365 | | 9.31 | |
| 2/14 | | Purchase authorized on 02/13 Amazon.Com*K63P99C Amzn.Com/Bill WA S582045011482299 Card 5365 | | 55.18 | |
| 2/14 | | Acorns Invest Transfer 021422 Dg59xx Frank Nguyen | | 14.10 | |
| 2/14 | | Acorns Invest Transfer 021422 S0Bxwx Frank Nguyen | | 18.24 | |
| 2/14 | | Acorns Invest Transfer 021422 Rx88Wx Frank Nguyen | | 99.00 | 15,957.24 |
| 2/15 | | Purchase Return authorized on 02/14 Ebay O*12-08245-80 San Jose CA S462041452679842 Card 5365 | 191.88 | | |
| 2/15 | | Purchase Return authorized on 02/14 Ebay O*25-08242-58 San Jose CA S462041441994654 Card 5365 | 191.88 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/15 | | Bankcard-8563 Btot Dep 220214 535354930124631 Heavenly Smiles Dental | 384.00 | | |
| 2/15 | | ATM Check Deposit on 02/15 2658 W Horizon Ridge Pkwy Henderson NV 0004648 ATM ID 1722E Card 5365 | 9,651.60 | | |
| 2/15 | | Purchase authorized on 02/10 Pele Plantations Httpspeleplan HI S462041458501411 Card 5365 | | 273.00 | |
| 2/15 | | Purchase authorized on 02/13 Sq *Pho King Vietn Las Vegas NV S462044788937908 Card 5365 | | 35.66 | |
| 2/15 | | Purchase authorized on 02/13 Rainbow-Ecom-Cafis 702-605-1994 NV S302045000090802 Card 5365 | | 56.83 | |
| 2/15 | | Purchase authorized on 02/14 Amazon.Com*I85M240 Amzn.Com/Bill WA S582045462126896 Card 5365 | | 51.99 | |
| 2/15 | | Purchase authorized on 02/14 Amazon.Com*5I92U8Z Amzn.Com/Bill WA S462045462745352 Card 5365 | | 59.05 | |
| 2/15 | | Online Transfer to Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Dlp6Lkq on 02/15/22 | | 1,000.00 | |
| 2/15 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 220214 000001409265650 Nguyen,Frank | | 3,064.86 | |
| 2/15 | 1642 | Check | | 4,600.00 | 17,235.21 |
| 2/16 | | Purchase authorized on 02/14 Tst* Pho Hoa & Jaz Henderson NV S582045816217641 Card 5365 | | 33.87 | |
| 2/16 | | Purchase authorized on 02/14 Paypal *Uber Eats 402-935-7733 CA S462046071952013 Card 5365 | | 88.29 | |
| 2/16 | | Purchase authorized on 02/14 Paypal *Uber Eats 402-935-7733 CA S382046142001200 Card 5365 | | 5.00 | |
| 2/16 | | Purchase authorized on 02/14 Amazon.Com*3U20B6D Amzn.Com/Bill WA S462046187906567 Card 5365 | | 51.34 | |
| 2/16 | | Purchase authorized on 02/15 Amazon.Com*Bx4U78E Amzn.Com/Bill WA S382046391647819 Card 5365 | | 221.02 | |
| 2/16 | | Purchase authorized on 02/15 Amzn Mktp US*Om30H Amzn.Com/Bill WA S582046635565855 Card 5365 | | 21.62 | |
| 2/16 | | Acorns Invest Transfer 021622 Vfj5Zx Frank Nguyen | | 25.47 | |
| 2/16 | | Acorns Later Transfer 021622 Jpkzyx Frank Nguyen | | 105.00 | |
| 2/16 | 8057 | Check | | 350.00 | 16,333.60 |
| 2/17 | | Bankcard-8563 Btot Dep 220216 535354930124631 Heavenly Smiles Dental | 3,550.00 | | |
| 2/17 | | Purchase authorized on 02/15 Tst* Pho Hoa & Jaz Henderson NV S302046746260970 Card 5365 | | 24.63 | |
| 2/17 | | Purchase authorized on 02/15 Vons #1795 Henderson NV S582047059323348 Card 5365 | | 24.96 | |
| 2/17 | | Purchase authorized on 02/15 Paypal *Uber 402-935-7733 CA S462047108502306 Card 5365 | | 9.99 | |
| 2/17 | | Purchase authorized on 02/15 Amzn Mktp US*Uf520 Amzn.Com/Bill WA S582047173203228 Card 5365 | | 54.13 | |
| 2/17 | | Purchase authorized on 02/15 Amazon.Com*Jq53P7F Amzn.Com/Bill WA S302047177200182 Card 5365 | | 14.28 | |
| 2/17 | | Purchase authorized on 02/16 Amzn Mktp US*9H4Q0 Amzn.Com/Bill WA S462047550783857 Card 5365 | | 47.17 | |
| 2/17 | | Purchase authorized on 02/16 Amzn Mktp US*F16Qg Amzn.Com/Bill WA S462047550834727 Card 5365 | | 47.17 | |
| 2/17 | | Purchase authorized on 02/16 Scotts Dental Supp 253-858-9474 WA S582047618488702 Card 5365 | | 398.00 | |
| 2/17 | | Purchase authorized on 02/16 DD Doordash Flamek 855-973-1040 CA S582047685028571 Card 5365 | | 37.11 | |
| 2/17 | | Purchase authorized on 02/16 DD Doordash Flamek 855-973-1040 CA S302047688054832 Card 5365 | | 24.74 | |
| 2/17 | | Purchase authorized on 02/16 Paypal *Uber Eats 402-935-7733 CA S462048065082291 Card 5365 | | 50.12 | |
| 2/17 | | Acorns Invest Transfer 021722 Wds30Y Frank Nguyen | | 10.83 | |
| 2/17 | | Villa LA Paloma, Web Pmts 021722 Zf0Ql2 Frank Nguyen | | 4,805.00 | 14,335.47 |
| 2/18 | | Bankcard-8563 Btot Dep 220217 535354930124631 Heavenly Smiles Dental | 13,998.00 | | |
| 2/18 | | Mobile Deposit : Ref Number :216180471863 | 1,322.00 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/18 | | Purchase authorized on 02/16 Paypal *Uber Eats 402-935-7733 CA S302048125130725 Card 5365 | | 3.00 | |
| 2/18 | | Purchase authorized on 02/17 Sq *Pho King Vietn Las Vegas NV S582048730625212 Card 5365 | | 42.81 | |
| 2/18 | | Online Transfer to Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Dmfvfzv on 02/18/22 | | 3,000.00 | |
| 2/18 | 1639 | Cashed Check | | 2,032.97 | |
| 2/18 | 1643 | Cashed Check | | 2,136.15 | |
| 2/18 | | Acorns Invest Transfer 021822 4R9T0Y Frank Nguyen | | 11.58 | |
| 2/18 | 1644 | Check | | 85.35 | 22,343.61 |
| 2/22 | | ATM Check Deposit on 02/19 2658 W Horizon Ridge Pkwy Henderson NV 0005550 ATM ID 1722E Card 5365 | 4,127.05 | | |
| 2/22 | | Purchase Return authorized on 02/20 Lowes #01719* Las Vegas NV S382051780308934 Card 5365 | 51.29 | | |
| 2/22 | | Bankcard-8563 Btot Dep 220221 535354930124631 Heavenly Smiles Dental | 50.00 | | |
| 2/22 | | Synchrony Bank Mtot Dep 220218 534812028423162 Heavenly Smiles Dental | 470.50 | | |
| 2/22 | | Mobile Deposit : Ref Number :013220624415 | 256.40 | | |
| 2/22 | | Mobile Deposit : Ref Number :313220625739 | 279.00 | | |
| 2/22 | | Mobile Deposit : Ref Number :213220625350 | 1,110.00 | | |
| 2/22 | | Mobile Deposit : Ref Number :013220624477 | 1,278.38 | | |
| 2/22 | | Purchase authorized on 02/17 Sterngold Dental L 800-9355961 MA S382048747372015 Card 5365 | | 238.00 | |
| 2/22 | | Purchase authorized on 02/17 Sushiwa Henderson NV S382049112860881 Card 5365 | | 90.20 | |
| 2/22 | | Purchase authorized on 02/17 Amazon.Com*6O95A9O Amzn.Com/Bill WA S582049183418993 Card 5365 | | 51.99 | |
| 2/22 | | Purchase authorized on 02/18 First Bottle 707-967-0240 CA S582049730820507 Card 5365 | | 293.30 | |
| 2/22 | | Purchase authorized on 02/18 Sq *Pho King Vietn Las Vegas NV S302049752073288 Card 5365 | | 51.75 | |
| 2/22 | | Purchase authorized on 02/18 Rainbow-Ecom-Cafis 702-605-1994 NV S462049844064969 Card 5365 | | 56.83 | |
| 2/22 | | Purchase authorized on 02/19 Vons #1795 Henderson NV S582050694153942 Card 5365 | | 19.47 | |
| 2/22 | 1651 | Cashed Check | | 2,104.29 | |
| 2/22 | | Purchase authorized on 02/19 Papa John's #1971 Las Vegas NV S462050718915262 Card 5365 | | 25.81 | |
| 2/22 | | Purchase authorized on 02/19 Paypal *Uber Eats 402-935-7733 CA S382051057033137 Card 5365 | | 109.28 | |
| 2/22 | | Purchase authorized on 02/19 Paypal *Uber Eats 402-935-7733 CA S582051130294651 Card 5365 | | 5.00 | |
| 2/22 | | Purchase authorized on 02/20 Amazon.Com*1B3Gr5U Amzn.Com/Bill WA S382051734710481 Card 5365 | | 80.49 | |
| 2/22 | | Purchase authorized on 02/20 Sprouts Farmers Market # Las Vegas NV P30205177830736 Card 5365 | | 103.74 | |
| 2/22 | | Purchase authorized on 02/20 DD Doordash Protei 855-973-1040 CA S302052133253002 Card 5365 | | 22.37 | |
| 2/22 | | Purchase authorized on 02/21 Sq *Pho King Vietn Las Vegas NV S582052722629553 Card 5365 | | 42.81 | |
| 2/22 | | < Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037315824 Heavenly Smiles Dental | | 1,410.00 | |
| 2/22 | | < Business to Business ACH Debit - Paychex Tps Taxes 021822 9615250000364x Heavenly Smiles Dental | | 1,813.03 | |
| 2/22 | | < Business to Business ACH Debit - Paychex Inc. Payroll Jvgxh1Qdf3Qsuzp Heavenly Smiles Dental | | 4,088.87 | |
| 2/22 | | Subscription Acorns 022222 Spkw63 Frank Nguyen | | 3.00 | |
| 2/22 | | Acorns Invest Transfer 022222 Cq492Y Frank Nguyen | | 6.57 | |
| 2/22 | | Acorns Invest Transfer 022222 Xqft1Y Frank Nguyen | | 20.61 | |
| 2/22 | | Acorns Invest Transfer 022222 Sdv41Y Frank Nguyen | | 99.00 | |
| 2/22 | | < Business to Business ACH Debit - Paychex Eib Invoice 220222 x96166500019942 Heavenly Smiles Dental | | 117.16 | |
| 2/22 | 1648 | Check | | 681.17 | 18,431.49 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/23 | | Bankcard-8563 Btot Dep 220222 535354930124631 Heavenly Smiles Dental | 466.00 | | |
| 2/23 | | ATM Check Deposit on 02/23 2658 W Horizon Ridge Pkwy Henderson NV 0006128 ATM ID 1722C Card 5365 | 6,775.57 | | |
| 2/23 | | Mobile Deposit : Ref Number :315230120307 | 279.90 | | |
| 2/23 | | Purchase authorized on 02/21 Tst* Stephanos Gre 702-795-8444 NV S462053036191138 Card 5365 | | 25.99 | |
| 2/23 | | Purchase authorized on 02/21 Amazon.Com* 1I3S38V Amzn.Com/Bill WA S462053144628447 Card 5365 | | 48.76 | |
| 2/23 | | Purchase authorized on 02/22 Paypal *Uber Eats 402-935-7733 CA S582053689323031 Card 5365 | | 26.35 | |
| 2/23 | | Purchase authorized on 02/22 Paypal *Uber Eats 402-935-7733 CA S582053740990642 Card 5365 | | 1.00 | |
| 2/23 | 1652 | Cashed Check | | 898.45 | |
| 2/23 | | Acorns Later Transfer 022322 4B9T3Y Frank Nguyen | | 105.00 | 24,847.41 |
| 2/24 | | Bankcard-8563 Btot Dep 220223 535354930124631 Heavenly Smiles Dental | 296.55 | | |
| 2/24 | | Purchase authorized on 02/22 Papa John's #1971 Las Vegas NV S302053686561324 Card 5365 | | 23.81 | |
| 2/24 | | Purchase authorized on 02/22 Vons #1795 Henderson NV S302054045073109 Card 5365 | | 19.47 | |
| 2/24 | | Recurring Payment authorized on 02/23 Paypal *Netflix.CO 402-935-7733 CA S382054435513356 Card 5365 | | 9.99 | |
| 2/24 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S582054672662445 Card 5365 | | 9.99 | |
| 2/24 | | Purchase authorized on 02/23 Sq *Pho King Vietn Las Vegas NV S302054714767406 Card 5365 | | 58.23 | |
| 2/24 | | Purchase authorized on 02/23 Legwork Inc. 509-888-0233 WA S582054786593650 Card 5365 | | 319.00 | |
| 2/24 | 1628 | Cashed Check | | 2,000.00 | |
| 2/24 | | Acorns Invest Transfer 022422 Ychk4Y Frank Nguyen | | 29.91 | |
| 2/24 | 1605 | Check | | 198.00 | |
| 2/24 | 1611 | Check | | 198.00 | |
| 2/24 | 1647 | Check | | 168.06 | |
| 2/24 | 1646 | Check | | 183.21 | |
| 2/24 | 1649 | Check | | 169.83 | 21,756.46 |
| 2/25 | | Mobile Deposit : Ref Number :212250841169 | 115.40 | | |
| 2/25 | | Mobile Deposit : Ref Number :312250842309 | 558.00 | | |
| 2/25 | | Purchase authorized on 02/23 DD Doordash Protei 855-973-1040 CA S582055030849473 Card 5365 | | 17.34 | |
| 2/25 | | Purchase authorized on 02/23 DD Doordash Redrob 855-973-1040 CA S462055102578641 Card 5365 | | 20.20 | |
| 2/25 | | Purchase authorized on 02/24 Amzn Mktp US*1I6Z6 Amzn.Com/Bill WA S582055629478141 Card 5365 | | 56.34 | |
| 2/25 | | Purchase authorized on 02/25 Total Wine and Las Vegas NV P000000979347736 Card 5365 | | 181.30 | |
| 2/25 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 220224 000001412396683 Nguyen,Frank | | 3,564.86 | |
| 2/25 | | Acorns Invest Transfer 022522 Pmmg5Y Frank Nguyen | | 5.70 | 18,584.12 |
| 2/28 | | ATM Check Deposit on 02/26 2658 W Horizon Ridge Pkwy Henderson NV 0005906 ATM ID 1722C Card 5365 | 2,948.60 | | |
| 2/28 | | Purchase Return authorized on 02/27 Lowes #01719* Las Vegas NV S382058681720970 Card 5365 | 341.36 | | |
| 2/28 | | ATM Check Deposit on 02/28 2658 W Horizon Ridge Pkwy Henderson NV 0007403 ATM ID 1722E Card 5365 | 7,494.10 | | |
| 2/28 | | Purchase authorized on 02/24 Sq *Pho King Vietn Las Vegas NV S382055728062692 Card 5365 | | 42.81 | |
| 2/28 | | Purchase authorized on 02/24 Vons #1795 Henderson NV S462056031108271 Card 5365 | | 8.66 | |
| 2/28 | | Purchase authorized on 02/24 DD Doordash Flamek 855-973-1040 CA S462056061915927 Card 5365 | | 29.15 | |
| 2/28 | | Purchase authorized on 02/25 CO Anh Sandwich & Las Vegas NV S582056682004687 Card 5365 | | 55.27 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/28 | | Purchase authorized on 02/25 Kfc D212095 Las Vegas NV S382057050008093 Card 5365 | | 26.00 | |
| 2/28 | | Recurring Payment authorized on 02/26 Apple.Com/Bill 866-712-7753 CA S582057338085141 Card 5365 | | 0.99 | |
| 2/28 | | Purchase authorized on 02/26 Sq *Pho King Vietn Las Vegas NV S582057708456468 Card 5365 | | 21.59 | |
| 2/28 | | Purchase authorized on 02/26 Petsmart # 1026 Las Vegas NV S582057721357924 Card 5365 | | 16.79 | |
| 2/28 | | Purchase authorized on 02/26 Paypal *Uber Eats 402-935-7733 CA S582058053228671 Card 5365 | | 73.40 | |
| 2/28 | | Purchase authorized on 02/26 Paypal *Uber Eats 402-935-7733 CA S582058124682777 Card 5365 | | 5.00 | |
| 2/28 | | Recurring Payment authorized on 02/27 ABC*Eos Fitness 888-8279262 NV S302058430145087 Card 5365 | | 19.99 | |
| 2/28 | | Purchase authorized on 02/27 Ultra Clean Expres Henderson NV S302058738257125 Card 5365 | | 9.99 | |
| 2/28 | | Acorns Invest Transfer 022822 Ccfx6Y Frank Nguyen | | 8.88 | |
| 2/28 | | Acorns Invest Transfer 022822 M6Lg6Y Frank Nguyen | | 10.53 | |
| 2/28 | | Acorns Invest Transfer 022822 L93T5Y Frank Nguyen | | 99.00 | 28,940.13 |
| **Ending balance on 2/28** | | | | | **28,940.13** |
| **Totals** | | | **$106,689.36** | **$91,869.78** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1605 | 2/24 | 198.00 | 1636 | 2/10 | 90.66 | 1644 | 2/18 | 85.35 |
| 1611 * | 2/24 | 198.00 | 1637 | 2/9 | 1,000.00 | 1646 * | 2/24 | 183.21 |
| 1628 * | 2/24 | 2,000.00 | 1638 | 2/7 | 117.63 | 1647 | 2/24 | 168.06 |
| 1629 | 2/2 | 2,799.45 | 1639 | 2/18 | 2,032.97 | 1648 | 2/22 | 681.17 |
| 1630 | 2/7 | 2,283.80 | 1640 | 2/14 | 2,093.18 | 1649 | 2/24 | 169.83 |
| 1631 | 2/7 | 5,369.00 | 1641 | 2/14 | 5,000.00 | 1651 * | 2/22 | 2,104.29 |
| 1633 * | 2/9 | 3,942.35 | 1642 | 2/15 | 4,600.00 | 1652 | 2/23 | 898.45 |
| 1635 * | 2/7 | 323.49 | 1643 | 2/18 | 2,136.15 | 8057 * | 2/16 | 350.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $15,208.00 ✓ |
| • Minimum daily balance | $500.00 | $3,702.99 ✓ |



## Monthly service fee summary (continued)
CCCI

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 154 | 100 | 54 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

- As a courtesy, some or all of your account transaction fees have been waived.

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement .......................... $ _____

**ADD**

**B.** Any deposits listed in your
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                   + $ _____

........................................ TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................................ TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............ − $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ............................. $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

March 31, 2022 ■ Page 1 of 10



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (825)
        P.O. Box 6995
        Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $28,940.13 |
| Deposits/Credits | 76,718.18 |
| Withdrawals/Debits | - 80,865.66 |
| **Ending balance on 3/31** | **$24,792.65** |

Account number:  **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/1 | | Bankcard-8563 Btot Dep 220228 535354930124631 Heavenly Smiles Dental | 100.00 | | |
| 3/1 | | Mobile Deposit : Ref Number :113010482359 | 115.40 | | |
| 3/1 | | Mobile Deposit : Ref Number :113010482806 | 177.60 | | |
| 3/1 | | Purchase authorized on 02/27 DD Doordash Flamek 855-973-1040 CA S302058754508869 Card 5365 | | 22.46 | |
| 3/1 | | Purchase authorized on 02/27 Vons #1795 Henderson NV S382059127190276 Card 5365 | | 27.64 | |
| 3/1 | | Purchase authorized on 03/01 Sprouts Farmers Market # Las Vegas NV P302061036660066 Card 5365 | | 36.05 | 29,246.98 |
| 3/2 | | Bankcard-8563 Btot Dep 220301 535354930124631 Heavenly Smiles Dental | 295.00 | | |
| 3/2 | | Purchase authorized on 02/28 Tst* Pho Hoa & Jaz Henderson NV S462059729816140 Card 5365 | | 12.40 | |
| 3/2 | | Purchase authorized on 02/28 Tst* Stephanos Gre 702-795-8444 NV S582060014819231 Card 5365 | | 26.80 | |
| 3/2 | | Purchase authorized on 02/28 Weave Rb 888-5795668 UT S382060094455222 Card 5365 | | 480.15 | |
| 3/2 | | Purchase authorized on 03/01 PY *All Storage of 702-5685555 NV S302060613259197 Card 5365 | | 166.00 | |
| 3/2 | | < Business to Business ACH Debit - Bankcard-8563 Mtot Disc 220228 535354930124631 Heavenly Smiles Dental | | 750.81 | |
| 3/2 | | Acorns Invest Transfer 030222 R1Q19Y Frank Nguyen | | 16.08 | |
| 3/2 | | Acorns Later Transfer 030222 6Vdn8Y Frank Nguyen | | 105.00 | 27,984.74 |
| 3/3 | | Bankcard-8563 Btot Dep 220302 535354930124631 Heavenly Smiles Dental | 99.00 | | |
| 3/3 | | Purchase authorized on 03/01 Tst* Pho Hoa & Jaz Henderson NV S30206075852936B Card 5365 | | 13.87 | |
| 3/3 | | Online Transfer to Heavenly Smiles Dental Inc Business Checking xxxxxx3301 Ref #Ib0Dqk5Dz9 on 03/03/22 | | 500.00 | |
| 3/3 | 1645 | Deposited OR Cashed Check | | 458.00 | |
| 3/3 | | Purchase authorized on 03/03 Vons #1795 Henderson NV P000000581611340 Card 5365 | | 8.66 | |
| 3/3 | | < Business to Business ACH Debit - Wav*Vbit Technol 2678152119 220302 Frank Nguyen | | 3,468.25 | |
| 3/3 | | Acorns Invest Transfer 030322 Lgmy9Y Frank Nguyen | | 5.55 | 23,629.41 |
| 3/4 | | Bankcard-8563 Btot Dep 220303 535354930124631 Heavenly Smiles Dental | 795.00 | | |
| 3/4 | | eDeposit IN Branch/Store 03/04/22 09:03:46 Am 2658 W Horizon Ridge Pkwy Henderson NV | 3,960.50 | | |
| 3/4 | | Recurring Payment authorized on 03/02 Apple.Com/Bill 866-712-7753 CA S582061680718311 Card 5365 | | 14.99 | |
| 3/4 | | Purchase authorized on 03/02 Sq *Pho King Vietn Las Vegas NV S382061742772710 Card 5365 | | 35.10 | |
| 3/4 | | Recurring Payment authorized on 03/03 J2 Efax Services 323-817-3205 CA S582062627151164 Card 5365 | | 16.95 | |
| 3/4 | | Purchase authorized on 03/03 Sq *Pho King Vietn Las Vegas NV S382062726282905 Card 5365 | | 42.81 | |
| 3/4 | | Acorns Invest Transfer 030422 V2Npby Frank Nguyen | | 5.97 | |
| 3/4 | 1650 | Check | | 1,816.00 | 26,453.09 |
| 3/7 | | Mobile Deposit : Ref Number :910050329017 | 140.20 | | |
| 3/7 | | Mobile Deposit : Ref Number :010050329070 | 465.40 | | |
| 3/7 | | Mobile Deposit : Ref Number :110050329592 | 1,313.60 | | |
| 3/7 | | Mobile Deposit : Ref Number :613070028708 | 155.80 | | |
| 3/7 | | Mobile Deposit : Ref Number :613070028420 | 414.00 | | |
| 3/7 | | Mobile Deposit : Ref Number :416070163503 | 355.00 | | |
| 3/7 | | Purchase authorized on 03/03 Glidewell Laborato 949-440-2784 CA S462062818270195 Card 5365 | | 1,060.00 | |
| 3/7 | | Purchase authorized on 03/03 Outback #3220 Las Vegas NV S382063118863688 Card 5365 | | 117.93 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/7 | | Purchase authorized on 03/04 Dental Whale-Front 404-5375211 FL S582063590220178 Card 5365 | | 310.50 | |
| 3/7 | | Purchase authorized on 03/04 Bedrosians Bldg Sp Las Vegas NV S462063703434527 Card 5365 | | 134.42 | |
| 3/7 | | Purchase authorized on 03/04 Papa John's #1971 Las Vegas NV S382063729643333 Card 5365 | | 20.57 | |
| 3/7 | | Purchase authorized on 03/04 Sq *Pho king Vietn Las Vegas NV S382063746216439 Card 5365 | | 44.73 | |
| 3/7 | | Purchase authorized on 03/04 Vons #1795 Henderson NV S302063854028211 Card 5365 | | 14.15 | |
| 3/7 | | Purchase authorized on 03/04 DD Doordash Redrob 855-973-1040 CA S382064146660490 Card 5365 | | 21.00 | |
| 3/7 | | Purchase authorized on 03/05 Bedrosians Bldg Sp Las Vegas NV S462064691899448 Card 5365 | | 72.58 | |
| 3/7 | 1653 | Cashed Check | | 4,086.92 | |
| 3/7 | | Purchase authorized on 03/05 DD Doordash Protei 855-973-1040 CA S582064788246938 Card 5365 | | 17.34 | |
| 3/7 | | Purchase authorized on 03/05 Paypal *Uber Eats 402-935-7733 CA S582064842981539 Card 5365 | | 96.32 | |
| 3/7 | | Purchase authorized on 03/05 Apple.Com/Bill 408-974-1010 CA S382064856652129 Card 5365 | | 52.96 | |
| 3/7 | | Purchase authorized on 03/05 Amazon.Com*1W1G116 Amzn.Com/Bill WA S382065001246675 Card 5365 | | 54.60 | |
| 3/7 | | Purchase authorized on 03/05 Paypal *Uber Eats 402-935-7733 CA S582065054450287 Card 5365 | | 5.00 | |
| 3/7 | | Purchase authorized on 03/05 Paypal *Plumbrstoc 402-935-7733 UT S462065197174134 Card 5365 | | 71.40 | |
| 3/7 | | Purchase authorized on 03/05 Amzn Mktp US*1W695 Amzn.Com/Bill WA S382065218960167 Card 5365 | | 65.01 | |
| 3/7 | | Acorns Invest Transfer 030722 Fpt4CY Frank Nguyen | | 6.66 | |
| 3/7 | | Acorns Invest Transfer 030722 Vxd0CY Frank Nguyen | | 99.00 | |
| 3/7 | < | Business to Business ACH Debit - Paychex-Hrs 401(k) 0000037439910 Heavenly Smiles Dental | | 1,598.00 | |
| 3/7 | < | Business to Business ACH Debit - Paychex Tps Taxes 030422 9633450001830x Heavenly Smiles Dental | | 1,778.62 | |
| 3/7 | < | Business to Business ACH Debit - Paychex Inc. Payroll x4Gmtwnqv0F8Nna Heavenly Smiles Dental | | 3,907.97 | |
| 3/7 | 1656 | Check | | 160.55 | 15,500.86 |
| 3/8 | | Bankcard-8563 Btot Dep 220307 535354930124631 Heavenly Smiles Dental | 1,096.50 | | |
| 3/8 | | Purchase authorized on 03/06 Rainbow-Ecom-Cafis 702-605-1994 NV S582065801632419 Card 5365 | | 40.06 | |
| 3/8 | < | Business to Business ACH Debit - Paychex Eib Invoice 220308 x96346600004507 Heavenly Smiles Dental | | 117.16 | |
| 3/8 | 1655 | Check | | 1,036.12 | 15,404.02 |
| 3/9 | | Bankcard-8563 Btot Dep 220308 535354930124631 Heavenly Smiles Dental | 498.00 | | |
| 3/9 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Ds2Ddmq on 03/09/22 | 4,500.00 | | |
| 3/9 | | Purchase authorized on 03/07 Tst* Stephanos Gre 702-795-8444 NV S302066706878658 Card 5365 | | 40.88 | |
| 3/9 | | Purchase authorized on 03/07 Vons #1795 Henderson NV S582067024021418 Card 5365 | | 19.47 | |
| 3/9 | | Acorns Invest Transfer 030922 Tnyrfy Frank Nguyen | | 34.26 | |
| 3/9 | | Acorns Later Transfer 030922 63Wtfy Frank Nguyen | | 105.00 | |
| 3/9 | 1658 | Check | | 4,000.00 | |
| 3/9 | 1659 | Check | | 4,925.00 | |
| 3/9 | 1654 | Check | | 100.00 | 11,177.41 |
| 3/10 | | Bankcard-8563 Btot Dep 220309 535354930124631 Heavenly Smiles Dental | 795.00 | | |
| 3/10 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Ds848MD on 03/10/22 | 5,000.00 | | |
| 3/10 | | Purchase authorized on 03/08 Tst* Pho Hoa & Jaz Henderson NV S382067721922003 Card 5365 | | 36.08 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/10 | | Purchase authorized on 03/08 Vons #1795 Henderson NV S302068076078928 Card 5365 | | 41.55 | |
| 3/10 | | Purchase authorized on 03/09 Amazon.Com*1Z8Uv7x Amzn.Com/Bill WA S582068641925112 Card 5365 | | 367.93 | |
| 3/10 | | Purchase authorized on 03/09 Amazon.Com*1Z7G70N Amzn.Com/Bill WA S382068641976757 Card 5365 | | 530.27 | |
| 3/10 | 1660 | Cashed Check | | 7,000.00 | |
| 3/10 | | Seven Hills Mast Assoc Pmt 220310 13514 Heavenly Smiles Dental | | 69.00 | |
| 3/10 | | Renaissance Comm Assoc Pmt 220310 27994 Heavenly Smiles Dental | | 189.00 | |
| 3/10 | | Acorns Invest Transfer 031022 3Djtgy Frank Nguyen | | 5.34 | 8,733.24 |
| 3/11 | | Mobile Deposit : Ref Number :013110798254 | 455.90 | | |
| 3/11 | | Mobile Deposit : Ref Number :013110798563 | 531.00 | | |
| 3/11 | | Mobile Deposit : Ref Number :313110800745 | 105.60 | | |
| 3/11 | | Purchase authorized on 03/10 Sq *Pho King Vietn Las Vegas NV S302069722280159 Card 5365 | | 42.81 | 9,782.93 |
| 3/14 | | Purchase Return authorized on 03/11 Lowes #01719* Las Vegas NV S302070662982979 Card 5365 | 748.36 | | |
| 3/14 | | Purchase Return authorized on 03/11 Lowes #01719* Las Vegas NV S462070691643141 Card 5365 | 514.86 | | |
| 3/14 | | ATM Check Deposit on 03/12 2658 W Horizon Ridge Pkwy Henderson NV 0007934 ATM ID 1722C Card 5365 | 1,770.84 | | |
| 3/14 | | Mobile Deposit : Ref Number :616120289663 | 237.40 | | |
| 3/14 | | Mobile Deposit : Ref Number :616120289695 | 1,450.10 | | |
| 3/14 | | ATM Check Deposit on 03/14 2658 W Horizon Ridge Pkwy Henderson NV 0008273 ATM ID 1722C Card 5365 | 2,705.44 | | |
| 3/14 | | ATM Check Deposit on 03/14 2658 W Horizon Ridge Pkwy Henderson NV 0008274 ATM ID 1722C Card 5365 | 1,965.90 | | |
| 3/14 | | Purchase authorized on 03/10 Ultradent Products 800-5724200 UT S582069842482850 Card 5365 | | 491.07 | |
| 3/14 | | Purchase authorized on 03/10 Safco Dental Suppl 847-4129331 IL S582069846204131 Card 5365 | | 321.75 | |
| 3/14 | | Purchase authorized on 03/10 Vons #1795 Henderson NV S382070049130848 Card 5365 | | 30.29 | |
| 3/14 | | Purchase authorized on 03/11 Sq *Pho King Vietn Las Vegas NV S462070698156938 Card 5365 | | 52.38 | |
| 3/14 | | Purchase authorized on 03/12 Ping Pang Pong Las Vegas NV S382071685949823 Card 5365 | | 106.29 | |
| 3/14 | | Purchase authorized on 03/13 The Home Depot #3306 Las Vegas NV P462072682285838 Card 5365 | | 97.49 | |
| 3/14 | | Purchase authorized on 03/13 Sq *Pho King Vietn Las Vegas NV S582072704977349 Card 5365 | | 86.93 | |
| 3/14 | | Purchase authorized on 03/13 Smiths Fo 10616 E. Eas Henderson NV P00000173805641 Card 5365 | | 52.22 | |
| 3/14 | | Acorns Invest Transfer 031422 61Lhjy Frank Nguyen | | 20.46 | |
| 3/14 | | Acorns Invest Transfer 031422 Djgvhy Frank Nguyen | | 99.00 | 17,817.95 |
| 3/15 | | Bankcard-8563 Btot Dep 220314 535354930124631 Heavenly Smiles Dental | 50.00 | | |
| 3/15 | | Mobile Deposit : Ref Number :511150219648 | 1,813.15 | | |
| 3/15 | | Mobile Deposit : Ref Number :611150219798 | 2,613.70 | | |
| 3/15 | | Purchase authorized on 03/13 Tst* Stephanos Gre 702-795-8444 NV S302073024526110 Card 5365 | | 26.80 | |
| 3/15 | | Purchase authorized on 03/14 Apple.Com/Bill 866-712-7753 CA S582073537642320 Card 5365 | | 4.99 | |
| 3/15 | | Purchase authorized on 03/14 Apple.Com/Bill 866-712-7753 CA S302073558567335 Card 5365 | | 4.99 | |
| 3/15 | | Purchase authorized on 03/14 Sq *Pho King Vietn Las Vegas NV S302073676748166 Card 5365 | | 45.73 | |
| 3/15 | | Online Transfer to Ono Property Management LLC Business Checking xxxxxx6315 Ref #1b0Dtfdshg on 03/15/22 | | 2,000.00 | 20,212.29 |
| 3/16 | | Bankcard-8563 Btot Dep 220315 535354930124631 Heavenly Smiles Dental | 677.00 | | |
| 3/16 | | Acorns Invest Transfer 031622 3Lfwly Frank Nguyen | | 14.31 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/16 | | Acorns Later Transfer 031622 Rfbkly Frank Nguyen | | 105.00 | |
| 3/16 | 8058 | Check | | 350.00 | 20,419.98 |
| 3/17 | | Bankcard-8563 Mtot Dep 220316 535354930124631 Heavenly Smiles Dental | 1,298.00 | | |
| 3/17 | | Mobile Deposit : Ref Number :013170058846 | 240.00 | | |
| 3/17 | | Mobile Deposit : Ref Number :013170058598 | 3,246.60 | | |
| 3/17 | | Mobile Deposit : Ref Number :113170059253 | 92.00 | | |
| 3/17 | | Mobile Deposit : Ref Number :113170059203 | 1,068.60 | | |
| 3/17 | | Purchase authorized on 03/15 DD Doordash Flamek 855-973-1040 CA S302074861332476 Card 5365 | | 21.66 | |
| 3/17 | | Purchase authorized on 03/15 Paypal *Uber 402-935-7733 CA S302075122770714 Card 5365 | | 9.99 | |
| 3/17 | | Purchase authorized on 03/16 Amazon.Com*1N0Zh7E Amzn.Com/Bill WA S302075377294334 Card 5365 | | 71.31 | |
| 3/17 | | Recurring Payment authorized on 03/16 Dentsply Ih Kristen.Godin MA S462075403625699 Card 5365 | | 2,344.83 | |
| 3/17 | | Purchase authorized on 03/16 Sprouts Farmers Market # Las Vegas NV P382076063816995 Card 5365 | | 91.79 | |
| 3/17 | | Acorns Invest Transfer 031722 4Tzrmy Frank Nguyen | | 7.44 | 23,818.16 |
| 3/18 | | Bankcard-8563 Btot Dep 220317 535354930124631 Heavenly Smiles Dental | 4,161.60 | | |
| 3/18 | | Mobile Deposit : Ref Number :814180541795 | 570.00 | | |
| 3/18 | | Purchase authorized on 03/16 Omni Dental Supply 718-836-5757 NY S302075640333456 Card 5365 | | 358.05 | |
| 3/18 | | Purchase authorized on 03/16 Sq *Pho King Vietn Las Vegas NV S462075697473701 Card 5365 | | 58.23 | |
| 3/18 | | Purchase authorized on 03/16 Pearson Dental &ME 818-362-2600 CA S582075817316965 Card 5365 | | 91.58 | |
| 3/18 | | Purchase authorized on 03/17 Sq *Pho King Vietn Las Vegas NV S462076717563491 Card 5365 | | 42.81 | |
| 3/18 | | Villa LA Paloma, Web Pmts 031822 V79Sn2 Frank Nguyen | | 4,805.00 | |
| 3/18 | 1667 | Check | | 69.06 | |
| 3/18 | < | Business to Business ACH Debit - Paychex Inc. Payroll 3JP9Oxtjiwcakae Heavenly Smiles Dental | | 4,057.47 | 19,067.56 |
| 3/21 | | Mobile Deposit : Ref Number :414190958471 | 72.54 | | |
| 3/21 | | Mobile Deposit : Ref Number :414190958717 | 430.97 | | |
| 3/21 | | Mobile Deposit : Ref Number :514190958762 | 483.50 | | |
| 3/21 | | Mobile Deposit : Ref Number :514190959112 | 500.00 | | |
| 3/21 | | Mobile Deposit : Ref Number :715210597695 | 55.00 | | |
| 3/21 | | Mobile Deposit : Ref Number :415210595943 | 107.50 | | |
| 3/21 | | Mobile Deposit : Ref Number :515210596419 | 397.40 | | |
| 3/21 | | Mobile Deposit : Ref Number :215210594841 | 448.80 | | |
| 3/21 | | Mobile Deposit : Ref Number :715210597632 | 531.29 | | |
| 3/21 | | Purchase authorized on 03/17 Safco Dental Suppl 847-4129331 IL S382076711626698 Card 5365 | | 262.70 | |
| 3/21 | | Purchase authorized on 03/17 DD Doordash Redroh 855-973-1040 CA S302077085796936 Card 5365 | | 21.00 | |
| 3/21 | | Purchase authorized on 03/18 Paypal *Ptit Dan72 402-935-7733 CA S582077616484359 Card 5365 | | 3,303.99 | |
| 3/21 | | Purchase authorized on 03/18 DD Doordash Protei 855-973-1040 CA S462077769130779 Card 5365 | | 17.34 | |
| 3/21 | | Purchase authorized on 03/18 Par*Lee's Sandwich Las Vegas NV S582077769930855 Card 5365 | | 7.32 | |
| 3/21 | | Purchase authorized on 03/19 Etsy Com - Grafton 718-8557955 NY S462078653440272 Card 5365 | | 254.68 | |
| 3/21 | | Purchase authorized on 03/19 Sq *Pho King Vietn Las Vegas NV S382078729883433 Card 5365 | | 51.14 | |
| 3/21 | | Purchase authorized on 03/19 Petsmart # 1026 Las Vegas NV P582078757009592 Card 5365 | | 18.94 | |
| 3/21 | | Purchase authorized on 03/19 Paypal *Uber Eats 402-935-7733 CA S382078860536965 Card 5365 | | 93.37 | |
| 3/21 | | Purchase authorized on 03/19 Paypal *Uber Eats 402-935-7733 CA S302079074596555 Card 5365 | | 5.00 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/21 | | Purchase authorized on 03/19 Overland Gear Guy Httpsoverland UT S382079094207843 Card 5365 | | 370.98 | |
| 3/21 | 1674 | Check | | 3,000.00 | |
| 3/21 | 1673 | Check | | 176.32 | |
| 3/21 | | Subscription Acorns 032122 0K21C3 Frank Nguyen | | 3.00 | |
| 3/21 | | Acorns Invest Transfer 032122 75Stpy Frank Nguyen | | 14.28 | |
| 3/21 | | Acorns Invest Transfer 032122 H1Xpny Frank Nguyen | | 99.00 | |
| 3/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 220321 x96511900015800 Heavenly Smiles Dental | | 117.16 | |
| 3/21 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037555895 Heavenly Smiles Dental | | 1,504.00 | |
| 3/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 031822 96516200000250x Heavenly Smiles Dental | | 1,812.59 | |
| 3/21 | 1670 | Check | | 575.75 | |
| 3/21 | 1672 | Check | | 148.39 | 10,237.61 |
| 3/22 | | Bankcard-8563 Btot Dep 220321 535354930124631 Heavenly Smiles Dental | 50.00 | | |
| 3/22 | | Mobile Deposit : Ref Number :312220961715 | 97.00 | | |
| 3/22 | | Mobile Deposit : Ref Number :312220961361 | 555.00 | | |
| 3/22 | | Purchase authorized on 03/20 Tst* Stephanos Gre 702-795-8444 NV S462079750018431 Card 5365 | | 26.80 | |
| 3/22 | | Purchase authorized on 03/21 Puffy LLC 800-430-8380 CA S302080262634782 Card 5365 | | 210.95 | |
| 3/22 | | Purchase authorized on 03/21 Sq *Pho King Vietn Las Vegas NV S302080692925345 Card 5365 | | 42.81 | |
| 3/22 | 1668 | Check | | 161.95 | |
| 3/22 | 1669 | Check | | 173.02 | 10,324.08 |
| 3/23 | | Purchase Return authorized on 03/22 Amazon.Com Amzn.CO Amzn.Com/Bill WA S302081281609370 Card 5365 | 367.93 | | |
| 3/23 | | Bankcard-8563 Btot Dep 220322 535354930124631 Heavenly Smiles Dental | 1,224.80 | | |
| 3/23 | | Mobile Deposit : Ref Number :213230358331 | 283.00 | | |
| 3/23 | | Purchase authorized on 03/20 Samsonite Brands 800-765-2247 MA S582079471387859 Card 5365 | | 65.68 | |
| 3/23 | | Purchase authorized on 03/21 Am Touch Dental Su 661-2941213 CA S462081024471242 Card 5365 | | 102.85 | |
| 3/23 | | Purchase authorized on 03/21 Apple.Com/Bill 866-712-7753 CA S382081031897564 Card 5365 | | 19.99 | |
| 3/23 | | Recurring Payment authorized on 03/22 J2 Efax Services 323-817-3205 CA S382082015098783 Card 5365 | | 10.00 | |
| 3/23 | | Purchase authorized on 03/23 Sprouts Farmers Market # Las Vegas NV P382083024944555 Card 5365 | | 58.44 | |
| 3/23 | | Acorns Invest Transfer 032322 J6Pry Frank Nguyen | | 26.34 | |
| 3/23 | | Acorns Later Transfer 032322 48Cjry Frank Nguyen | | 105.00 | 11,811.51 |
| 3/24 | | Bankcard-8563 Btot Dep 220323 535354930124631 Heavenly Smiles Dental | 1,242.50 | | |
| 3/24 | | Mobile Deposit : Ref Number :612240688231 | 1,822.40 | | |
| 3/24 | | Purchase authorized on 03/22 Tst* Pho Hoa & Jaz Henderson NV S382081699826131 Card 5365 | | 42.51 | |
| 3/24 | | Purchase authorized on 03/22 DD Doordash Redrob 855-973-1040 CA S382082117730010 Card 5365 | | 20.20 | |
| 3/24 | | Recurring Payment authorized on 03/23 Paypal *Netflix.CO 402-935-7733 CA S302082359648509 Card 5365 | | 9.99 | |
| 3/24 | | Recurring Payment authorized on 03/23 Apple.Com/Bill 866-712-7753 CA S382082636556266 Card 5365 | | 9.99 | |
| 3/24 | | Purchase authorized on 03/23 Amazon.Com*1N5Gw7S Amzn.Com/Bill WA S462082688179122 Card 5365 | | 8.66 | |
| 3/24 | | Purchase authorized on 03/23 Paypal *Uber Eats 402-935-7733 CA S382082690398644 Card 5365 | | 45.44 | |
| 3/24 | | Purchase authorized on 03/23 Paypal *Uber Eats 402-935-7733 CA S302082745242009 Card 5365 | | 2.00 | |
| 3/24 | | Purchase authorized on 03/23 Legwork Inc. 509-888-0233 WA S302082750616570 Card 5365 | | 319.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/24 | | Purchase authorized on 03/24 Smart and Final Henderson NV P000000371338497 Card 5365 | | 81.12 | 14,337.50 |
| 3/25 | | Bankcard-8563 Btot Dep 220324 535354930124631 Heavenly Smiles Dental | 89.00 | | |
| 3/25 | | ATM Check Deposit on 03/25 2658 W Horizon Ridge Pkwy Henderson NV 0009704 ATM ID 1722C Card 5365 | 190.00 | | |
| 3/25 | | Purchase authorized on 03/23 Am Touch Dental Su 661-2941213 CA S382082824921236 Card 5365 | | 514.24 | |
| 3/25 | | Purchase authorized on 03/24 Quantum Labs Inc 763-545-3966 MN S302083589369418 Card 5365 | | 490.26 | |
| 3/25 | | Acorns Invest Transfer 032522 Jbh1Ty Frank Nguyen | | 7.44 | |
| 3/25 | 1671 | Check | | 1,000.00 | |
| 3/25 | 1675 | Check | | 1,757.00 | 10,847.56 |
| 3/28 | | Bankcard-8563 Btot Dep 220325 535354930124631 Heavenly Smiles Dental | 50.00 | | |
| 3/28 | | Mobile Deposit : Ref Number :015260604275 | 2,812.95 | | |
| 3/28 | | ATM Check Deposit on 03/28 2658 W Horizon Ridge Pkwy Henderson NV 0000136 ATM ID 1722C Card 5365 | 6,214.45 | | |
| 3/28 | | Purchase authorized on 03/23 Safco Dental Suppl 847-4129331 IL S582082828100480 Card 5365 | | 389.08 | |
| 3/28 | | Purchase authorized on 03/24 Sq *Pho King Vietn Las Vegas NV S462083688760265 Card 5365 | | 42.81 | |
| 3/28 | | Purchase authorized on 03/24 Paypal *Lifesabund 402-935-7733 FL S582084079829960 Card 5365 | | 62.44 | |
| 3/28 | | Purchase authorized on 03/25 Amazon.Com*166Aq3V Amzn.Com/Bill WA S302084597054368 Card 5365 | | 9.75 | |
| 3/28 | | Purchase authorized on 03/25 Sq *Pho King Vietn Las Vegas NV S302084705532784 Card 5365 | | 36.65 | |
| 3/28 | | Purchase authorized on 03/25 Bedrosians Bldg Sp Las Vegas NV S382084731745836 Card 5365 | | 72.56 | |
| 3/28 | | Purchase authorized on 03/25 DD Doordash Burger 855-973-1040 CA S582085051196565 Card 5365 | | 27.06 | |
| 3/28 | | Recurring Payment authorized on 03/26 Apple.Com/Bill 408-974-1010 CA S382085300967916 Card 5365 | | 0.99 | |
| 3/28 | | Purchase authorized on 03/26 The Home Depot #3306 Las Vegas NV P382085713131674 Card 5365 | | 263.45 | |
| 3/28 | | Purchase authorized on 03/26 IN N Out Burger 16 Las Vegas NV S582085717848149 Card 5365 | | 23.57 | |
| 3/28 | | Purchase authorized on 03/26 Tst* Stephanos Gre 702-795-8444 NV S462086026505049 Card 5365 | | 26.80 | |
| 3/28 | | Purchase authorized on 03/26 Smiths Fo 10616 E. Eas Henderson NV P000000884425735 Card 5365 | | 96.10 | |
| 3/28 | | Recurring Payment authorized on 03/27 ABC*Eos Fitness 888-8279262 NV S302086397067963 Card 5365 | | 19.99 | |
| 3/28 | | Purchase authorized on 03/27 Paypal *Agile Off 402-935-7733 CA S462086567600072 Card 5365 | | 116.09 | |
| 3/28 | | Purchase authorized on 03/27 Winco Foods #112 80 N Ste Henderson NV P462086636663614 Card 5365 | | 153.46 | |
| 3/28 | | Purchase authorized on 03/27 Superior Sauna Httpssmpeyton WI S582086793743010 Card 5365 | | 567.60 | |
| 3/28 | | Acorns Invest Transfer 032822 M0Szty Frank Nguyen | | 15.27 | |
| 3/28 | | Acorns Invest Transfer 032822 N0Pgty Frank Nguyen | | 99.00 | 17,902.29 |
| 3/29 | | Purchase Return authorized on 03/28 Superior Sauna Httpssmpeyton WI S382087423888637 Card 5365 | 567.60 | | |
| 3/29 | | Bankcard-8563 Btot Dep 220328 535354930124631 Heavenly Smiles Dental | 348.00 | | |
| 3/29 | | Mobile Deposit : Ref Number :914290606584 | 72.00 | | |
| 3/29 | | Purchase authorized on 03/26 Amzn Mktp US*165Wj Amzn.Com/Bill WA S382085789390776 Card 5365 | | 140.38 | |
| 3/29 | | Purchase authorized on 03/27 Arco #66185 Henderson NV S302086613421866 Card 5365 | | 96.52 | |
| 3/29 | | Purchase authorized on 03/28 Sq *Pho King Vietn Las Vegas NV S462087688847640 Card 5365 | | 42.81 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/29 | | Purchase authorized on 03/28 Weave Rb 888-5795668 UT S302087724578094 Card 5365 | | 480.15 | |
| 3/29 | | Recurring Payment authorized on 03/28 J2 Efax Services 323-817-3205 CA S382087772419623 Card 5365 | | 10.00 | 18,120.03 |
| 3/30 | | Bankcard-8563 Btot Dep 220329 535354930124631 Heavenly Smiles Dental | 298.00 | | |
| 3/30 | | Purchase authorized on 03/29 Petsmart # 1026 Las Vegas NV P302089137227195 Card 5365 | | 36.81 | |
| 3/30 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 220329 000001421751242 Nguyen,Frank | | 3,564.86 | |
| 3/30 | | Acorns Invest Transfer 033022 Nnjdxy Frank Nguyen | | 22.89 | |
| 3/30 | | Acorns Later Transfer 033022 Lcq6Xy Frank Nguyen | | 105.00 | 14,688.47 |
| 3/31 | | Bankcard-8563 Btot Dep 220330 535354930124631 Heavenly Smiles Dental | 1,775.00 | | |
| 3/31 | | ATM Check Deposit on 03/31 2658 W Horizon Ridge Pkwy Henderson NV 0000470 ATM ID 1722C Card 5365 | 9,039.50 | | |
| 3/31 | | Purchase authorized on 03/29 Tst* Pho Hoa & Jaz Henderson NV S302088706782618 Card 5365 | | 35.22 | |
| 3/31 | | Purchase authorized on 03/30 Paypal *Xplroutfit 402-935-7733 CA S462089562884052 Card 5365 | | 610.00 | |
| 3/31 | | Purchase authorized on 03/30 Sq *Pho King Vietn Las Vegas NV S462089691361366 Card 5365 | | 58.23 | |
| 3/31 | | Acorns Invest Transfer 033122 Tnh6Yy Frank Nguyen | | 6.87 | 24,792.65 |
| Ending balance on 3/31 | | | | | 24,792.65 |
| Totals | | | $76,718.18 | $80,865.66 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1645 | 3/3 | 458.00 | 1659 | 3/9 | 4,925.00 | 1671 | 3/25 | 1,000.00 |
| 1650 * | 3/4 | 1,816.00 | 1660 | 3/10 | 7,000.00 | 1672 | 3/21 | 148.39 |
| 1653 * | 3/7 | 4,086.92 | 1667 * | 3/18 | 69.06 | 1673 | 3/21 | 176.32 |
| 1654 | 3/9 | 100.00 | 1668 | 3/22 | 161.95 | 1674 | 3/21 | 3,000.00 |
| 1655 | 3/8 | 1,036.12 | 1669 | 3/22 | 173.02 | 1675 | 3/25 | 1,757.00 |
| 1656 | 3/7 | 160.55 | 1670 | 3/21 | 575.75 | 8058 * | 3/16 | 350.00 |
| 1658 * | 3/9 | 4,000.00 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2022 - 03/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |



## Monthly service fee summary (continued)

| | | | | Minimum required | This fee period |
|---|---|---|---|---|---|
| **How to avoid the monthly service fee** | | | | | |
| • Average ledger balance | | | | $1,000.00 | $17,246.00 |
| • Minimum daily balance | | | | $500.00 | $8,733.24 |

C1-V1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 144 | 100 | 44 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

- As a courtesy, some or all of your account transaction fees have been waived.

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION

Effective March 31, 2022, the sentence "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits" in the first paragraph of the "Your ability to withdraw funds" section under the "Availability of funds policy" in the Deposit Account Agreement will be replaced by "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits."



## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement ..................... $ _____

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

..................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

..................... TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above ............ - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ........................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

April 30, 2022 ■ Page 1 of 11



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $24,792.65 |
| Deposits/Credits | 64,664.04 |
| Withdrawals/Debits | - 82,316.47 |
| **Ending balance on 4/30** | **$7,140.22** |

Account number:  **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.

April 30, 2022 ■ Page 2 of 11



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|----------|---------|
| 4/1 | | Bankcard-8563 Btot Dep 220331 535354930124631 Heavenly Smiles Dental | 1,383.60 | | |
| 4/1 | | Recurring Payment authorized on 03/30 Apple.Com/Bill 866-712-7753 CA S462089644302941 Card 5365 | | 14.99 | |
| 4/1 | | Purchase authorized on 03/30 Vons #1795 Henderson NV S382090001500567 Card 5365 | | 27.55 | |
| 4/1 | | Recurring Payment authorized on 03/31 Cox Las Vegas Comm 800-234-3993 NV S582090766666004 Card 5365 | | 323.49 | |
| 4/1 | < | Business to Business ACH Debit - Paychex Eib Invoice 220401 x96673300006527 Heavenly Smiles Dental | | 57.16 | |
| 4/1 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037661704 Heavenly Smiles Dental | | 1,081.00 | |
| 4/1 | < | Business to Business ACH Debit - Paychex Tps Taxes 033122 9667570000947x Heavenly Smiles Dental | | 1,750.26 | |
| 4/1 | < | Business to Business ACH Debit - Wav*Vbit Technol 2678152119 220331 Frank Nguyen | | 3,468.25 | |
| 4/1 | < | Business to Business ACH Debit - Paychex Inc. Payroll ME0Nif2Yfh12Dnm Heavenly Smiles Dental | | 4,097.51 | 15,356.04 |
| 4/4 | | Mobile Deposit : Ref Number :414020428196 | 107.20 | | |
| 4/4 | | Mobile Deposit : Ref Number :514020428903 | 543.80 | | |
| 4/4 | | Mobile Deposit : Ref Number :614020429237 | 679.00 | | |
| 4/4 | | Mobile Deposit : Ref Number :414020428557 | 736.10 | | |
| 4/4 | | Mobile Deposit : Ref Number :813040076690 | 2,029.20 | | |
| 4/4 | | Purchase authorized on 03/31 Par*Lee's Sandwich Las Vegas NV S582090748696711 Card 5365 | | 13.01 | |
| 4/4 | | Purchase authorized on 03/31 Paypal *Uber Eats 402-935-7733 CA S382091088082614 Card 5365 | | 47.36 | |
| 4/4 | | Purchase authorized on 03/31 Paypal *Uber Eats 402-935-7733 CA S382091150548446 Card 5365 | | 2.00 | |
| 4/4 | | Purchase authorized on 04/01 Amzn Mktp US*1H733 Amzn.Com/Bill WA S302091330954523 Card 5365 | | 18.41 | |
| 4/4 | | Purchase authorized on 04/01 PY *All Storage of 702-5685555 NV S302091559315419 Card 5365 | | 166.00 | |
| 4/4 | | Purchase authorized on 04/01 Global Truck Wash Las Vegas NV S382091621947032 Card 5365 | | 53.00 | |
| 4/4 | | Purchase authorized on 04/01 Sq *Pho King Vietn Las Vegas NV S462091707959934 Card 5365 | | 63.53 | |
| 4/4 | | Purchase authorized on 04/01 Vanmade Gear Vanmadegear.C OR S582091785471342 Card 5365 | | 1,475.00 | |
| 4/4 | | Purchase authorized on 04/01 DD Doordash Redrob 855-973-1040 CA S382092002606837 Card 5365 | | 21.00 | |
| 4/4 | | Purchase authorized on 04/01 IN *Vanmade, LLC. 503-7662239 OR S582092014933256 Card 5365 | | 250.00 | |
| 4/4 | | Purchase authorized on 04/02 Paypal *Lifesabund 402-935-7733 FL S382092540801593 Card 5365 | | 62.44 | |
| 4/4 | | Purchase authorized on 04/02 Paypal *Autoaccess 402-935-7733 IL S462092598404499 Card 5365 | | 171.18 | |
| 4/4 | | Purchase authorized on 04/02 Amazon.Com*1H8N37B Amzn.Com/Bill WA S462092692367310 Card 5365 | | 55.48 | |
| 4/4 | | Purchase authorized on 04/02 The Home Depot #3306 Las Vegas NV P582092707172746 Card 5365 | | 115.43 | |
| 4/4 | | Purchase authorized on 04/02 DD Doordash Flamek 855-973-1040 CA S302092712447019 Card 5365 | | 36.11 | |
| 4/4 | | Purchase authorized on 04/02 Lowe's #1719 Las Vegas NV P582092720029315 Card 5365 | | 73.61 | |
| 4/4 | | Purchase authorized on 04/02 Lowe's #1719 Las Vegas NV P582093026696173 Card 5365 | | 16.23 | |
| 4/4 | | Purchase authorized on 04/02 Vons #1795 Henderson NV S462093054109361 Card 5365 | | 9.74 | |
| 4/4 | | Recurring Payment authorized on 04/03 J2 Efax Services 323-817-3205 CA S302093586097218 Card 5365 | | 16.95 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 4/4 | | Purchase authorized on 04/03 The Home Depot #3306 Las Vegas NV P462093589078898 Card 5365 | | 33.41 | |
| 4/4 | | Purchase authorized on 04/03 T-Mobile 665 S Green Vall Henderson NV P302093777610292 Card 5365 | | 65.01 | |
| 4/4 | | Purchase authorized on 04/03 Ikea Las Vegas Las Vegas NV P302094118752179 Card 5365 | | 1,902.21 | |
| 4/4 | | Purchase Return authorized on 04/03 The Home Depot #3306 Las Vegas NV P382093583783289 Card 5365 | 106.44 | | |
| 4/4 | | Acorns Invest Transfer 040422 5Z070Z Frank Nguyen | | 5.64 | |
| 4/4 | | Acorns Invest Transfer 040422 Ly2L0Z Frank Nguyen | | 12.90 | |
| 4/4 | | Acorns Invest Transfer 040422 76V8Zy Frank Nguyen | | 99.00 | |
| 4/4 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 220331 535354930124631 Heavenly Smiles Dental | | 387.47 | 14,385.66 |
| 4/5 | | Bankcard-8563 Mtot Dep 220404 535354930124631 Heavenly Smiles Dental | 1,291.40 | | |
| 4/5 | | ATM Check Deposit on 04/05 2658 W Horizon Ridge Pkwy Henderson NV 0001262 ATM ID 1722C Card 5365 | 830.40 | | |
| 4/5 | | Mobile Deposit : Ref Number 313050634255 | 129.00 | | |
| 4/5 | | Purchase authorized on 04/01 Amzn Mktp US*1H5Bw Amzn.Com/Bill WA S582092044708988 Card 5365 | | 325.13 | |
| 4/5 | | Purchase authorized on 04/03 Papa John's #1971 702-638-7272 NV S382093701025674 Card 5365 | | 47.66 | |
| 4/5 | | Purchase authorized on 04/04 American Dental Ac 800-3317993 MN S302094652079826 Card 5365 | | 58.88 | |
| 4/5 | | Purchase authorized on 04/04 Scotts Dental Supp 253-858-9474 WA S582094672356898 Card 5365 | | 424.71 | |
| 4/5 | | Purchase authorized on 04/04 Sq *Pho King Vietn Las Vegas NV S302094695917415 Card 5365 | | 69.95 | |
| 4/5 | | Purchase authorized on 04/04 Lowe's #1719 Las Vegas NV P302095135605282 Card 5365 | | 48.90 | |
| 4/5 | | Villa LA Paloma, Web Pmts 040522 MeC8Q2 Frank Nguyen | | 4,805.00 | 10,856.23 |
| 4/6 | | Purchase authorized on 04/05 Big Lots #4631 350 W Lake Henderson NV P382096094862461 Card 5365 | | 73.63 | |
| 4/6 | | Purchase authorized on 04/05 Osaka Noodle House Henderson NV S382096120438073 Card 5365 | | 56.02 | |
| 4/6 | | Acorns Invest Transfer 040622 Wxcd2Z Frank Nguyen | | 45.12 | |
| 4/6 | | Acorns Later Transfer 040622 Bgx62Z Frank Nguyen | | 105.00 | 10,576.46 |
| 4/7 | | Purchase Return authorized on 04/05 Am Touch Dental Su Valencia CA S302096000808814 Card 5365 | 102.85 | | |
| 4/7 | | Bankcard-8563 Btot Dep 220406 535354930124631 Heavenly Smiles Dental | 473.00 | | |
| 4/7 | | ATM Check Deposit on 04/07 2658 W Horizon Ridge Pkwy Henderson NV 0001540 ATM ID 1722C Card 5365 | 4,327.40 | | |
| 4/7 | | Purchase authorized on 04/04 Amzn Mktp US*1H7Sn Amzn.Com/Bill WA S302095200726642 Card 5365 | | 20.10 | |
| 4/7 | | Purchase authorized on 04/05 Tst* Pho Hoa & Jaz Henderson NV S30209569053684 Card 5365 | | 33.00 | |
| 4/7 | | Purchase authorized on 04/05 Pearson Dental &ME 818-362-2600 CA S582095810790299 Card 5365 | | 140.73 | |
| 4/7 | | Purchase authorized on 04/05 Amzn Mktp US*1A3Mp Amzn.Com/Bill WA S462096147591077 Card 5365 | | 11.87 | |
| 4/7 | | Purchase authorized on 04/05 Amazon.Com*1A5M71C Amzn.Com/Bill WA S302096147700915 Card 5365 | | 16.49 | |
| 4/7 | | Purchase authorized on 04/06 Sq *Pho King Vietn Las Vegas NV S302096707722437 Card 5365 | | 71.80 | |
| 4/7 | | Purchase authorized on 04/06 Paypal *Uber Eats 402-935-7733 CA S582097034142325 Card 5365 | | 83.59 | |
| 4/7 | | Acorns Invest Transfer 040722 Bqy83Z Frank Nguyen | | 5.31 | |
| 4/7 | 1679 | Check | | 1,500.00 | |
| 4/7 | 1678 | Check | | 174.12 | 13,422.70 |
| 4/8 | | Synchrony Bank Mtot Dep 220407 534812028423162 Heavenly Smiles Dental | 49.05 | | |
| 4/8 | | Bankcard-8563 Btot Dep 220407 535354930124631 Heavenly Smiles Dental | 2,030.20 | | |

WELLS FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/8 | | Mobile Deposit : Ref Number :112080904692 | 576.40 | | |
| 4/8 | | Mobile Deposit : Ref Number :012080904612 | 1,444.59 | | |
| 4/8 | | Purchase authorized on 04/06 Paypal *Uber Eats 402-935-7733 CA S582097090208322 Card 5365 | | 2.00 | |
| 4/8 | | Purchase authorized on 04/07 Van Compasstm Vancompass.CO CA S302098168392194 Card 5365 | | 1,664.36 | |
| 4/8 | | Purchase authorized on 04/08 Green Valley Window Ti Henderson NV P000000176973840 Card 5365 | | 2,010.00 | |
| 4/8 | | Seven Hills Mast Assoc Pmt 220408 13514 Heavenly Smiles Dental | | 69.00 | |
| 4/8 | | Renaissance Comm Assoc Pmt 220408 27994 Heavenly Smiles Dental | | 189.00 | 13,588.58 |
| 4/11 | | Purchase Return authorized on 04/09 Amzn Mktp US Amzn.Com/Bill WA S622100474640073 Card 5365 | 140.38 | | |
| 4/11 | | Mobile Deposit : Ref Number :312090371790 | 107.50 | | |
| 4/11 | | Mobile Deposit : Ref Number :212090371574 | 241.60 | | |
| 4/11 | | Mobile Deposit : Ref Number :712110991955 | 473.62 | | |
| 4/11 | | Mobile Deposit : Ref Number :712110991328 | 538.25 | | |
| 4/11 | | Purchase authorized on 04/07 Vons #1795 Henderson NV S462097689162780 Card 5365 | | 26.51 | |
| 4/11 | | Purchase authorized on 04/08 Mimis Cafe (Sunset Henderson NV S302098610350799 Card 5365 | | 51.23 | |
| 4/11 | | Purchase authorized on 04/09 Sq *Pho King Vietn Las Vegas NV S382099708118487 Card 5365 | | 81.06 | |
| 4/11 | | Purchase authorized on 04/09 Smiths Fo 10616 E. Eas Henderson NV P000000071988712 Card 5365 | | 111.19 | |
| 4/11 | | Purchase authorized on 04/10 Amzn Mktp US*1A3Ve Amzn.Com/Bill WA S582100633174873 Card 5365 | | 21.66 | |
| 4/11 | | Purchase authorized on 04/11 Smiths Food #434 10616 E. Henderson NV P582101673594476 Card 5365 | | 7.58 | |
| 4/11 | 1680 | Check | | 2,000.00 | |
| 4/11 | | Acorns Invest Transfer 041122 8Lyg5Z Frank Nguyen | | 13.92 | |
| 4/11 | | Acorns Invest Transfer 041122 L88K4Z Frank Nguyen | | 14.31 | |
| 4/11 | | Acorns Invest Transfer 041122 32M94Z Frank Nguyen | | 99.00 | 12,663.47 |
| 4/12 | | Bankcard-8563 Btot Dep 220411 535354930124631 Heavenly Smiles Dental | 218.00 | | |
| 4/12 | | ATM Check Deposit on 04/12 2658 W Horizon Ridge Pkwy Henderson NV 0002131 ATM ID 1722C Card 5365 | 2,652.38 | | |
| 4/12 | | Purchase authorized on 04/09 Amzn Mktp US*1A67E Amzn.Com/Bill WA S582099842539247 Card 5365 | | 75.80 | |
| 4/12 | | Purchase authorized on 04/10 Tst* Stephanos Gre 702-795-8444 NV S382101029236560 Card 5365 | | 23.00 | |
| 4/12 | | Purchase authorized on 04/11 Dental Whale-Front 404-5375211 FL S302101598533074 Card 5365 | | 263.58 | |
| 4/12 | | Purchase authorized on 04/11 Paypal *Uber Eats 402-935-7733 CA S302102010363559 Card 5365 | | 60.96 | |
| 4/12 | | Purchase authorized on 04/12 Sprouts Farmers Market # Las Vegas NV P582102799887423 Card 5365 | | 32.36 | 15,078.15 |
| 4/13 | | Bankcard-8563 Btot Dep 220412 535354930124631 Heavenly Smiles Dental | 3,320.20 | | |
| 4/13 | | Mobile Deposit : Ref Number :712130874584 | 301.00 | | |
| 4/13 | | Mobile Deposit : Ref Number :712130874938 | 2,194.83 | | |
| 4/13 | | Purchase authorized on 04/11 Tst* Stephanos Gre 702-795-8444 NV S462101664496917 Card 5365 | | 28.16 | |
| 4/13 | | Purchase authorized on 04/11 Paypal *Uber Eats 402-935-7733 CA S302102089411739 Card 5365 | | 2.00 | |
| 4/13 | | Acorns Invest Transfer 041322 F6C77Z Frank Nguyen | | 11.31 | |
| 4/13 | | Acorns Later Transfer 041322 Q8S17Z Frank Nguyen | | 105.00 | 20,747.71 |
| 4/14 | | Purchase authorized on 04/11 American Standard 800-442-1902 NJ S462101736089866 Card 5365 | | 106.83 | |
| 4/14 | | Purchase authorized on 04/12 Tst* Pho Hoa & Jaz Henderson NV S302102693416785 Card 5365 | | 30.60 | |
| 4/14 | | Purchase authorized on 04/13 Amzn Mktp US*1A8OR Amzn.Com/Bill WA S462103624122708 Card 5365 | | 24.90 | |

WELLS FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/14 | | Purchase authorized on 04/13 Sq *Pho King Vietn Las Vegas NV S462103694143499 Card 5365 | | 42.81 | |
| 4/14 | < | Business to Business ACH Debit - Paychex Inc. Payroll 8Jldjqj7Qxnhrgv Heavenly Smiles Dental | | 3,987.64 | |
| 4/14 | | Acorns Invest Transfer 041422 Qrf18Z Frank Nguyen | | 6.90 | 16,548.03 |
| 4/15 | | Bankcard-8563 Btot Dep 220414 535354930124631 Heavenly Smiles Dental | 1,249.00 | | |
| 4/15 | | ATM Check Deposit on 04/15 2658 W Horizon Ridge Pkwy Henderson NV 0002551 ATM ID 1722C Card 5365 | 2,352.50 | | |
| 4/15 | | Recurring Payment authorized on 04/14 Apple.Com/Bill 866-712-7753 CA S582104537469757 Card 5365 | | 4.99 | |
| 4/15 | | Recurring Payment authorized on 04/14 Apple.Com/Bill 866-712-7753 CA S382104558520275 Card 5365 | | 4.99 | |
| 4/15 | | Purchase authorized on 04/14 Sq *Pho King Vietn Las Vegas NV S382104683267342 Card 5365 | | 42.81 | |
| 4/15 | | Purchase authorized on 04/14 Paypal *Uber Eats 402-935-7733 CA S302104852053273 Card 5365 | | 56.51 | |
| 4/15 | < | Business to Business ACH Debit - Paychex Eib Invoice 220415 x96855700054546 Heavenly Smiles Dental | | 57.16 | |
| 4/15 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000037785129 Heavenly Smiles Dental | | 1,410.00 | |
| 4/15 | < | Business to Business ACH Debit - Paychex Tps Taxes 041422 9685990000113Ox Heavenly Smiles Dental | | 1,761.29 | |
| 4/15 | | Acorns Invest Transfer 041522 9Bzp8Z Frank Nguyen | | 5.52 | |
| 4/15 | 1661 | Check | | 1,400.00 | 15,406.26 |
| 4/18 | | ATM Check Deposit on 04/16 2531 Anthem Village Dr Henderson NV 0002991 ATM ID 8481N Card 5365 | 2,789.81 | | |
| 4/18 | | Mobile Deposit : Ref Number :916160297809 | 697.41 | | |
| 4/18 | | Purchase authorized on 04/14 Pele Plantations Httpspeleplan HI S382104672656188 Card 5365 | | 366.00 | |
| 4/18 | | Purchase authorized on 04/14 Paypal *Uber Eats 402-935-7733 CA S382105058502416 Card 5365 | | 2.00 | |
| 4/18 | | Purchase authorized on 04/15 Paypal *Ultimate C 402-935-7733 IL S462105731715382 Card 5365 | | 810.00 | |
| 4/18 | | Purchase authorized on 04/15 Amazon.Com*1A6Er0B Amzn.Com/Bill WA S462105862328088 Card 5365 | | 1,851.02 | |
| 4/18 | | Purchase authorized on 04/16 Paypal *Uber 402-935-7733 CA S382106366472497 Card 5365 | | 9.99 | |
| 4/18 | | Recurring Payment authorized on 04/16 Dentsply Ih Kristen.Godin MA S462106396993079 Card 5365 | | 2,344.83 | |
| 4/18 | | Purchase authorized on 04/16 Ikea.Com 410666376 888-434-4532 MD S582106487352314 Card 5365 | | 410.38 | |
| 4/18 | | Purchase authorized on 04/16 Sq *Pho King Vietn Las Vegas NV S462106793751072 Card 5365 | | 28.07 | |
| 4/18 | | Purchase authorized on 04/16 Vons #1795 Henderson NV S382106812309792 Card 5365 | | 17.73 | |
| 4/18 | | Purchase authorized on 04/17 Amzn Mktp US*1A8FD Amzn.Com/Bill WA S382107626152904 Card 5365 | | 75.85 | |
| 4/18 | | Purchase authorized on 04/17 The Home Depot #3306 Las Vegas NV P302107721374475 Card 5365 | | 8.43 | |
| 4/18 | | Purchase authorized on 04/17 Sprouts Farmers Market # Las Vegas NV P462107840494848 Card 5365 | | 112.71 | |
| 4/18 | | Online Transfer to The Puffer Insurance Trust Preferred Checking xxxxxx8855 Ref #Ib0F4P4Rl3 on 04/18/22 | | 100.00 | |
| 4/18 | | Purchase Return authorized on 04/17 The Home Depot #3306 Las Vegas NV P382107712061266 Card 5365 | 98.00 | | |
| 4/18 | | Subscription Acorns 041822 G3V4H3 Frank Nguyen | | 3.00 | |
| 4/18 | | Acorns Invest Transfer 041822 Td4Bbz Frank Nguyen | | 11.82 | |
| 4/18 | | Acorns Invest Transfer 041822 Jhm29Z Frank Nguyen | | 99.00 | |
| 4/18 | 8059 | Check | | 350.00 | 12,390.65 |
| 4/19 | | Bankcard-8563 Btot Dep 220418 535354930124631 Heavenly Smiles Dental | 249.00 | | |
| 4/19 | | Purchase authorized on 04/17 Vons #1795 Henderson NV S302107731166157 Card 5365 | | 20.56 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/19 | | Purchase authorized on 04/18 Amzn Mktp US*1A6Ub Amzn.Com/Bill WA S302108574927406 Card 5365 | | 111.02 | |
| 4/19 | | Purchase authorized on 04/18 Amzn Mktp US*1O619 Amzn.Com/Bill WA S382108628041953 Card 5365 | | 89.38 | |
| 4/19 | | Purchase authorized on 04/18 Sq *Pho King Vietn Las Vegas NV S462108684308769 Card 5365 | | 42.81 | |
| 4/19 | | Recurring Payment authorized on 04/18 J2 Efax Services 323-817-3205 CA S302108848039422 Card 5365 | | 10.00 | |
| 4/19 | 1690 | Check | | 70.37 | 12,295.51 |
| 4/20 | | Bankcard-8563 Btot Dep 220419 535354930124631 Heavenly Smiles Dental | 2,017.90 | | |
| 4/20 | | eDeposit IN Branch/Store 04/20/22 04:43:38 PM 2658 W Horizon Ridge Pkwy Henderson NV | 4,843.98 | | |
| 4/20 | | Purchase authorized on 04/18 Safco Dental Suppl 847-4129331 IL S302108810509436 Card 5365 | | 166.41 | |
| 4/20 | | Purchase authorized on 04/18 Safco Dental Suppl 847-4129331 IL S582108812138516 Card 5365 | | 191.28 | |
| 4/20 | | Purchase authorized on 04/18 Amzn Mktp US*1A6VI Amzn.Com/Bill WA S462109131292425 Card 5365 | | 30.48 | |
| 4/20 | | Purchase authorized on 04/18 Amzn Mktp US*1O625 Amzn.Com/Bill WA S462109245000287 Card 5365 | | 406.41 | |
| 4/20 | | Purchase authorized on 04/19 Amzn Mktp US*1A03K Amzn.Com/Bill WA S462109335615716 Card 5365 | | 20.58 | |
| 4/20 | | Purchase authorized on 04/19 Amzn Mktp US*1O22J Amzn.Com/Bill WA S302109558154635 Card 5365 | | 32.50 | |
| 4/20 | | Purchase authorized on 04/19 Amzn Mktp US*1O8M6 Amzn.Com/Bill WA S582109595578527 Card 5365 | | 101.86 | |
| 4/20 | | Acorns Invest Transfer 042022 G3F4Dz Frank Nguyen | | 17.97 | |
| 4/20 | | Acorns Later Transfer 042022 Jt2Vcz Frank Nguyen | | 105.00 | |
| 4/20 | 1683 | Check | | 65.90 | |
| 4/20 | 1687 | Check | | 511.32 | |
| 4/20 | 1689 | Check | | 70.68 | 17,437.00 |
| 4/21 | | Bankcard-8563 Btot Dep 220420 535354930124631 Heavenly Smiles Dental | 1,550.00 | | |
| 4/21 | | Mobile Deposit : Ref Number :713210083731 | 502.00 | | |
| 4/21 | | Purchase authorized on 04/18 Omni Dental Supply 718-836-5757 NY S462108787791982 Card 5365 | | 218.90 | |
| 4/21 | | Purchase authorized on 04/19 Vons #1795 Henderson NV S462109693703721 Card 5365 | | 31.37 | |
| 4/21 | | Purchase authorized on 04/19 DD Doordash Outbac 855-973-1040 CA S462109862509949 Card 5365 | | 69.43 | |
| 4/21 | | Purchase authorized on 04/20 Amazon.Com*1A3Yh1W Amzn.Com/Bill WA S382110270665976 Card 5365 | | 11.91 | |
| 4/21 | | Purchase authorized on 04/20 A-Able Tree Servic 188-87211115 NV S302111018572052 Card 5365 | | 1,100.00 | |
| 4/21 | | Acorns Invest Transfer 042122 Gdwydz Frank Nguyen | | 9.69 | |
| 4/21 | 1686 | Check | | 160.99 | 17,886.71 |
| 4/22 | | Mobile Deposit : Ref Number :715220659204 | 104.40 | | |
| 4/22 | | Mobile Deposit : Ref Number :615220658821 | 375.00 | | |
| 4/22 | | Mobile Deposit : Ref Number :715220659319 | 456.00 | | |
| 4/22 | | Purchase authorized on 04/20 Paypal *Uber Eats 402-935-7733 CA S582111064440365 Card 5365 | | 49.95 | |
| 4/22 | | Purchase authorized on 04/20 Paypal *Uber Eats 402-935-7733 CA S382111121502696 Card 5365 | | 3.00 | |
| 4/22 | | Recurring Payment authorized on 04/21 Adobe Inc 800-8336687 CA S302111386681964 Card 5365 | | 9.99 | |
| 4/22 | | Purchase authorized on 04/21 WWW Costco Com 800-955-2292 WA S302111845190019 Card 5365 | | 60.00 | |
| 4/22 | | Purchase authorized on 04/21 Petsmart # 1026 Las Vegas NV P382112104904579 Card 5365 | | 97.47 | |
| 4/22 | | Acorns Invest Transfer 042222 Bjbjfz Frank Nguyen | | 10.44 | 18,591.26 |
| 4/25 | | Bankcard-8563 Mtot Dep 220422 535354930124631 Heavenly Smiles Dental | 299.00 | | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|---------------------|----------------------|
| 4/25 | | ATM Check Deposit on 04/25 2658 W Horizon Ridge Pkwy Henderson NV 0009902 ATM ID 1722E Card 5365 | 4,455.13 | | |
| 4/25 | | eDeposit IN Branch/Store 04/25/22 03:01:32 PM 2658 W Horizon Ridge Pkwy Henderson NV | 1,244.60 | | |
| 4/25 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0F5Y9Qzv on 04/24/22 | 5,000.00 | | |
| 4/25 | | Purchase authorized on 04/21 Tst* Pho Hoa & Jaz Henderson NV S382111710935918 Card 5365 | | 34.61 | |
| 4/25 | | Purchase authorized on 04/21 Vons #1795 Henderson NV S382112111934008 Card 5365 | | 28.54 | |
| 4/25 | | Purchase authorized on 04/21 Amazon.Com*1Q24V0T Amzn.Com/Bill WA S462112241912271 Card 5365 | | 53.93 | |
| 4/25 | | Purchase authorized on 04/21 Amazon.Com*1Q1Eo5T Amzn.Com/Bill WA S582112241962470 Card 5365 | | 53.93 | |
| 4/25 | | Purchase authorized on 04/22 Amzn Mktp US*1Q5Zj Amzn.Com/Bill WA S462112425816243 Card 5365 | | 116.48 | |
| 4/25 | | Purchase authorized on 04/22 Dentsply Ih 781-890-6800 MA S382112630067662 Card 5365 | | 733.50 | |
| 4/25 | | Purchase authorized on 04/22 DD Doordash Redrob 855-973-1040 CA S462113051342978 Card 5365 | | 21.00 | |
| 4/25 | | Recurring Payment authorized on 04/23 Paypal *Netflix.CO 402-935-7733 CA S382113456907034 Card 5365 | | 9.99 | |
| 4/25 | | Recurring Payment authorized on 04/23 Apple.Com/Bill 408-974-1010 CA S582113636084815 Card 5365 | | 9.99 | |
| 4/25 | | Purchase authorized on 04/23 Sq *Pho King Vietn Las Vegas NV S302113670877508 Card 5365 | | 27.39 | |
| 4/25 | | Purchase authorized on 04/23 Lowe's #1719 Las Vegas NV P302113691677314 Card 5365 | | 43.13 | |
| 4/25 | | Purchase authorized on 04/23 Sprouts Farmers Market # Las Vegas NV P582113712712313 Card 5365 | | 52.09 | |
| 4/25 | | Purchase authorized on 04/23 Legwork Inc. 509-888-0233 WA S582113750638104 Card 5365 | | 319.00 | |
| 4/25 | | Purchase authorized on 04/24 Sp Homegoodscenter Httpswww.Home CA S302114566659674 Card 5365 | | 349.00 | |
| 4/25 | | Purchase authorized on 04/24 Dutch Dog Design WWW.Dutchdogd WA S382114581741694 Card 5365 | | 681.95 | |
| 4/25 | | Purchase authorized on 04/24 Vons #1795 Henderson NV P000000276135647 Card 5365 | | 9.74 | |
| 4/25 | | Purchase authorized on 04/24 Sp Wellbots Httpswellbots NY S462115165737147 Card 5365 | | 139.00 | |
| 4/25 | | Purchase authorized on 04/24 Sp Ecoflow Tech Httpsus.Ecofl DE S582115167883581 Card 5365 | | 107.29 | |
| 4/25 | 1691 | Check | | 4,000.00 | |
| 4/25 | | Acorns Invest Transfer 042522 Kxdpgz Frank Nguyen | | 7.17 | |
| 4/25 | | Acorns Invest Transfer 042522 9Qw2Hz Frank Nguyen | | 7.77 | |
| 4/25 | | Acorns Invest Transfer 042522 0Bgzfz Frank Nguyen | | 99.00 | 22,685.49 |
| 4/26 | | Bankcard-8563 Btot Dep 042425 535354930124631 Heavenly Smiles Dental | 191.10 | | |
| 4/26 | | Purchase authorized on 04/24 Par*Lee's Sandwich Las Vegas NV S382114705869869 Card 5365 | | 21.36 | |
| 4/26 | | Purchase authorized on 04/24 Sp Wellbots Httpswellbots NY S382115156624004 Card 5365 | | 3,294.00 | |
| 4/26 | | Purchase authorized on 04/24 Sp Wellbots Httpswellbots NY S462115162839058 Card 5365 | | 3,134.05 | |
| 4/26 | | Purchase authorized on 04/25 Sq *Pho King Vietn Las Vegas NV S582115707386150 Card 5365 | | 42.81 | |
| 4/26 | | Purchase authorized on 04/25 Sq *Pho King Vietn Las Vegas NV S382115710395637 Card 5365 | | 13.55 | 16,370.82 |
| 4/27 | | Purchase Return authorized on 04/25 Dutch Dog Design WWW.Dutchdogd WA S302115770933379 Card 5365 | 111.10 | | |
| 4/27 | | Bankcard-8563 Btot Dep 220426 535354930124631 Heavenly Smiles Dental | 392.00 | | |
| 4/27 | | Purchase authorized on 04/24 Sp Clean Earth Pow Cleanearthpow NY S582115175300752 Card 5365 | | 1,234.05 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/27 | | Purchase authorized on 04/25 Amazon.Com*1O0Yv22 Amzn.Com/Bill WA S382115284506395 Card 5365 | | 416.56 | |
| 4/27 | | Purchase authorized on 04/25 First Bottle 707-967-0240 CA S302115653968778 Card 5365 | | 293.30 | |
| 4/27 | | Recurring Payment authorized on 04/26 Apple.Com/Bill 866-712-7753 CA S382116301347839 Card 5365 | | 0.99 | |
| 4/27 | | Purchase authorized on 04/26 Amazon.Com*1O3Yn9K Amzn.Com/Bill WA S582116485519856 Card 5365 | | 32.51 | |
| 4/27 | | Purchase authorized on 04/26 Amzn Mktp US*1OOR8 Amzn.Com/Bill WA S382116572219553 Card 5365 | | 48.76 | |
| 4/27 | | Purchase authorized on 04/26 Amzn Mktp US*1Q4Km Amzn.Com/Bill WA S462116585689623 Card 5365 | | 51.47 | |
| 4/27 | | Purchase authorized on 04/26 WWW Costco Com 800-955-2292 WA S462117109083927 Card 5365 | | 3,251.24 | |
| 4/27 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 220426 000001429284777 Nguyen,Frank | | 3,564.86 | |
| 4/27 | | Acorns Invest Transfer 042722 5Mnpjz Frank Nguyen | | 28.32 | |
| 4/27 | | Acorns Later Transfer 042722 2Dprjz Frank Nguyen | | 105.00 | |
| 4/27 | 1688 | Check | | 1,000.00 | |
| 4/27 | 1685 | Check | | 161.95 | 6,684.91 |
| 4/28 | | Bankcard-8563 Btot Dep 220427 535354930124631 Heavenly Smiles Dental | 1,251.00 | | |
| 4/28 | | ATM Check Deposit on 04/28 2658 W Horizon Ridge Pkwy Henderson NV 0004243 ATM ID 1722C Card 5365 | 2,561.19 | | |
| 4/28 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0F6Wjspd on 04/28/22 | 4,000.00 | | |
| 4/28 | | Purchase authorized on 04/26 Vons #1795 Henderson NV S382116696556694 Card 5365 | | 28.69 | |
| 4/28 | | Purchase authorized on 04/26 Am Touch Dental Su 661-2941213 CA S382116795780672 Card 5365 | | 411.39 | |
| 4/28 | | Recurring Payment authorized on 04/27 ABC*Eos Fitness 888-8279262 NV S582117399463933 Card 5365 | | 19.99 | |
| 4/28 | | Purchase authorized on 04/27 DD Doordash Flamek 855-973-1040 CA S582117673896547 Card 5365 | | 24.74 | |
| 4/28 | | Purchase authorized on 04/27 Tractor S 9060 S Rainb Las Vegas S NV P00000336328850 Card 5365 | | 106.63 | |
| 4/28 | | Purchase authorized on 04/28 Lowe's #1719 Las Vegas NV P582118697172698 Card 5365 | | 45.91 | |
| 4/28 | | Acorns Invest Transfer 042822 55Gskz Frank Nguyen | | 9.69 | |
| 4/28 | < | Business to Business ACH Debit - Paychex Inc. Payroll Tfas55xnqfc8Eae Heavenly Smiles Dental | | 3,886.39 | 9,963.67 |
| 4/29 | | Purchase Return authorized on 04/28 Bedrosians Bldg Sp Las Vegas NV S612119478311660 Card 5365 | 39.43 | | |
| 4/29 | | Purchase Return authorized on 04/28 Bedrosians Bldg Sp Las Vegas NV S612119478311661 Card 5365 | 91.16 | | |
| 4/29 | | Purchase Return authorized on 04/28 Bedrosians Bldg Sp Las Vegas NV S612119478311662 Card 5365 | 72.58 | | |
| 4/29 | | Purchase Return authorized on 04/28 Bedrosians Bldg Sp Las Vegas NV S612119478311663 Card 5365 | 34.23 | | |
| 4/29 | | Purchase Return authorized on 04/28 Lowes #01719* Las Vegas NV S462118790705230 Card 5365 | 43.13 | | |
| 4/29 | | Bankcard-8563 Btot Dep 220428 535354930124631 Heavenly Smiles Dental | 566.00 | | |
| 4/29 | | Purchase authorized on 04/28 Weave Rb 888-5795668 UT S302118753214942 Card 5365 | | 478.90 | |
| 4/29 | < | Business to Business ACH Debit - Paychex Eib Invoice 220429 x97037400019814 Heavenly Smiles Dental | | 57.16 | |
| 4/29 | < | Business to Business ACH Debit - Paychex-Hrs 401(k) 0000037904047 Heavenly Smiles Dental | | 1,410.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|--------|--------|
| 4/29 | < | Business to Business ACH Debit - Paychex Tps Taxes 042822 9703870001261x Heavenly Smiles Dental | | 1,711.14 | |
| 4/29 | | Acorns Invest Transfer 042922 Pp6Flz Frank Nguyen | | 12.78 | 7,140.22 |
| **Ending balance on 4/30** | | | | | **7,140.22** |
| **Totals** | | | **$64,664.04** | **$82,316.47** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

&lt;  **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1661 | 4/15 | 1,400.00 | 1685 * | 4/27 | 161.95 | 1689 | 4/20 | 70.68 |
| 1678 * | 4/7 | 174.12 | 1686 | 4/21 | 160.99 | 1690 | 4/19 | 70.37 |
| 1679 | 4/7 | 1,500.00 | 1687 | 4/20 | 511.32 | 1691 | 4/25 | 4,000.00 |
| 1680 | 4/11 | 2,000.00 | 1688 | 4/27 | 1,000.00 | 8059 * | 4/18 | 350.00 |
| 1683 * | 4/20 | 65.90 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2022 - 04/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $14,437.00 |√| |
| • Minimum daily balance | $500.00 | $6,684.91 |√| |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|-----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 132 | 100 | 32 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

■ As a courtesy, some or all of your account transaction fees have been waived.



---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION

Effective March 31, 2022, the sentence "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits" in the first paragraph of the "Your ability to withdraw funds" section under the "Availability of funds policy" in the Deposit Account Agreement will be replaced by "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits."



## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your
register or transfers into           $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

May 31, 2022 ∎ Page 1 of 9



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $7,140.22 |
| Deposits/Credits | 59,938.55 |
| Withdrawals/Debits | - 54,134.53 |
| **Ending balance on 5/31** | **$12,944.24** |

Account number: **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/2 | | ATM Check Deposit on 05/02 2531 Anthem Village Dr Henderson NV 0005418 ATM ID 8481N Card 5365 | 9,466.62 | | |
| 5/2 | | Purchase authorized on 04/28 Tst* Pho Hoa & Jaz Henderson NV S382118820829166 Card 5365 | | 42.27 | |
| 5/2 | | Purchase authorized on 04/29 Osakas Japanese Bi Henderson NV S302119726187765 Card 5365 | | 64.47 | |
| 5/2 | | Purchase authorized on 04/29 Vons #1795 Henderson NV S382119744455099 Card 5365 | | 63.31 | |
| 5/2 | | Purchase authorized on 04/29 Amazon.Com*137It40 Amzn.Com/Bill WA S582120134416635 Card 5365 | | 605.38 | |
| 5/2 | | Purchase authorized on 04/30 Amzn Mktp US*136Iq Amzn.Com/Bill WA S462120324420175 Card 5365 | | 15.16 | |
| 5/2 | | Purchase authorized on 04/30 Vons #1795 Henderson NV P000000577471676 Card 5365 | | 3.49 | |
| 5/2 | | Purchase authorized on 04/30 Apple.Com/Bill 866-712-7753 CA S302120643223752 Card 5365 | | 14.99 | |
| 5/2 | | Purchase authorized on 04/30 3510 El Pollo Loco Barstow CA S302120659655317 Card 5365 | | 27.93 | |
| 5/2 | | Purchase authorized on 04/30 Petsmart # 1162 Fontana CA P462120762654670 Card 5365 | | 45.22 | |
| 5/2 | | Purchase authorized on 04/30 Paypal *Uber Eats 402-935-7733 CA S582121078100944 Card 5365 | | 71.06 | |
| 5/2 | | Purchase authorized on 04/30 Paypal *Uber Eats 402-935-7733 CA S582121136369312 Card 5365 | | 5.00 | |
| 5/2 | | Purchase authorized on 05/01 Rotary Club of San San Juan Capi CA S302121590452132 Card 5365 | | 40.00 | |
| 5/2 | | Purchase authorized on 05/01 Albertsons #456 San Clemente CA P000000586249512 Card 5365 | | 66.49 | |
| 5/2 | | Acorns Invest Transfer 050222 81Vtmz Frank Nguyen | | 13.05 | |
| 5/2 | | Acorns Invest Transfer 050222 1Z1Plz Frank Nguyen | | 99.00 | |
| 5/2 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 220430 535354930124631 Heavenly Smiles Dental | | 379.38 | 15,050.64 |
| 5/3 | | Bankcard-8563 Btot Dep 220502 535354930124631 Heavenly Smiles Dental | 99.00 | | |
| 5/3 | | Recurring Payment authorized on 05/02 Cox Las Vegas Comm 800-234-3993 NV S582122429603453 Card 5365 | | 323.49 | |
| 5/3 | | Purchase authorized on 05/02 PY *All Storage of 702-5685555 NV S582122563568404 Card 5365 | | 166.00 | |
| 5/3 | | Purchase authorized on 05/02 Sp Rb Components 156-28021200 CA S382122648894642 Card 5365 | | 3,010.02 | 11,650.13 |
| 5/4 | | Bankcard-8563 Btot Dep 220503 535354930124631 Heavenly Smiles Dental | 1,199.00 | | |
| 5/4 | | Online Transfer From Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0F8NC5G2 on 05/04/22 | 2,000.00 | | |
| 5/4 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0F8NC85M on 05/04/22 | 2,000.00 | | |
| 5/4 | | Purchase authorized on 05/02 Vons #1795 Henderson NV S462123052887325 Card 5365 | | 50.07 | |
| 5/4 | | Recurring Payment authorized on 05/03 J2 Efax Services 323-817-3205 CA S462123591102469 Card 5365 | | 16.95 | |
| 5/4 | | Purchase authorized on 05/03 NV Sos Portal 775-684-5780 NV S382123644428805 Card 5365 | | 350.00 | |
| 5/4 | | Purchase authorized on 05/03 Osaka Noodle House Henderson NV S382124121777408 Card 5365 | | 52.31 | |
| 5/4 | 1695 | Cashed Check | | 1,700.00 | |
| 5/4 | 1692 | Deposited OR Cashed Check | | 5,111.50 | |
| 5/4 | | Acorns Invest Transfer 050422 2Q91Qz Frank Nguyen | | 26.55 | |
| 5/4 | | Acorns Later Transfer 050422 W78Npz Frank Nguyen | | 105.00 | |
| 5/4 | 1694 | Check | | 3,242.36 | 6,194.39 |
| 5/5 | | Bankcard-8563 Btot Dep 220504 535354930124631 Heavenly Smiles Dental | 1,246.00 | | |

May 31, 2022 ■ Page 3 of 9



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/5 | | Mobile Deposit : Ref Number 413050869379 | 68.00 | | |
| 5/5 | | Mobile Deposit : Ref Number 313050869019 | 436.00 | | |
| 5/5 | | Purchase authorized on 05/04 DD Doordash Flamek 855-973-1040 CA S462124695211827 Card 5365 | | 25.74 | |
| 5/5 | | Purchase authorized on 05/04 Amazon.Com*1346K6l Amzn.Com/Bill WA S582124715663416 Card 5365 | | 1,384.76 | |
| 5/5 | | Purchase authorized on 05/05 Sprouts Farmers Market # Las Vegas NV P302126026428822 Card 5365 | | 106.05 | 6,427.84 |
| 5/6 | | Bankcard-8563 Btot Dep 220505 535354930124631 Heavenly Smiles Dental | 199.00 | | |
| 5/6 | | ATM Check Deposit on 05/06 2531 Anthem Village Dr Henderson NV 0006034 ATM ID 8481N Card 5365 | 2,129.94 | | |
| 5/6 | | Purchase authorized on 05/04 Paypal *Uber Eats 402-935-7733 CA S462125116482397 Card 5365 | | 49.57 | |
| 5/6 | | Purchase authorized on 05/04 Paypal *Uber Eats 402-935-7733 CA S38212518374l448 Card 5365 | | 3.00 | |
| 5/6 | | Purchase authorized on 05/05 Paypal *Uber Eats 402-935-7733 CA S462125636996248 Card 5365 | | 27.85 | |
| 5/6 | | Purchase authorized on 05/05 Paypal *Uber Eats 402-935-7733 CA S38212570345502O Card 5365 | | 2.00 | |
| 5/6 | | Purchase authorized on 05/05 The Home Depot #3306 Las Vegas NV P302126127981322 Card 5365 | | 16.21 | |
| 5/6 | 1684 | Deposited OR Cashed Check | | 740.00 | |
| 5/6 | < | Business to Business ACH Debit - Wav*Vbit Technol 2678152119 220505 Frank Nguyen | | 3,468.25 | |
| 5/6 | | Acorns Invest Transfer 050622 F07Hrz Frank Nguyen | | 12.54 | |
| 5/6 | 1693 | Check | | 28.35 | 4,409.01 |
| 5/9 | | Mobile Deposit : Ref Number 414070865468 | 1,000.00 | | |
| 5/9 | | Synchrony Bank Mtot Dep 220506 534812028423162 Heavenly Smiles Dental | 188.20 | | |
| 5/9 | | Purchase authorized on 05/05 Tst* Pho Hoa & Jaz Henderson NV S582125705373377 Card 5365 | | 42.94 | |
| 5/9 | | Purchase authorized on 05/06 Sq *Pho King Vietn Las Vegas NV S582126719791873 Card 5365 | | 20.91 | |
| 5/9 | | Purchase authorized on 05/06 Dental Whale-Front 404-5375211 FL S462126783164115 Card 5365 | | 49.92 | |
| 5/9 | | Purchase authorized on 05/06 Vons #1795 Henderson NV S582126849734235 Card 5365 | | 9.74 | |
| 5/9 | | Purchase authorized on 05/07 Paypal *Uber Eats 402-935-7733 CA S38212780671763O Card 5365 | | 26.78 | |
| 5/9 | | Purchase authorized on 05/07 DD Doordash Phosai 855-973-1040 CA S302127812502380 Card 5365 | | 57.31 | |
| 5/9 | | Purchase authorized on 05/07 Paypal *Uber Eats 402-935-7733 CA S302128000384460 Card 5365 | | 2.00 | |
| 5/9 | | Purchase authorized on 05/08 Popeyes 11730 Henderson NV S582128821755814 Card 5365 | | 15.16 | |
| 5/9 | | Purchase authorized on 05/08 The Home Depot #3302 Henderson NV P382128831429904 Card 5365 | | 2.75 | |
| 5/9 | | Acorns Invest Transfer 050922 x74Zsz Frank Nguyen | | 16.71 | |
| 5/9 | | Acorns Invest Transfer 050922 0Wxsrz Frank Nguyen | | 99.00 | 5,253.99 |
| 5/10 | | Bankcard-8563 Mtot Dep 220509 535354930124631 Heavenly Smiles Dental | 1,257.00 | | |
| 5/10 | | eDeposit IN Branch/Store 05/10/22 12:09:27 PM 2658 W Horizon Ridge Pkwy Henderson NV | 2,697.87 | | |
| 5/10 | | Mobile Deposit : Ref Number 612100954127 | 368.00 | | |
| 5/10 | | Purchase authorized on 05/08 Tst* Pho Hoa & Jaz Henderson NV S302128732975340 Card 5365 | | 18.26 | |
| 5/10 | | Purchase authorized on 05/09 DD Doordash Protei 855-973-1040 CA S462129706908919 Card 5365 | | 39.58 | |
| 5/10 | | Seven Hills Mast Assoc Pmt 220510 13514 Heavenly Smiles Dental | | 69.00 | |
| 5/10 | | Renaissance Comm Assoc Pmt 220510 27994 Heavenly Smiles Dental | | 189.00 | 9,261.02 |
| 5/11 | | Mobile Deposit : Ref Number 320110564780 | 42.00 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/11 | | Mobile Deposit : Ref Number :220110564708 | 508.00 | | |
| 5/11 | | Mobile Deposit : Ref Number :320110565017 | 4,425.20 | | |
| 5/11 | | Mobile Deposit : Ref Number :420110565042 | 307.00 | | |
| 5/11 | | Purchase authorized on 05/09 Paypal *Uber Eats 402-935-7733 CA S582130084233092 Card 5365 | | 43.96 | |
| 5/11 | | Purchase authorized on 05/09 Paypal *Uber Eats 402-935-7733 CA S302130141894663 Card 5365 | | 3.00 | |
| 5/11 | | Purchase authorized on 05/10 Paypal *Uber Eats 402-935-7733 CA S462131034661814 Card 5365 | | 25.36 | |
| 5/11 | | Acorns Invest Transfer 051122 5Vlqvz Frank Nguyen | | 10.47 | |
| 5/11 | | Acorns Later Transfer 051122 4Lxhvz Frank Nguyen | | 105.00 | 14,355.43 |
| 5/12 | | Bankcard-8563 Btot Dep 220511 535354930124631 Heavenly Smiles Dental | 6,000.00 | | |
| 5/12 | | Mobile Deposit : Ref Number :916120900349 | 703.79 | | |
| 5/12 | | Purchase authorized on 05/10 Vons #1795 Henderson NV S382130721897387 Card 5373 | | 31.37 | |
| 5/12 | | Purchase authorized on 05/10 Paypal *Uber Eats 402-935-7733 CA S462131093321911 Card 5365 | | 2.00 | |
| 5/12 | | Purchase authorized on 05/11 Sprouts Farmers Market # Las Vegas NV P302132052637661 Card 5373 | | 73.94 | |
| 5/12 | | Acorns Invest Transfer 051222 M0Ghwz Frank Nguyen | | 9.48 | |
| 5/12 | | < Business to Business ACH Debit - Paychex Inc. Payroll Cku3Ccpc6lpbezx Heavenly Smiles Dental | | 4,492.14 | |
| 5/12 | 1698 | Check | | 401.94 | 16,048.35 |
| 5/13 | | Purchase Return authorized on 05/12 Amazon.Com Amzn.Com/Bill WA S622133474219024 Card 5365 | 605.38 | | |
| 5/13 | | Bankcard-8563 Btot Dep 220512 535354930124631 Heavenly Smiles Dental | 969.00 | | |
| 5/13 | | Purchase authorized on 05/11 Vons #1795 Henderson NV S382131700510241 Card 5373 | | 9.20 | |
| 5/13 | | Purchase authorized on 05/12 Ebay O*12-08621-12 San Jose CA S462132648786667 Card 5373 | | 325.13 | |
| 5/13 | | Purchase authorized on 05/12 Scotts Dental Supp 253-858-9474 WA S582132653227492 Card 5373 | | 986.00 | |
| 5/13 | | Purchase authorized on 05/12 NV Sos Portal 775-684-5780 NV S462132722594180 Card 5373 | | 650.00 | |
| 5/13 | | Online Transfer to The Frank Duke Nguyen Trust Preferred Checking xxxxxx8871 Ref #Ib0Fbsk97W on 05/13/22 | | 2,000.00 | |
| 5/13 | | Purchase authorized on 05/13 Smart and Final Henderson NV P000000772283606 Card 5373 | | 14.60 | |
| 5/13 | | Purchase authorized on 05/13 Office DE 9701 S Easte Las Vegas NV P000000580747071 Card 5373 | | 13.10 | |
| 5/13 | | < Business to Business ACH Debit - Paychex Eib Invoice 220513 x97220300053522 Heavenly Smiles Dental | | 57.16 | |
| 5/13 | | < Business to Business ACH Debit - Paychex-Hrs 401(K) 0000038028622 Heavenly Smiles Dental | | 1,410.00 | |
| 5/13 | | < Business to Business ACH Debit - Paychex Tps Taxes 051222 97224200001245x Heavenly Smiles Dental | | 1,903.95 | |
| 5/13 | | Acorns Invest Transfer 051322 Zelywz Frank Nguyen | | 5.04 | 10,248.55 |
| 5/16 | | ATM Check Deposit on 05/14 2531 Anthem Village Dr Henderson NV 0007191 ATM ID 8481N Card 5373 | 1,206.38 | | |
| 5/16 | | Purchase Return authorized on 05/15 Amzn Mktp US Amzn.Com/Bill WA S622136670883541 Card 5365 | 75.85 | | |
| 5/16 | | Mobile Deposit : Ref Number :016160512224 | 1,518.50 | | |
| 5/16 | | Purchase authorized on 05/12 Tst* Pho Hoa & Jaz Henderson NV S302132706173412 Card 5373 | | 50.62 | |
| 5/16 | | Purchase authorized on 05/12 Vons #1795 Henderson NV S462132847732854 Card 5373 | | 9.74 | |
| 5/16 | | Purchase authorized on 05/12 Rodizio Grill - He Henderson NV S582133114516397 Card 5373 | | 180.37 | |
| 5/16 | | Online Transfer to Nguyen F Prime Checking xxxxxx0153 Ref #Ib0Fbxqjqw on 05/13/22 | | 200.00 | |
| 5/16 | | Recurring Payment authorized on 05/14 Apple.Com/Bill 866-712-7753 CA S382134537636091 Card 5365 | | 4.99 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/16 | | Recurring Payment authorized on 05/14 Apple.Com/Bill 866-712-7753 CA S302134559046609 Card 5365 | | 4.99 | |
| 5/16 | | Purchase authorized on 05/14 Sq *Pho King Vietn Las Vegas NV S462134791390743 Card 5373 | | 65.21 | |
| 5/16 | | Purchase authorized on 05/14 The Home Depot #3306 Las Vegas NV P582135038516136 Card 5373 | | 246.42 | |
| 5/16 | | Purchase authorized on 05/15 Amzn Mktp US*1R59I Amzn.Com/Bill WA S382135354636462 Card 5365 | | 421.18 | |
| 5/16 | | Purchase authorized on 05/15 Amzn Mktp US*1L32H Amzn.Com/Bill WA S382135392346669 Card 5365 | | 563.54 | |
| 5/16 | | Purchase authorized on 05/15 Big Lots 350 W Lake M Henderson NV P000000886841716 Card 5373 | | 62.24 | |
| 5/16 | | Acorns Invest Transfer 051622 x9D6\z Frank Nguyen | | 5.07 | |
| 5/16 | | Acorns Invest Transfer 051622 L35Myz Frank Nguyen | | 20.58 | |
| 5/16 | | Acorns Invest Transfer 051622 Ldnhxz Frank Nguyen | | 99.00 | |
| 5/16 | 8060 | Check | | 350.00 | 10,765.33 |
| 5/17 | | Mobile Deposit : Ref Number :511170826257 | 593.00 | | |
| 5/17 | | Mobile Deposit : Ref Number :611170826466 | 1,547.80 | | |
| 5/17 | | Purchase authorized on 05/15 Vons #1795 Henderson NV S462135635945781 Card 5373 | | 71.26 | |
| 5/17 | | Purchase authorized on 05/15 Paypal *Uber 402-935-7733 CA S462136124284696 Card 5365 | | 9.99 | |
| 5/17 | | Recurring Payment authorized on 05/16 Dentsply Ih Kristen.Godin MA S302136411839990 Card 5365 | | 2,344.83 | |
| 5/17 | | Purchase authorized on 05/16 Sprouts Farmers Market # Las Vegas NV P302137037953441 Card 5373 | | 61.35 | 10,418.70 |
| 5/18 | | Bankcard-8563 Btot Dep 220517 535354930124631 Heavenly Smiles Dental | 497.00 | | |
| 5/18 | | Purchase authorized on 05/16 Vons #1795 Henderson NV S582136692048152 Card 5373 | | 9.20 | |
| 5/18 | | Acorns Invest Transfer 051822 Tyyc001 Frank Nguyen | | 14.10 | |
| 5/18 | | Acorns Later Transfer 051822 8L09001 Frank Nguyen | | 105.00 | 10,787.40 |
| 5/19 | | Mobile Deposit : Ref Number :512190621873 | 809.60 | | |
| 5/19 | | Purchase authorized on 05/17 Vons #1795 Henderson NV S382138166525976 Card 5373 | | 28.52 | |
| 5/19 | | Subscription Acorns 051922 NJ88M3 Frank Nguyen | | 3.00 | |
| 5/19 | 1696 | Check | | 402.80 | |
| 5/19 | 1699 | Check | | 437.40 | 10,725.28 |
| 5/20 | | Bankcard-8563 Mtot Dep 220519 535354930124631 Heavenly Smiles Dental | 0.04 | | |
| 5/20 | | Purchase authorized on 05/18 Tst* Pho Hoa & Jaz Henderson NV S462138695303054 Card 5373 | | 30.90 | |
| 5/20 | | Purchase authorized on 05/18 Amzn Mktp US*1R1Bm Amzn.Com/Bill WA S58213885788110 Card 5365 | | 75.29 | |
| 5/20 | | Purchase authorized on 05/18 Vons #1795 Henderson NV S462139100813609 Card 5373 | | 9.74 | |
| 5/20 | | Purchase authorized on 05/19 Glidewell Laborato 949-440-2784 CA S302139672981413 Card 5373 | | 1,293.00 | |
| 5/20 | | Purchase authorized on 05/20 The Home Depot #3316 Las Vegas NV P462140808200288 Card 5373 | | 8.11 | |
| 5/20 | | Acorns Invest Transfer 052022 97V0201 Frank Nguyen | | 7.11 | 9,301.17 |
| 5/23 | | Purchase Return authorized on 05/21 Amazon.Com Amzn.Com/Bill WA S622141490723115 Card 5365 | 1,384.76 | | |
| 5/23 | | Purchase Return authorized on 05/22 Amazon.Com Amzn.CO Amzn.Com/Bill WA S612143474418950 Card 5365 | 1,851.02 | | |
| 5/23 | | ATM Check Deposit on 05/22 2531 Anthem Village Dr Henderson NV 0008331 ATM ID 8481N Card 5373 | 551.90 | | |
| 5/23 | | ATM Check Deposit on 05/23 2658 W Horizon Ridge Pkwy Henderson NV 0007712 ATM ID 1722C Card 5373 | 2,496.22 | | |
| 5/23 | | Purchase authorized on 05/19 Tst* Stephanos Gre Henderson NV S302139739758659 Card 5373 | | 39.53 | |
| 5/23 | | Purchase authorized on 05/20 Vons #1795 Henderson NV S382140580417589 Card 5373 | | 37.87 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/23 | | Purchase authorized on 05/20 Osaka Noodle House Henderson NV S462141000049734 Card 5373 | | 69.34 | |
| 5/23 | | Purchase authorized on 05/20 Sp Bidetking.Com Httpsbidetkin CA S382141027155578 Card 5365 | | 511.35 | |
| 5/23 | | Recurring Payment authorized on 05/21 Adobe Inc 800-8336687 CA S582141408834319 Card 5365 | | 9.99 | |
| 5/23 | | Purchase authorized on 05/21 Ping Pang Pong Las Vegas NV S462141745527732 Card 5373 | | 89.58 | |
| 5/23 | | Purchase authorized on 05/21 Paypal *Uber Eats 402-935-7733 CA S462142107822805 Card 5365 | | 60.24 | |
| 5/23 | | Purchase authorized on 05/21 Paypal *Uber Eats 402-935-7733 CA S462142176882889 Card 5365 | | 3.00 | |
| 5/23 | | Purchase authorized on 05/22 Sprouts Farmers Market # Las Vegas NV P462142646699002 Card 5373 | | 129.27 | |
| 5/23 | | Acorns Invest Transfer 052322 7Hvc301 Frank Nguyen | | 10.32 | |
| 5/23 | | Acorns Invest Transfer 052322 Bcn9201 Frank Nguyen | | 99.00 | 14,525.58 |
| 5/24 | | Bankcard-8563 Btot Dep 220523 535354930124631 Heavenly Smiles Dental | 325.00 | | |
| 5/24 | | Recurring Payment authorized on 05/23 Paypal *Netflix.CO 402-935-7733 CA S382143385147167 Card 5365 | | 9.99 | |
| 5/24 | | Recurring Payment authorized on 05/23 Apple.Com/Bill 866-712-7753 CA S302143636885451 Card 5365 | | 9.99 | |
| 5/24 | | Purchase authorized on 05/23 Legwork Inc 509-888-0233 WA S382143750580320 Card 5373 | | 319.00 | 14,511.60 |
| 5/25 | | Purchase Return authorized on 05/24 Sp Wellbots Httpswellbots NY S462144432122866 Card 5365 | 3,294.00 | | |
| 5/25 | | Bankcard-8563 Btot Dep 220524 535354930124631 Heavenly Smiles Dental | 225.00 | | |
| 5/25 | | Acorns Invest Transfer 052522 H319501 Frank Nguyen | | 14.49 | |
| 5/25 | | Acorns Later Transfer 052522 4Z3Z401 Frank Nguyen | | 105.00 | 17,911.11 |
| 5/26 | | Mobile Deposit : Ref Number :315260565546 | 130.88 | | |
| 5/26 | | Purchase authorized on 05/24 Vons #1795 Henderson NV S382144682780659 Card 5373 | | 29.76 | |
| 5/26 | | Purchase authorized on 05/25 Plaza Medical Inc 303-6954441 CO S462145555005463 Card 5373 | | 3,501.04 | |
| 5/26 | 1708 | Check | | 467.64 | 14,043.55 |
| 5/27 | | Bankcard-8563 Btot Dep 220526 535354930124631 Heavenly Smiles Dental | 897.00 | | |
| 5/27 | | Purchase authorized on 05/25 Tst* Pho Hoa & Jaz Henderson NV S462146115027366 Card 5373 | | 44.98 | |
| 5/27 | | Recurring Payment authorized on 05/26 Apple.Com/Bill 408-974-1010 CA S302146300709814 Card 5365 | | 0.99 | |
| 5/27 | | Recurring Payment authorized on 05/26 Apple.Com/Bill 866-712-7753 CA S462146656929473 Card 5365 | | 14.99 | |
| 5/27 | | Purchase authorized on 05/26 Paypal *Uber Eats 402-935-7733 CA S302146859636429 Card 5365 | | 97.12 | |
| 5/27 | | < Business to Business ACH Debit - Paychex Inc. Payroll Kij712Nppcaxhrc Heavenly Smiles Dental | | 2,777.14 | 12,005.33 |
| 5/31 | | ATM Check Deposit on 05/28 2658 W Horizon Ridge Pkwy Henderson NV 0008404 ATM ID 1722C Card 5373 | 2,021.80 | | |
| 5/31 | | Mobile Deposit : Ref Number :412310251477 | 357.00 | | |
| 5/31 | | Mobile Deposit : Ref Number :312310250883 | 748.80 | | |
| 5/31 | | Mobile Deposit : Ref Number :312310251241 | 857.60 | | |
| 5/31 | | Mobile Deposit : Ref Number :814310310527 | 634.40 | | |
| 5/31 | | Purchase authorized on 05/26 Wendy S 8034 Henderson NV S382146699990933 Card 5373 | | 12.98 | |
| 5/31 | | Purchase authorized on 05/26 Paypal *Uber Eats 402-935-7733 CA S382147068885387 Card 5365 | | 2.00 | |
| 5/31 | | Recurring Payment authorized on 05/27 ABC*Eos Fitness 888-8279262 NV S302147417530450 Card 5365 | | 19.99 | |
| 5/31 | | Purchase authorized on 05/27 Vons #1795 Henderson NV S382147628732694 Card 5373 | | 9.74 | |
| 5/31 | | Purchase authorized on 05/27 Sq *Pho King Vietn Las Vegas NV S382148035007915 Card 5373 | | 66.99 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | | Purchase authorized on 05/27 Vons #1795 Henderson NV S462148148575103 Card 5373 | | 58.70 | |
| 5/31 | | Purchase authorized on 05/28 Lowe's #1719 Las Vegas NV P582148658618705 Card 5373 | | 241.50 | |
| 5/31 | | Purchase authorized on 05/28 Seafood City Su Las Vegas NV P000000284896483 Card 5373 | | 115.15 | |
| 5/31 | | Purchase authorized on 05/28 Weave Rb 888-5795668 UT S462148679853059 Card 5373 | | 478.90 | |
| 5/31 | | Purchase authorized on 05/28 Amzn Mktp US*1x2I1j Amzn.Com/Bill WA S462148731249712 Card 5365 | | 18.41 | |
| 5/31 | | Purchase authorized on 05/29 Yen Viet Kitchen Las Vegas NV S462149680993832 Card 5373 | | 89.60 | |
| 5/31 | | Purchase authorized on 05/29 Amzn Mktp US*1x9Hl Amzn.Com/Bill WA S582149715364787 Card 5365 | | 8.66 | |
| 5/31 | | Purchase authorized on 05/29 Vons #1795 Henderson NV S302150175981074 Card 5373 | | 25.97 | |
| 5/31 | | Purchase authorized on 05/30 Paypal *Ikeanortha 888-888-4532 PA S582150489783517 Card 5373 | | 65.03 | |
| 5/31 | | Purchase authorized on 05/30 Sprouts Farmers Market # Las Vegas NV P302150638445200 Card 5373 | | 165.17 | |
| 5/31 | < | Business to Business ACH Debit - Paychex Eib Invoice 220531 x97418700001868 Heavenly Smiles Dental | | 117.16 | |
| 5/31 | < | Business to Business ACH Debit - Paychex-Hrs 401(k) 0000038156511 Heavenly Smiles Dental | | 940.94 | |
| 5/31 | < | Business to Business ACH Debit - Paychex Tps Taxes 052722 9742410000062 1x Heavenly Smiles Dental | | 1,138.14 | |
| 5/31 | | Acorns Invest Transfer 053122 Wpw4701 Frank Nguyen | | 6.66 | |
| 5/31 | | Acorns Invest Transfer 053122 W21x601 Frank Nguyen | | 99.00 | 12,944.24 |
| **Ending balance on 5/31** | | | | | **12,944.24** |
| **Totals** | | | **$59,938.55** | **$54,134.53** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1684 | 5/6 | 740.00 | 1695 | 5/4 | 1,700.00 | 1699 | 5/19 | 437.40 |
| 1692 * | 5/4 | 5,111.50 | 1696 | 5/19 | 402.80 | 1708 * | 5/26 | 467.64 |
| 1693 | 5/6 | 28.35 | 1698 * | 5/12 | 401.94 | 8060 * | 5/16 | 350.00 |
| 1694 | 5/4 | 3,242.36 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2022 - 05/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|



May 31, 2022 ■ Page 8 of 9

---

## Monthly service fee summary (continued)

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $10,578.00 |
| · Minimum daily balance | $500.00 | $4,409.01 |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 115 | 100 | 15 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

- As a courtesy, some or all of your account transaction fees have been waived.

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



## Important Information You Should Know

• **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your account:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement..................... $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.        + $ _____

.................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

....................................
.        TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register.......................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

June 30, 2022 ■ Page 1 of 9



*No Payment*
*to VBit June 2021*

HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# ✔ IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be
included in the Important Account Information section associated with your specific account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $12,944.24 |
| Deposits/Credits | 50,272.07 |
| Withdrawals/Debits | - 50,528.46 |
| **Ending balance on 6/30** | **$12,687.85** |

Account number:  **6842146307**
**HEAVENLY SMILES DENTAL INC**

Nevada account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 6/1 | | Bankcard-8563 Btot Dep 220531 535354930124631 Heavenly Smiles Dental | 345.00 | | |
| 6/1 | | Mobile Deposit : Ref Number :113010843168 | 173.00 | | |
| 6/1 | | Purchase authorized on 05/31 Paypal *Ikeanortha 888-888-4532 PA S462151519926019 Card 5373 | | 75.02 | |
| 6/1 | | Acorns Later Transfer 060122 1S5F901 Frank Nguyen | | 105.00 | 13,282.22 |
| 6/2 | | Bankcard-8563 Btot Dep 220601 535354930124631 Heavenly Smiles Dental | 1,250.80 | | |
| 6/2 | | Mobile Deposit : Ref Number :015020398086 | 225.20 | | |
| 6/2 | | Recurring Payment authorized on 06/01 Cox Las Vegas Comm 800-234-3993 NV S462152426997623 Card 5365 | | 323.49 | |
| 6/2 | | Recurring Payment authorized on 06/01 PY *All Storage of 702-5685555 NV S582152559614879 Card 5373 | | 166.00 | |
| 6/2 | | Purchase authorized on 06/01 Osaka Noodle House Henderson NV S582153123759231 Card 5373 | | 66.26 | |
| 6/2 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 220531 535354930124631 Heavenly Smiles Dental | | 356.73 | |
| 6/2 | | Acorns Invest Transfer 060222 Ntvz901 Frank Nguyen | | 23.46 | |
| 6/2 | 1710 | Check | | 495.90 | 13,326.38 |
| 6/3 | | Synchrony Bank Mtot Dep 220602 534812028423162 Heavenly Smiles Dental | 468.62 | | |
| 6/3 | | Bankcard-8563 Btot Dep 220602 535354930124631 Heavenly Smiles Dental | 628.00 | | |
| 6/3 | | Mobile Deposit : Ref Number :012030847323 | 1,670.80 | | |
| 6/3 | | Mobile Deposit : Ref Number :912030846752 | 2,482.00 | | |
| 6/3 | | Purchase authorized on 06/01 Wendy S 8034 Henderson NV S38215273256814 Card 5373 | | 18.61 | |
| 6/3 | | Purchase authorized on 06/01 Vons #1795 Henderson NV S582153079936112 Card 5373 | | 32.62 | |
| 6/3 | | Purchase authorized on 06/02 Kiwi.Com 235603203 Brno, Star* L Cze S462153487339618 Card 5373 | | 163.56 | |
| 6/3 | | Purchase authorized on 06/02 Paypal *Uber Eats 402-935-7733 CA S302153632510399 Card 5373 | | 49.64 | |
| 6/3 | | Purchase authorized on 06/02 Paypal *Uber Eats 402-935-7733 CA S302153688364283 Card 5373 | | 2.00 | 18,309.37 |
| 6/6 | | Mobile Deposit : Ref Number :212040364548 | 550.00 | | |
| 6/6 | | Mobile Deposit : Ref Number :412040365117 | 296.21 | | |
| 6/6 | | Mobile Deposit : Ref Number :412040365313 | 1,191.60 | | |
| 6/6 | | ATM Check Deposit on 06/06 2658 W Horizon Ridge Pkwy Henderson NV 0009723 ATM ID 1722C Card 5373 | 1,498.50 | | |
| 6/6 | | Recurring Payment authorized on 06/03 J2 Efax Services 323-817-3205 CA S302154590746014 Card 5365 | | 16.95 | |
| 6/6 | | Purchase authorized on 06/03 Cox Las Vegas Comm 800-234-3993 NV S462154619256086 Card 5373 | | 99.99 | |
| 6/6 | | Purchase authorized on 06/03 Osaka Noodle House Henderson NV S302155091094178 Card 5373 | | 74.52 | |
| 6/6 | | Purchase authorized on 06/04 Lowe's #1719 Las Vegas NV P382155589631430 Card 5373 | | 22.54 | |
| 6/6 | | Purchase authorized on 06/04 Ping Pang Pong Las Vegas NV S462155797565916 Card 5373 | | 169.23 | |
| 6/6 | | Purchase authorized on 06/05 Priceln*Sonesta Es 800-774-2354 CT S382156665425298 Card 5373 | | 587.37 | |
| 6/6 | | Purchase authorized on 06/05 Sprouts Farmers Market # Las Vegas NV P382156791891591 Card 5373 | | 165.94 | |
| 6/6 | | Acorns Invest Transfer 060622 S2Cdd01 Frank Nguyen | | 7.56 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/6 | | Acorns Invest Transfer 060622 Cqxqd01 Frank Nguyen | | 7.71 | |
| 6/6 | | Acorns Invest Transfer 060622 LF7PC01 Frank Nguyen | | 99.00 | |
| 6/6 | 1700 | Check | | 68.00 | 20,526.87 |
| 6/7 | | Bankcard-8563 Btot Dep 220606 535354930124631 Heavenly Smiles Dental | 445.00 | | |
| 6/7 | | Mobile Deposit : Ref Number :914070638970 | 358.80 | | |
| 6/7 | | Purchase authorized on 06/05 Priceln*Avis Rent 800-774-2354 CT S302156669570123 Card 5373 | | 272.61 | |
| 6/7 | | Purchase authorized on 06/05 Vons #1795 Henderson NV S462157090713353 Card 5373 | | 87.23 | |
| 6/7 | | Purchase authorized on 06/07 Smiths Food #434 10616 E. Henderson NV P382158555378245 Card 5373 | | 4.76 | 20,966.07 |
| 6/8 | | Bankcard-8563 Btot Dep 220607 535354930124631 Heavenly Smiles Dental | 549.00 | | |
| 6/8 | 1718 | Deposited OR Cashed Check | | 2,165.00 | |
| 6/8 | | Acorns Invest Transfer 060822 1G4Qg01 Frank Nguyen | | 7.38 | |
| 6/8 | | Acorns Later Transfer 060822 7Pzcg01 Frank Nguyen | | 105.00 | |
| 6/8 | 1702 | Check | | 83.11 | |
| 6/8 | 1707 | Check | | 44.18 | |
| 6/8 | 1705 | Check | | 50.36 | 19,060.04 |
| 6/9 | | Purchase authorized on 06/07 Wendy S 8034 Henderson NV S582158682026120 Card 5373 | | 11.57 | |
| 6/9 | | Recurring Payment authorized on 06/08 Dnh*Godaddy.Com 480-505-8855 AZ S462159632999497 Card 5365 | | 20.17 | |
| 6/9 | 1706 | Check | | 1,000.00 | |
| 6/9 | 1709 | Check | | 5,250.44 | |
| 6/9 | 1719 | Check | | 568.80 | 12,209.06 |
| 6/10 | | Bankcard-8563 Btot Dep 220609 535354930124631 Heavenly Smiles Dental | 2,248.00 | | |
| 6/10 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Fkkmyzz on 06/10/22 | 3,000.00 | | |
| 6/10 | | Purchase authorized on 06/08 Tst* Pho Hoa & Jaz Henderson NV S302159747224658 Card 5373 | | 43.40 | |
| 6/10 | | Purchase authorized on 06/10 Macy's 21600 Hawtho Torrence CA P00000480748208 Card 5373 | | 97.37 | |
| 6/10 | | Seven Hills Mast Assoc Pmt 220610 13514 Heavenly Smiles Dental | | 69.00 | |
| 6/10 | | Renaissance Comm Assoc Pmt 220610 27994 Heavenly Smiles Dental | | 189.00 | |
| 6/10 | | Villa LA Paloma, Web Pmts 061022 7Tqzv2 Frank Nguyen | | 10,446.76 | |
| 6/10 | 1704 | Check | | 87.15 | |
| 6/10 | 1703 | Check | | 158.07 | |
| 6/10 | < | Business to Business ACH Debit - Paychex Inc. Payroll Vjg6Sxcj6Xhmnav Heavenly Smiles Dental | | 2,843.65 | |
| 6/10 | 1715 | Check | | 4.19 | 3,518.47 |
| 6/13 | | Mobile Deposit : Ref Number :810130953047 | 144.80 | | |
| 6/13 | | Mobile Deposit : Ref Number :010130953852 | 277.00 | | |
| 6/13 | | Mobile Deposit : Ref Number :810130952751 | 1,500.00 | | |
| 6/13 | | ATM Check Deposit on 06/13 2658 W Horizon Ridge Pkwy Henderson NV 0000500 ATM ID 1722C Card 5373 | 3,947.80 | | |
| 6/13 | | Online Transfer From Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Fktc8C8 on 06/11/22 | 5,000.00 | | |
| 6/13 | | Online Transfer From Nguyen F Prime Checking xxxxxx0153 Ref #Ib0Fktcdqt on 06/11/22 | 1,000.00 | | |
| 6/13 | | Online Transfer From Nguyen F Prime Checking xxxxxx0153 Ref #Ib0FL7Cx8Z on 06/13/22 | 1,400.00 | | |
| 6/13 | | Purchase authorized on 06/09 Par*Lee's Sandwich Las Vegas NV S462160695346982 Card 5373 | | 29.22 | |
| 6/13 | | Purchase authorized on 06/09 Chop House T-3 Las Las Vegas NV S382161054382951 Card 5373 | | 41.92 | |
| 6/13 | | Purchase authorized on 06/09 Alaska Air 027230 Las Vegas NV S582161079091292 Card 5373 | | 12.90 | |
| 6/13 | | Purchase authorized on 06/09 Avis Rent-A-Car Los Angeles CA S302161159656128 Card 5373 | | 290.55 | |

WELLS
FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/13 | | Online Transfer to Ono Property Management LLC Business Checking xxxxxx6315 Ref #Ib0Fktbyhw on 06/11/22 | | 3,000.00 | |
| 6/13 | | Purchase authorized on 06/11 7-Eleven Torrance CA P000000132692545 Card 5373 | | 5.45 | |
| 6/13 | | Purchase authorized on 06/11 Cvs/Pharm 09510--15421 Westminster CA P000000682117145 Card 5373 | | 138.14 | |
| 6/13 | | Purchase authorized on 06/12 Chevron 0209313 Torrance CA S382163766941519 Card 5373 | | 30.72 | |
| 6/13 | | Purchase authorized on 06/12 I Love LA T5 Lax Los Angeles CA P582163805575110 Card 5373 | | 3.29 | |
| 6/13 | 1711 | Check | | 83.18 | |
| 6/13 | 1717 | Check | | 155.42 | |
| 6/13 | 1714 | Check | | 4,487.75 | |
| 6/13 | | Acorns Invest Transfer 061322 Lyfyj01 Frank Nguyen | | 7.98 | |
| 6/13 | | Acorns Invest Transfer 061322 9Mjdk01 Frank Nguyen | | 10.41 | |
| 6/13 | | Acorns Invest Transfer 061322 7Vh9J01 Frank Nguyen | | 99.00 | |
| 6/13 | < | Business to Business ACH Debit - Paychex Eib Invoice 220613 x9759690000l165 Heavenly Smiles Dental | | 121.94 | |
| 6/13 | < | Business to Business ACH Debit - Paychex Tps Taxes 061022 9759910000020&x Heavenly Smiles Dental | | 1,296.85 | |
| 6/13 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000038270663 Heavenly Smiles Dental | | 1,316.00 | 5,657.35 |
| 6/14 | | Bankcard-8563 Btot Dep 220613 535354930124631 Heavenly Smiles Dental | 4,950.00 | | |
| 6/14 | | Purchase authorized on 06/12 Spirit Airl 487030 800-7727117 FL S462163636969211 Card 5373 | | 8.00 | |
| 6/14 | | Purchase authorized on 06/13 Sprouts Farmers Market # Las Vegas NV P462165139422477 Card 5373 | | 99.57 | |
| 6/14 | 1713 | Check | | 171.95 | 10,327.83 |
| 6/15 | | Bankcard-8563 Btot Dep 220614 535354930124631 Heavenly Smiles Dental | 1,598.00 | | |
| 6/15 | | Mobile Deposit : Ref Number :109150835626 | 7.00 | | |
| 6/15 | | Purchase authorized on 06/13 Vons #1795 Henderson NV S302164689907993 Card 5373 | | 20.57 | |
| 6/15 | | Purchase authorized on 06/14 Pp*Apple.Com/Bill 402-935-7733 CA S582165537191562 Card 5373 | | 4.99 | |
| 6/15 | | Purchase authorized on 06/14 Dental Whale-Front 404-5375211 FL S582165610179095 Card 5373 | | 6.99 | |
| 6/15 | | Purchase authorized on 06/15 Smart and Final Henderson NV P000000333706632 Card 5373 | | 5.94 | |
| 6/15 | | Purchase authorized on 06/15 Petsmart # 1026 Las Vegas NV P462166852361156 Card 5373 | | 97.47 | |
| 6/15 | | Acorns Invest Transfer 061522 Lwv1M01 Frank Nguyen | | 18.06 | |
| 6/15 | | Acorns Later Transfer 061522 S6Yxl01 Frank Nguyen | | 105.00 | 11,673.81 |
| 6/16 | | Bankcard-8563 Btot Dep 220615 535354930124631 Heavenly Smiles Dental | 249.00 | | |
| 6/16 | | Purchase authorized on 06/15 Paypal *Lifesabund 402-935-7733 FL S382166259987777 Card 5373 | | 62.44 | |
| 6/16 | | Purchase authorized on 06/15 Sq *Pho King Vietn Las Vegas NV S462166706573669 Card 5373 | | 43.12 | |
| 6/16 | | Purchase authorized on 06/16 Sprouts Farmers Market # Las Vegas NV P582168004145244 Card 5373 | | 137.23 | |
| 6/16 | 1720 | Check | | 580.60 | |
| 6/16 | 806 | Check | | 350.00 | 10,749.42 |
| 6/17 | | Bankcard-8563 Btot Dep 220616 535354930124631 Heavenly Smiles Dental | 339.00 | | |
| 6/17 | | Purchase authorized on 06/15 Paypal *Uber 402-935-7733 CA S462167121436749 Card 5373 | | 9.99 | |
| 6/17 | | Purchase authorized on 06/16 Fiv*Freeds Bakery Las Vegas NV S582168012834558 Card 5373 | | 29.15 | |
| 6/17 | | Purchase authorized on 06/17 Lowe's #1719 Las Vegas NV P582168708813864 Card 5373 | | 58.57 | |
| 6/17 | | Acorns Invest Transfer 061722 7Fypn01 Frank Nguyen | | 7.41 | 10,983.30 |
| 6/21 | | Mobile Deposit : Ref Number :914180376378 | 62.00 | | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/21 | | Bankcard-8563 Btot Dep 220617 535354930124631 Heavenly Smiles Dental | 576.00 | | |
| 6/21 | | ATM Check Deposit on 06/18 2658 W Horizon Ridge Pkwy Henderson NV 0001139 ATM ID 1722C Card 5373 | 955.20 | | |
| 6/21 | | Bankcard-8563 Btot Dep 220620 535354930124631 Heavenly Smiles Dental | 1,496.00 | | |
| 6/21 | | Purchase authorized on 06/16 Vons #1795 Henderson NV S582167684176949 Card 5373 | | 26.06 | |
| 6/21 | | Purchase authorized on 06/18 Vons #1795 Henderson NV S382169765769238 Card 5373 | | 27.67 | |
| 6/21 | | Recurring Payment authorized on 06/19 Adobe Inc 800-8336687 CA S302170367145379 Card 5365 | | 23.88 | |
| 6/21 | | Purchase authorized on 06/19 Sprouts Farmers Mkt#504 Henderson NV P582170781242962 Card 5373 | | 238.20 | |
| 6/21 | | Purchase authorized on 06/19 Office DE 9701 S Easte Las Vegas NV P000000739043429 Card 5373 | | 50.25 | |
| 6/21 | | Purchase authorized on 06/19 Target T- 695 S Green Henderson NV P000000933119903 Card 5373 | | 38.68 | |
| 6/21 | | Subscription Acorns 062122 9Gjkr3 Frank Nguyen | | 3.00 | |
| 6/21 | | Acorns Invest Transfer 062122 Qx10Q01 Frank Nguyen | | 8.82 | |
| 6/21 | | Acorns Invest Transfer 062122 J2Syn01 Frank Nguyen | | 99.00 | 13,556.94 |
| 6/22 | | Bankcard-8563 Btot Dep 220621 535354930124631 Heavenly Smiles Dental | 275.00 | | |
| 6/22 | | ATM Check Deposit on 06/22 2658 W Horizon Ridge Pkwy Henderson NV 0001631 ATM ID 1722C Card 5373 | 1,109.50 | | |
| 6/22 | | Purchase authorized on 06/20 6007 El Pollo Loco Henderson NV S382171683157774 Card 5373 | | 18.62 | |
| 6/22 | | Purchase authorized on 06/20 Paypal *Vananhnguy 402-935-7733 CA S382172160498478 Card 5373 | | 7.28 | |
| 6/22 | | Purchase authorized on 06/21 Komet USA, LLC 888-566-3887 SC S302172437243952 Card 5373 | | 356.92 | |
| 6/22 | | Recurring Payment authorized on 06/21 Adobe Inc 800-8336687 CA S302172581875690 Card 5365 | | 9.99 | |
| 6/22 | | Acorns Later Transfer 062222 Dswhr01 Frank Nguyen | | 105.00 | 14,443.63 |
| 6/23 | | Bankcard-8563 Btot Dep 220622 535354930124631 Heavenly Smiles Dental | 349.00 | | |
| 6/23 | | Mobile Deposit : Ref Number :617230299386 | 231.69 | | |
| 6/23 | | Mobile Deposit : Ref Number :717230299944 | 255.00 | | |
| 6/23 | | Mobile Deposit : Ref Number :617230299674 | 806.00 | | |
| 6/23 | | Purchase authorized on 06/21 Vons #1795 Henderson NV S302172675620909 Card 5373 | | 17.31 | |
| 6/23 | | Acorns Invest Transfer 062322 L9kvr01 Frank Nguyen | | 9.78 | |
| 6/23 | 1721 | Check | | 527.94 | 15,530.29 |
| 6/24 | | Card Claim Final Credit 10619221176 | 53.85 | | |
| 6/24 | | Purchase authorized on 06/22 Wendy S 8034 Henderson NV S382173696772833 Card 5373 | | 11.57 | |
| 6/24 | | Recurring Payment authorized on 06/23 Paypal *Netflix.CO 402-935-7733 CA S462174392720510 Card 5373 | | 9.99 | |
| 6/24 | | Purchase authorized on 06/23 Legwork Inc. 509-888-0233 WA S382174750604708 Card 5373 | | 319.00 | |
| 6/24 | < | Business to Business ACH Debit - Paychex Tps Taxes 062322 9775910000513x Heavenly Smiles Dental | | 1,274.85 | |
| 6/24 | < | Business to Business ACH Debit - Paychex-Hrs 401(k) 0000038379642 Heavenly Smiles Dental | | 1,410.00 | |
| 6/24 | < | Business to Business ACH Debit - Paychex Inc. Payroll Xxphag1l4lvslx8 Heavenly Smiles Dental | | 2,775.65 | 9,783.08 |
| 6/27 | | Bankcard-8563 Btot Dep 220624 535354930124631 Heavenly Smiles Dental | 338.00 | | |
| 6/27 | | Mobile Deposit : Ref Number :109260257974 | 370.00 | | |
| 6/27 | | Mobile Deposit : Ref Number :109260257875 | 807.60 | | |
| 6/27 | | Mobile Deposit : Ref Number :816270816112 | 296.40 | | |
| 6/27 | | ATM Check Deposit on 06/27 2658 W Horizon Ridge Pkwy Henderson NV 0002277 ATM ID 1722C Card 5373 | 1,263.60 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 6/27 | | Purchase authorized on 06/23 Safco Dental Suppl 847-4129331 IL S582174639355545 Card 5373 | | 163.59 | |
| 6/27 | | Purchase authorized on 06/23 Vons #1795 Henderson NV S302174672310916 Card 5373 | | 10.83 | |
| 6/27 | | Purchase authorized on 06/24 Musicnotes.Com 8009444667 WI S582175527153718 Card 5373 | | 51.00 | |
| 6/27 | | Purchase authorized on 06/24 Nalsso Korean Bbq Las Vegas NV S382176082612913 Card 5373 | | 125.43 | |
| 6/27 | | Purchase authorized on 06/25 888 Bbq Las Vegas NV S582176681606180 Card 5373 | | 72.91 | |
| 6/27 | | Purchase authorized on 06/25 Yen Viet Kitchen Las Vegas NV S382176685353272 Card 5373 | | 76.64 | |
| 6/27 | | Purchase authorized on 06/25 The Home Depot #3316 Las Vegas NV P382177021914563 Card 5373 | | 2.48 | |
| 6/27 | | Purchase authorized on 06/25 The Home Depot #3301 Las Vegas NV P302177045892288 Card 5373 | | 313.20 | |
| 6/27 | | Purchase authorized on 06/26 Pp*Apple.Com/Bill 402-935-7733 CA S302177301023861 Card 5373 | | 0.99 | |
| 6/27 | | Purchase authorized on 06/26 Sprouts Farmers Market # Las Vegas NV P462177726675689 Card 5373 | | 110.42 | |
| 6/27 | | Purchase authorized on 06/26 Smiths Fo 9750 S. Mary Las Vegas NV P000000076680421 Card 5373 | | 22.72 | |
| 6/27 | | Acorns Invest Transfer 062722 Xw3Gv01 Frank Nguyen | | 11.25 | |
| 6/27 | | Acorns Invest Transfer 062722 Nlxdt01 Frank Nguyen | | 99.00 | |
| 6/27 | < | Business to Business ACH Debit - Paychex Eib Invoice 220627 x97773500021535 Heavenly Smiles Dental | | 121.94 | 11,676.28 |
| 6/28 | | Recurring Payment authorized on 06/27 ABC*Eos Fitness 888-8279262 NV S302178358659306 Card 5365 | | 19.99 | |
| 6/28 | 1716 | Check | | 1,000.00 | 10,656.29 |
| 6/29 | | Bankcard-8563 Btot Dep 220628 535354930124631 Heavenly Smiles Dental | 2,495.00 | | |
| 6/29 | | Mobile Deposit : Ref Number :713290584441 | 242.10 | | |
| 6/29 | | Purchase authorized on 06/28 Weave Rb 888-5795668 UT S302179753151805 Card 5373 | | 478.87 | |
| 6/29 | | Purchase authorized on 06/29 Postnet NV141 Henderson NV P462180703938150 Card 5373 | | 13.75 | |
| 6/29 | | Acorns Invest Transfer 062922 H263x01 Frank Nguyen | | 14.55 | |
| 6/29 | | Acorns Later Transfer 062922 1Jczw01 Frank Nguyen | | 105.00 | 12,781.22 |
| 6/30 | | Bankcard-8563 Btot Dep 220629 535354930124631 Heavenly Smiles Dental | 199.00 | | |
| 6/30 | | Mobile Deposit : Ref Number :116300133264 | 298.00 | | |
| 6/30 | | Purchase authorized on 06/28 Par*Lee's Sandwich Las Vegas NV S382179687255825 Card 5373 | | 32.01 | |
| 6/30 | 1722 | Check | | 558.36 | 12,687.85 |
| **Ending balance on 6/30** | | | | | **12,687.85** |
| **Totals** | | | **$50,272.07** | **$50,528.46** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**WELLS FARGO**

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 806 | 6/16 | 350.00 | 1707 | 6/8 | 44.18 | 1716 | 6/28 | 1,000.00 |
| 1700 * | 6/6 | 68.00 | 1709 * | 6/9 | 5,250.44 | 1717 | 6/13 | 155.42 |
| 1702 * | 6/8 | 83.11 | 1710 | 6/2 | 495.90 | 1718 | 6/8 | 2,165.00 |
| 1703 | 6/10 | 158.07 | 1711 | 6/13 | 83.18 | 1719 | 6/9 | 568.80 |
| 1704 | 6/10 | 87.15 | 1713 * | 6/14 | 171.95 | 1720 | 6/16 | 580.60 |
| 1705 | 6/8 | 50.36 | 1714 | 6/13 | 4,487.75 | 1721 | 6/23 | 527.94 |
| 1706 | 6/9 | 1,000.00 | 1715 | 6/10 | 4.19 | 1722 | 6/30 | 558.36 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2022 - 06/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $12,265.00 ☑ |
| • Minimum daily balance | $500.00 | $3,518.47 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 101 | 100 | 1 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

■ As a courtesy, some or all of your account transaction fees have been waived.

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



 IMPORTANT ACCOUNT INFORMATION

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee and Revised Daily Fee Limit:** Under the terms of your Deposit Account Agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee.

**Effective June 1, 2022,** we will no longer charge an NSF fee on items we return unpaid due to non-sufficient funds. **Overdraft fees will continue to apply to items we pay into overdraft at our discretion, under the terms of your Deposit Account Agreement (up to a maximum of four fees per business day for business accounts).** These changes do not impact fees that may be assessed by third parties or other banks for returned items.

For current versions of your Deposit Account Agreement, Business Account Fee and Information Schedule, and applicable addenda, please visit wellsfargo.com/biz/fee-information/.

To learn more about tools that Wells Fargo offers to help you avoid overdraft fees, visit wellsfargo.com/biz/help/faqs/overdraft-services, speak with a local banker, or call the phone number on the top of your statement.

**Elimination of Overdraft Protection transfer/advance fee(s):** Under the terms of your Deposit Account Agreement, we offer an optional Overdraft Protection service for checking accounts that allows you to link up to two eligible accounts (one savings, one credit) to authorize or pay transactions when you don't have enough money in your checking account. Transfers and advances of funds from these linked accounts may result in an Overdraft Protection transfer or advance fee.

**Effective June 1, 2022,** we will no longer charge transfer or advance fees for transfers/advances from accounts linked for Overdraft Protection. **For advances from a linked credit card or line of credit account, interest will continue to accrue from the date of each advance. Overdraft fees will continue to apply to items we pay into overdraft that are not covered by transfers/advances from your linked account(s).**



## Important Information You Should Know

•  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

•  **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

•  **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ........................ $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

........................................ **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................................
.        **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............ − $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B − Part C)
This amount should be the same
as the current balance shown in
your check register ........................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Business Choice Checking

July 31, 2021 ■ Page 1 of 10



HEAVENLY SMILES DENTAL INC
2642 W HORIZON RIDGE PKWY STE A4
HENDERSON NV 89052-2872

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $27,381.58 |
| Deposits/Credits | 71,062.56 |
| Withdrawals/Debits | - 55,142.52 |
| **Ending balance on 7/31** | **$43,301.62** |

Account number:  **6842146307**

**HEAVENLY SMILES DENTAL INC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  321270742

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 7/1 | | Bankcard-8563 Btot Dep 210630 535354930124631 Heavenly Smiles Dental | 275.00 | | |
| 7/1 | | Purchase authorized on 06/29 Tst* Pho Hoa & Jaz Henderson NV S581181043442197 Card 5365 | | 23.81 | |
| 7/1 | | Purchase authorized on 06/29 Paypal *Huaqiao 402-935-7733 CA S461181117614397 Card 5365 | | 89.90 | |
| 7/1 | | Purchase authorized on 06/29 Doordash*Arbys WWW.Doordash. CA S381181129560978 Card 5365 | | 24.54 | |
| 7/1 | | Purchase authorized on 06/30 Weave Rb 888-5795668 UT S381181711703904 Card 5365 | | 445.81 | |
| 7/1 | | Purchase authorized on 06/30 Doordash*Outback S WWW.Doordash. CA S581182038810271 Card 5365 | | 128.40 | |
| 7/1 | 1527 | Check | | 198.00 | |
| 7/1 | 1526 | Check | | 296.19 | 26,449.93 |
| 7/2 | | Transaction Correction - Check/Deposit Posted for Incorrect Amount of $97.00 on 06/28/21 - Ref #A-1070107798MN | 100.00 | | |
| 7/2 | | Bankcard-8563 Btot Dep 210701 535354930124631 Heavenly Smiles Dental | 349.00 | | |
| 7/2 | | Mobile Deposit : Ref Number :609020760335 | 584.00 | | |
| 7/2 | | Mobile Deposit : Ref Number :609020760391 | 6,842.70 | | |
| 7/2 | | Purchase authorized on 06/30 Hbi*Heal N Soothe 888-521-8005 TX S581181498133760 Card 5365 | | 432.42 | |
| 7/2 | | Purchase authorized on 07/01 PY *All Storage of 702-5685555 NV S301182567734745 Card 5365 | | 166.00 | |
| 7/2 | | Recurring Payment authorized on 07/01 Doordash Dashpass WWW.Doordash. CA S581182710959595 Card 5365 | | 9.99 | |
| 7/2 | | Purchase authorized on 07/01 McCarran Airpt Par 8004515817 NV S381183133917663 Card 5365 | | 12.00 | |
| 7/2 | | Online Transfer to Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Btvwmj7 on 07/02/21 | | 1,000.00 | |
| 7/2 | < | Business to Business ACH Debit - Bankcard-8563 Mtot Disc 210630 535354930124631 Heavenly Smiles Dental | | 420.50 | |
| 7/2 | | Acorns Invest Transfer 070221 Gbvjqr Frank Nguyen | | 6.33 | |
| 7/2 | 1525 | Check | | 13.40 | 32,264.99 |
| 7/6 | | Mobile Deposit : Ref Number :114030370022 | 242.40 | | |
| 7/6 | | Mobile Deposit : Ref Number :214030370062 | 267.20 | | |
| 7/6 | | Mobile Deposit : Ref Number :214030370414 | 331.00 | | |
| 7/6 | | Mobile Deposit : Ref Number :214030370291 | 972.80 | | |
| 7/6 | | Mobile Deposit : Ref Number :613060145031 | 277.00 | | |
| 7/6 | | Mobile Deposit : Ref Number :513060144662 | 373.44 | | |
| 7/6 | | Mobile Deposit : Ref Number :513060144297 | 936.40 | | |
| 7/6 | | Mobile Deposit : Ref Number :413060144222 | 1,119.00 | | |
| 7/6 | | Purchase authorized on 07/01 Alg*Air B4Fqh4 702-505-8888 NV S461182591888968 Card 5365 | | 75.00 | |
| 7/6 | | Purchase authorized on 07/01 Piccadilly Inn Air Fresno CA S381182607548723 Card 5365 | | 119.95 | |
| 7/6 | | Purchase authorized on 07/01 6007 El Pollo Loco Henderson NV S381183141930132 Card 5365 | | 26.32 | |
| 7/6 | | Purchase authorized on 07/01 Amzn Mktp US*294Sj Amzn.Com/Bill WA S301183158787429 Card 5365 | | 32.30 | |
| 7/6 | | Purchase authorized on 07/02 Pho King Vietnames Las Vegas NV S581183667423054 Card 5365 | | 44.02 | |
| 7/6 | | Purchase authorized on 07/02 Paypal *Ebay US 402-935-7733 CA S461183782699858 Card 5365 | | 10.79 | |
| 7/6 | | Purchase authorized on 07/02 Paypal *Ebay US 402-935-7733 CA S461183782699858 Card 5365 | | 102.36 | |
| 7/6 | | Purchase authorized on 07/02 Amzn Mktp US*292Z0 Amzn.Com/Bill WA S301183796758852 Card 5365 | | 11.91 | |
| 7/6 | | Purchase authorized on 07/02 Amzn Mktp US*2904L Amzn.Com/Bill WA S381183820398906 Card 5365 | | 20.59 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 7/6 | | Purchase authorized on 07/02 Carls Jr 8108 Henderson NV S301183838986188 Card 5365 | | 7.03 | |
| 7/6 | | Purchase authorized on 07/02 Amzn Mktp US*290Sp Amzn.Com/Bill WA S38118401054539B Card 5365 | | 14.08 | |
| 7/6 | | Purchase authorized on 07/02 Amazon.Com*291Su24 Amzn.Com/Bill WA S301184020077940 Card 5365 | | 23.83 | |
| 7/6 | | Purchase authorized on 07/02 Amzn Mktp US*2980D Amzn.Com/Bill WA S581184045550409 Card 5365 | | 30.33 | |
| 7/6 | | Purchase authorized on 07/03 Pho King Vietnames Las Vegas NV S461184833952944 Card 5365 | | 18.20 | |
| 7/6 | | Purchase authorized on 07/03 Amzn Mktp US*290Tw Amzn.Com/Bill WA S581185015975861 Card 5365 | | 15.16 | |
| 7/6 | | Online Transfer to Heavenly Smiles Dental Inc Business Checking xxxxxx3301 Ref #Ib0Bv5Xtyt on 07/03/21 | | 1,000.00 | |
| 7/6 | | Purchase authorized on 07/03 Doordash*The Habit WWW.Doordash. CA S581185103200782 Card 5365 | | 35.02 | |
| 7/6 | | Purchase authorized on 07/03 Paypal *Shanxirong 402-935-7733 CA S461185176634912 Card 5365 | | 94.99 | |
| 7/6 | | Purchase authorized on 07/03 Amzn Mktp US*292I6 Amzn.Com/Bill WA S381185236175937 Card 5365 | | 54.08 | |
| 7/6 | | Purchase authorized on 07/04 Petsmart # 1026 Las Vegas NV P0038118563572591S Card 5365 | | 14.08 | |
| 7/6 | | Purchase authorized on 07/04 Doordash*Fuwa Tepp WWW.Doordash. CA S581185722068239 Card 5365 | | 27.88 | |
| 7/6 | | Purchase authorized on 07/04 Doordash*Big Bs Te WWW.Doordash. CA S301185727129342 Card 5365 | | 33.58 | |
| 7/6 | | Purchase authorized on 07/04 Merske Merske.Com CA S381186010792053 Card 5365 | | 65.00 | |
| 7/6 | | Purchase authorized on 07/04 Paypal *Dutchdog 402-935-7733 CA S461186064840204 Card 5365 | | 854.80 | |
| 7/6 | | Purchase authorized on 07/05 The Home Depot #3306 Las Vegas NV P00381186654864589 Card 5365 | | 5.39 | |
| 7/6 | | Purchase authorized on 07/05 Lowe's #1719 Las Vegas NV P00461186667923363 Card 5365 | | 198.59 | |
| 7/6 | | Purchase authorized on 07/05 Sprouts Farmers Market # Las Vegas NV P00461186688709215 Card 5365 | | 69.04 | |
| 7/6 | | Online Transfer to Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Bvkzrgc on 07/06/21 | | 1,000.00 | |
| 7/6 | | Acorns Invest Transfer 070621 7Qj5Sr Frank Nguyen | | 13.02 | |
| 7/6 | | Acorns Invest Transfer 070621 6Zjxqr Frank Nguyen | | 99.00 | 32,667.89 |
| 7/7 | | Purchase authorized on 07/04 Amzn Mktp US*290SD Amzn.Com/Bill WA S461185305883907 Card 5365 | | 62.85 | |
| 7/7 | | Purchase authorized on 07/05 Paypal *Michaelmck 402-935-7733 CA S301187113254358 Card 5365 | | 88.00 | |
| 7/7 | | Purchase authorized on 07/05 Paypal *Etsy.Com 402-935-7733 NY S301187118900644 Card 5365 | | 72.25 | |
| 7/7 | | Purchase authorized on 07/06 Scotts Dental Supp Fife WA S461187718107162 Card 5365 | | 776.40 | |
| 7/7 | | Purchase authorized on 07/06 Doordash*Thai Room WWW.Doordash. CA S461188011252935 Card 5365 | | 47.96 | |
| 7/7 | | Acorns Later Transfer 070721 Mpfrtr Frank Nguyen | | 105.00 | 31,515.43 |
| 7/8 | | Bankcard-8563 Btot Dep 210707 535354930124631 Heavenly Smiles Dental | 149.00 | | |
| 7/8 | | Mobile Deposit : Ref Number :512080014206 | 140.00 | | |
| 7/8 | | Purchase authorized on 07/02 Amazon.Com*291Kh3i Amzn.Com/Bill WA S461184093758289 Card 5365 | | 14.62 | |
| 7/8 | | Purchase authorized on 07/07 Doordash*The Habit WWW.Doordash. CA S461189027609951 Card 5365 | | 32.58 | |
| 7/8 | | Purchase authorized on 07/07 Doordash*Ichiddo R WWW.Doordash. CA S301189035998225 Card 5365 | | 24.38 | |
| 7/8 | | Acorns Invest Transfer 070821 3S8Mvr Frank Nguyen | | 52.56 | 31,680.29 |

Case 2:23-cv-01228-JFM    Document 1    Filed 03/31/23    Page 239 of 273



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 7/9 | | Bankcard-8563 Btot Dep 210708 535354930124631 Heavenly Smiles Dental | 148.00 | | |
| 7/9 | | Mobile Deposit : Ref Number :614090542701 | 589.00 | | |
| 7/9 | | Mobile Deposit : Ref Number :014090545359 | 1,683.60 | | |
| 7/9 | | Purchase authorized on 07/07 Amzn Mktp US*2979L Amzn.Com/Bill WA S38118909296418O Card 5365 | | 32.50 | |
| 7/9 | | Seven Hills Mast Assoc Pmt 210709 13514 Heavenly Smiles Dental | | 62.00 | |
| 7/9 | | Renaissance Comm Assoc Pmt 210709 27994 Heavenly Smiles Dental | | 189.00 | |
| 7/9 | < | Business to Business ACH Debit - Paychex Tps Taxes 070821 9324140000280Bx Heavenly Smiles Dental | | 1,710.90 | |
| 7/9 | | Vbit Technologie Monthly 210709 1St Monthly #10025498 | | 3,468.25 | |
| 7/9 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 210708 000001334448186 Nguyen.Frank | | 3,523.14 | |
| 7/9 | < | Business to Business ACH Debit - Paychex Inc. Payroll H7A9Jlbwrdf0Rgv Heavenly Smiles Dental | | 3,979.94 | |
| 7/9 | | Villa LA Paloma. Web Pmts 070921 Jl2J42 Frank Nguyen | | 4,709.00 | 16,426.16 |
| 7/12 | | Mobile Deposit : Ref Number :012120394500 | 121.60 | | |
| 7/12 | | Mobile Deposit : Ref Number :912120394455 | 7,175.00 | | |
| 7/12 | | Purchase authorized on 07/08 Tst* Pho Hoa & Jaz Henderson NV S581189690639203 Card 5365 | | 29.39 | |
| 7/12 | | Purchase authorized on 07/08 Big B's Texas Bbq Henderson NV S581189841359810 Card 5365 | | 37.91 | |
| 7/12 | | Purchase authorized on 07/09 Dental Whale-Front 404-5375211 FL S301190589470709 Card 5365 | | 109.83 | |
| 7/12 | | Purchase authorized on 07/09 CO Anh Sandwich & Las Vegas NV S461190634000899 Card 5365 | | 26.01 | |
| 7/12 | | Purchase authorized on 07/09 888 Bbq Las Vegas NV S461190637728084 Card 5365 | | 27.10 | |
| 7/12 | | Purchase authorized on 07/12 Sprouts Farmers Market # Las Vegas NV P00381193826590846 Card 5365 | | 64.14 | |
| 7/12 | | Acorns Invest Transfer 071221 Dk9Kxr Frank Nguyen | | 8.88 | |
| 7/12 | | Acorns Invest Transfer 071221 9NV1Yr Frank Nguyen | | 15.63 | |
| 7/12 | | Acorns Invest Transfer 071221 F4Hxwr Frank Nguyen | | 99.00 | |
| 7/12 | < | Business to Business ACH Debit - Paychex Eib Invoice 210712 x93240300021104 Heavenly Smiles Dental | | 130.15 | |
| 7/12 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000035473714 Heavenly Smiles Dental | | 1,410.00 | 21,764.72 |
| 7/13 | | Bankcard-8563 Btot Dep 210712 535354930124631 Heavenly Smiles Dental | 1,637.50 | | |
| 7/13 | | Purchase authorized on 07/11 Pho King Vietnames Las Vegas NV S381192735960853 Card 5365 | | 31.67 | |
| 7/13 | | Purchase authorized on 07/12 Doordash*Proteinho WWW.Doordash. CA S301193645620820 Card 5365 | | 42.58 | 23,327.97 |
| 7/14 | | Bankcard-8563 Btot Dep 210713 535354930124631 Heavenly Smiles Dental | 374.00 | | |
| 7/14 | | Acorns Invest Transfer 071421 6D910S Frank Nguyen | | 16.41 | |
| 7/14 | | Acorns Later Transfer 071421 T9Jpzr Frank Nguyen | | 105.00 | 23,580.56 |
| 7/15 | | Bankcard-8563 Btot Dep 210714 535354930124631 Heavenly Smiles Dental | 348.00 | | |
| 7/15 | | Purchase authorized on 07/14 Amzn Mktp US*2E7Y6 Amzn.Com/Bill WA S461195516143461 Card 5365 | | 42.20 | |
| 7/15 | | Purchase authorized on 07/14 A-Able Tree Servic Stripe.Com NV S581195764531946 Card 5365 | | 580.00 | |
| 7/15 | | Purchase authorized on 07/14 Doordash*U Ni Expr WWW.Doordash. CA S301196047768752 Card 5365 | | 37.15 | 23,269.21 |
| 7/16 | | Bankcard-8563 Btot Dep 210715 535354930124631 Heavenly Smiles Dental | 647.00 | | |
| 7/16 | | Mobile Deposit : Ref Number :611160988928 | 173.00 | | |
| 7/16 | | Mobile Deposit : Ref Number :711160989411 | 584.80 | | |
| 7/16 | | Mobile Deposit : Ref Number :711160989465 | 5,568.30 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 7/16 | | Purchase authorized on 07/14 Pho King Vietnames Las Vegas NV S381195696662054 Card 5365 | | 36.05 | |
| 7/16 | | Purchase authorized on 07/14 Amzn Mktp US*2E5S5 Amzn.Com/Bill WA S381196202045511 Card 5365 | | 102.95 | |
| 7/16 | | Purchase authorized on 07/14 Paypal *Saksfiftha 402-935-7733 NY S301196217779607 Card 5365 | | 129.99 | |
| 7/16 | | Purchase authorized on 07/15 Life Renew 888-840-7142 ID S581196365633837 Card 5365 | | 166.28 | |
| 7/16 | | Purchase authorized on 07/15 Life Renew 888-840-7142 ID S461196366314697 Card 5365 | | 74.78 | |
| 7/16 | | Purchase authorized on 07/15 Doordash*Flame Kab WWW.Doordash. CA S461196667723824 Card 5365 | | 26.73 | |
| 7/16 | | Purchase authorized on 07/16 8677 Eos Fitness Durango Las Vegas NV P0046119783829686 Card 5365 | | 49.50 | |
| 7/16 | 1531 | Check | | 88.91 | 29,567.12 |
| 7/19 | | Bankcard-8563 Btot Dep 210716 535354930124631 Heavenly Smiles Dental | 400.00 | | |
| 7/19 | | Mobile Deposit : Ref Number :012170461889 | 489.60 | | |
| 7/19 | | Mobile Deposit : Ref Number :012170462035 | 599.40 | | |
| 7/19 | | ATM Check Deposit on 07/19 2658 W Horizon Ridge Park Henderson NV 0004366 ATM ID 1722E Card 5365 | 7,240.30 | | |
| 7/19 | | Purchase authorized on 07/13 Amzn Mktp US*2E7of Amzn.Com/Bill WA S301195032400080 Card 5365 | | 7.58 | |
| 7/19 | | Purchase authorized on 07/15 Am Touch Dental Su 661-2941213 CA S461197028672135 Card 5365 | | 189.80 | |
| 7/19 | | Purchase authorized on 07/15 Paypal *Uber Eats 402-935-7733 CA S301197044741815 Card 5365 | | 55.19 | |
| 7/19 | | Purchase authorized on 07/15 Paypal *Uber Eats 402-935-7733 CA S461197107594618 Card 5365 | | 6.51 | |
| 7/19 | | Purchase authorized on 07/16 Amazon.Com*2E06T4F Amzn.Com/Bill WA S381197258791235 Card 5365 | | 50.84 | |
| 7/19 | | Purchase authorized on 07/16 Amzn Mktp US*2E3K9 Amzn.Com/Bill WA S581197258834658 Card 5365 | | 30.33 | |
| 7/19 | | Purchase authorized on 07/16 Pho King Vietnames Las Vegas NV S301197818935963 Card 5365 | | 17.71 | |
| 7/19 | | Purchase authorized on 07/16 8677 Eos Fitness D Las Vegas NV S301197845811396 Card 5365 | | 0.04 | |
| 7/19 | | Purchase authorized on 07/16 Paypal *Uber 402-935-7733 CA S581198064042558 Card 5365 | | 9.99 | |
| 7/19 | | Purchase authorized on 07/16 Paypal *Uber Eats 402-935-7733 CA S581198073691481 Card 5365 | | 21.61 | |
| 7/19 | | Purchase authorized on 07/16 Paypal *Uber Eats 402-935-7733 CA S581198075129985 Card 5365 | | 21.41 | |
| 7/19 | | Purchase authorized on 07/16 Paypal *Uber Eats 402-935-7733 CA S461198135155506 Card 5365 | | 3.52 | |
| 7/19 | | Purchase authorized on 07/16 Paypal *Uber Eats 402-935-7733 CA S38119813518846 Card 5365 | | 3.80 | |
| 7/19 | | Purchase authorized on 07/17 Marshalls 290 W Lake M Henderson NV P0000000083499748 Card 5365 | | 61.72 | |
| 7/19 | | Purchase authorized on 07/17 Winco Foods #112 80 N Ste Henderson NV P00461198681936381 Card 5365 | | 12.80 | |
| 7/19 | | Purchase authorized on 07/17 Petco 1195 6351 Henderson NV S381198730064911 Card 5365 | | 16.25 | |
| 7/19 | | Purchase authorized on 07/17 Big B's Texas Bbq Henderson NV S581198738057823 Card 5365 | | 27.61 | |
| 7/19 | | Purchase authorized on 07/17 Paypal *Fansedge.C 402-935-7733 FL S461198785479347 Card 5365 | | 59.92 | |
| 7/19 | | Purchase authorized on 07/17 Paypal *Bose Corp 402-935-7733 MA S381199002381503 Card 5365 | | 269.85 | |
| 7/19 | | Purchase authorized on 07/18 Las Vegas Superstor Las Vegas NV P00581199723968921 Card 5365 | | 50.27 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/19 | | Purchase authorized on 07/18 Quieton Ltd Kempele Fin S381199823230703 Card 5365 | | 199.00 | |
| 7/19 | | Online Transfer to Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Bybnpgj on 07/19/21 | | 4,000.00 | |
| 7/19 | | Purchase authorized on 07/19 Sprouts Farmers Market # Las Vegas NV P00301201020454425 Card 5365 | | 62.30 | |
| 7/19 | 1536 | Check | | 791.23 | |
| 7/19 | | Subscription Acorns 071921 D7Tp82 Frank Nguyen | | 3.00 | |
| 7/19 | | Acorns Invest Transfer 071921 Cms43S Frank Nguyen | | 8.13 | |
| 7/19 | | Acorns Invest Transfer 071921 Gjj02S Frank Nguyen | | 13.23 | |
| 7/19 | | Acorns Invest Transfer 071921 H0My1S Frank Nguyen | | 99.00 | |
| 7/19 | 1532 | Check | | 35.00 | 32,168.78 |
| 7/20 | | Bankcard-8563 Btot Dep 210719 535354930124631 Heavenly Smiles Dental | 295.00 | | |
| 7/20 | | Mobile Deposit : Ref Number :212200500990 | 240.40 | | |
| 7/20 | | Mobile Deposit : Ref Number :112200500673 | 244.80 | | |
| 7/20 | | Mobile Deposit : Ref Number :212200500937 | 267.60 | | |
| 7/20 | | Purchase authorized on 07/17 Walmart.Com Aw 800-966-6546 AR S461199085223069 Card 5365 | | 60.67 | |
| 7/20 | | Purchase authorized on 07/18 CO Anh Sandwich & Las Vegas NV S581199713056584 Card 5365 | | 23.79 | |
| 7/20 | | Purchase authorized on 07/18 888 Bbq Las Vegas NV S461199727380935 Card 5365 | | 23.83 | |
| 7/20 | | Purchase authorized on 07/18 Apple.Com/Bill 866-712-7753 CA S381199844144425 Card 5365 | | 19.99 | |
| 7/20 | | Purchase authorized on 07/19 Quantum Labs Inc 763-545-3966 MN S581200684481952 Card 5365 | | 65.74 | |
| 7/20 | | Purchase authorized on 07/19 Troxler Electronic 919-3142701 NC S581200700802808 Card 5365 | | 62.00 | |
| 7/20 | 1533 | Check | | 154.95 | |
| 7/20 | 1539 | Check | | 59.68 | 32,745.93 |
| 7/21 | | Purchase authorized on 07/17 Usc Bookstore Webs 800-4478620 CA S301198787524745 Card 5365 | | 30.00 | |
| 7/21 | | Purchase authorized on 07/19 Amzn Mktp US*2E87B Amzn.Com/Bill WA S581201005980328 Card 5365 | | 42.09 | |
| 7/21 | | Purchase authorized on 07/19 Amazon.Com*2E6MA12 Amzn.Com/Bill WA S461201006034493 Card 5365 | | 16.46 | |
| 7/21 | | Purchase authorized on 07/19 Amzn Mktp US*2E8Ej Amzn.Com/Bill WA S381201006081905 Card 5365 | | 18.60 | |
| 7/21 | | Purchase authorized on 07/19 Amzn Mktp US*2E55x Amzn.Com/Bill WA S581201006141287 Card 5365 | | 57.78 | |
| 7/21 | | Purchase authorized on 07/19 Amzn Mktp US*2E8Tz Amzn.Com/Bill WA S461201006182068 Card 5365 | | 44.05 | |
| 7/21 | | Purchase authorized on 07/20 Paypal *Uber Eats 402-935-7733 CA S301202017310071 Card 5365 | | 30.88 | |
| 7/21 | | Acorns Invest Transfer 072121 5H2x4S Frank Nguyen | | 26.16 | |
| 7/21 | | Acorns Later Transfer 072121 Rb4V4S Frank Nguyen | | 105.00 | 32,374.91 |
| 7/22 | | Bankcard-8563 Btot Dep 210721 535354930124631 Heavenly Smiles Dental | 688.66 | | |
| 7/22 | | Mobile Deposit : Ref Number :412220264983 | 469.92 | | |
| 7/22 | | Purchase authorized on 07/20 Paypal *Uber Eats 402-935-7733 CA S301202080573249 Card 5365 | | 5.13 | |
| 7/22 | | Purchase authorized on 07/21 Paypal *Uber Eats 402-935-7733 CA S581202825603054 Card 5365 | | 29.35 | |
| 7/22 | < | Business to Business ACH Debit - Paychex Inc. Payroll Fzdznvxszykugat Heavenly Smiles Dental | | 4,169.09 | |
| 7/22 | | Acorns Invest Transfer 072221 Jvxv5S Frank Nguyen | | 19.74 | |
| 7/22 | 1537 | Check | | 1,000.00 | |
| 7/22 | 1534 | Check | | 199.94 | |
| 7/22 | 1535 | Check | | 263.07 | |
| 7/22 | 1530 | Check | | 350.40 | 27,496.77 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-----------|------------|--------|
| 7/23 | | Bankcard-8563 Btot Dep 210722 535354930124631 Heavenly Smiles Dental | 489.00 | | |
| 7/23 | | Mobile Deposit : Ref Number :015230779714 | 619.20 | | |
| 7/23 | | Purchase authorized on 07/21 Paypal *Uber Eats 402-935-7733 CA S461203026071700 Card 5365 | | 4.73 | |
| 7/23 | | Purchase authorized on 07/22 Paypal *Scribd.Com 402-935-7733 CA S581203547926424 Card 5365 | | 9.99 | |
| 7/23 | | Purchase authorized on 07/22 Amazon.Com*2E0Ba3Q Amzn.Com/Bill WA S381203763339053 Card 5365 | | 86.25 | |
| 7/23 | | Purchase authorized on 07/22 Amazon.Com*2E5Yf3W Amzn.Com/Bill WA S581203763427854 Card 5365 | | 25.97 | |
| 7/23 | | Purchase authorized on 07/22 Doordash*Sushi & J WWW.Doordash. CA S581203839042841 Card 5365 | | 32.14 | |
| 7/23 | 1524 | Deposited OR Cashed Check | | 476.00 | |
| 7/23 | < | Business to Business ACH Debit - Paychex Eib Invoice 210723 x93393500004041 Heavenly Smiles Dental | | 57.15 | |
| 7/23 | < | Business to Business ACH Debit - Paychex-Hrs 401(K) 0000035564805 Heavenly Smiles Dental | | 1,551.00 | |
| 7/23 | < | Business to Business ACH Debit - Paychex Tps Taxes 072121 93397900004248x Heavenly Smiles Dental | | 1,801.07 | |
| 7/23 | | Acorns Invest Transfer 072321 Gjjp6S Frank Nguyen | | 12.42 | |
| 7/23 | 1538 | Check | | 22.31 | 24,525.94 |
| 7/26 | | Mobile Deposit : Ref Number :611240064405 | 173.00 | | |
| 7/26 | | Mobile Deposit : Ref Number :511240063872 | 202.80 | | |
| 7/26 | | Mobile Deposit : Ref Number :611240064435 | 2,711.00 | | |
| 7/26 | | ATM Check Deposit on 07/26 2658 W Horizon Ridge Park Henderson NV 0006106 ATM ID 1722E Card 5365 | 8,794.54 | | |
| 7/26 | | Mobile Deposit : Ref Number :613260626609 | 0.20 | | |
| 7/26 | | Purchase authorized on 07/22 6007 El Pollo Loco Henderson NV S381203679350777 Card 5365 | | 21.11 | |
| 7/26 | | Purchase authorized on 07/22 Amazon.Com*2E4By4Q Amzn.Com/Bill WA S461203763271742 Card 5365 | | 24.40 | |
| 7/26 | | Purchase authorized on 07/22 Amazon.Com*2E7B69Q Amzn.Com/Bill WA S461203763371262 Card 5365 | | 51.59 | |
| 7/26 | | Recurring Payment authorized on 07/23 Paypal *Netflix.CO 402-935-7733 CA S38120432524369 Card 5365 | | 8.99 | |
| 7/26 | | Purchase authorized on 07/23 CO Anh Sandwich & Las Vegas NV S381204588546745 Card 5365 | | 26.55 | |
| 7/26 | | Recurring Payment authorized on 07/23 Apple.Com/Bill 866-712-7753 CA S381204636798544 Card 5365 | | 9.99 | |
| 7/26 | | Purchase authorized on 07/23 Legwork Inc. 509-888-0233 WA S461204750664842 Card 5365 | | 319.00 | |
| 7/26 | | Purchase authorized on 07/24 Pho King Vietnames Las Vegas NV S581205720704850 Card 5365 | | 39.11 | |
| 7/26 | | Purchase authorized on 07/24 Petco 1195 6351 Henderson NV S581205738815231 Card 5365 | | 19.47 | |
| 7/26 | | Purchase authorized on 07/24 Doordash*Flame Kab WWW.Doordash. CA S301205840743557 Card 5365 | | 26.73 | |
| 7/26 | | Purchase authorized on 07/24 Doordash*Popeyes WWW.Doordash. CA S461205858165256 Card 5365 | | 18.92 | |
| 7/26 | | Acorns Invest Transfer 072621 1Wxv6S Frank Nguyen | | 99.00 | 35,742.62 |
| 7/27 | | Bankcard-8563 Btot Dep 210726 535354930124631 Heavenly Smiles Dental | 351.00 | | |
| 7/27 | | Recurring Payment authorized on 07/26 Apple.Com/Bill 866-712-7753 CA S301207300823866 Card 5365 | | 0.99 | |
| 7/27 | | Purchase authorized on 07/26 Doordash*Fuwa Tepp WWW.Doordash. CA S581208000397912 Card 5365 | | 29.01 | |
| 7/27 | | Purchase authorized on 07/26 Doordash*The Habit WWW.Doordash. CA S581208002568843 Card 5365 | | 29.14 | |
| 7/27 | | Online Transfer to Nguyen F Portfolio Checking xxxxxx0153 Ref #Ib0Bzx4Flj on 07/27/21 | | 3,000.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/27 | < | Business to Business ACH Debit - Sls Mortgage Pay Web Pay 210726 000001340405335 Nguyen,Frank | | 3,523.14 | |
| 7/27 | | Acorns Invest Transfer 072721 74Yb8S Frank Nguyen | | 18.66 | 29,492.68 |
| 7/28 | | Bankcard-8563 Btot Dep 210727 535354930124631 Heavenly Smiles Dental | 713.00 | | |
| 7/28 | | Purchase authorized on 07/25 Amzn Mktp US*2E4Z3 Amzn.Com/Bill WA S461207061236603 Card 5365 | | 38.34 | |
| 7/28 | | Purchase authorized on 07/26 Pho King Vietnames Las Vegas NV S301207681858953 Card 5365 | | 40.20 | |
| 7/28 | | Purchase authorized on 07/27 Amzn Mktp US*2E6D8 Amzn.Com/Bill WA S461208373445599 Card 5365 | | 12.99 | |
| 7/28 | | Purchase authorized on 07/27 Doordash*Stephanos WWW.Doordash.CA S381208682472037 Card 5365 | | 32.72 | |
| 7/28 | | Purchase authorized on 07/27 Doordash*Gata Thai WWW.Doordash.CA S381209032133689 Card 5365 | | 55.57 | |
| 7/28 | | Acorns Invest Transfer 072821 Tr0F9S Frank Nguyen | | 18.15 | |
| 7/28 | | Acorns Later Transfer 072821 Vwd99S Frank Nguyen | | 105.00 | 29,902.71 |
| 7/29 | | Bankcard-8563 Btot Dep 210728 535354930124631 Heavenly Smiles Dental | 299.00 | | |
| 7/29 | | Mobile Deposit : Ref Number :813290724003 | 173.00 | | |
| 7/29 | | Mobile Deposit : Ref Number :813290724036 | 220.80 | | |
| 7/29 | | Mobile Deposit : Ref Number :913290724092 | 1,779.20 | | |
| 7/29 | | Acorns Invest Transfer 072921 Dq35Bs Frank Nguyen | | 8.16 | 32,366.55 |
| 7/30 | | ATM Check Deposit on 07/30 2658 W Horizon Ridge Park Henderson NV 0007113 ATM ID 1722E Card 5365 | 11,592.40 | | |
| 7/30 | | Purchase authorized on 07/28 Amazon.Com*2P6K12E Amzn.Com/Bill WA S581209612138344 Card 5365 | | 512.95 | |
| 7/30 | | Purchase authorized on 07/28 Doordash*Red Robin WWW.Doordash.CA S581210036642046 Card 5365 | | 37.61 | |
| 7/30 | | Purchase authorized on 07/29 Doordash*Outback S WWW.Doordash.CA S381210856971869 Card 5365 | | 78.31 | |
| 7/30 | | Purchase authorized on 07/29 Doordash*Popeyes WWW.Doordash.CA S381210857848973 Card 5365 | | 18.92 | |
| 7/30 | | Acorns Invest Transfer 073021 Jkb5Cs Frank Nguyen | | 9.54 | 43,301.62 |
| Ending balance on 7/31 | | | | | 43,301.62 |
| **Totals** | | | **$71,062.56** | **$55,142.52** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*<  Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1524 | 7/23 | 476.00 | 1531 | 7/16 | 88.91 | 1536 | 7/19 | 791.23 |
| 1525 | 7/2 | 13.40 | 1532 | 7/19 | 35.00 | 1537 | 7/22 | 1,000.00 |
| 1526 | 7/1 | 296.19 | 1533 | 7/20 | 154.95 | 1538 | 7/23 | 22.31 |
| 1527 | 7/1 | 198.00 | 1534 | 7/22 | 199.94 | 1539 | 7/20 | 59.68 |
| 1530 * | 7/22 | 350.40 | 1535 | 7/22 | 263.07 | | | |

* Gap in check sequence.



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2021 - 07/31/2021 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|
| WX/W5 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 122 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Good News! The daily ATM withdrawal limit for each debit/ATM card linked to your checking/prepaid account is being increased to $1,010 effective between July 1 and July 19, 2021. To view your card's daily dollar limits at any time, sign on at wellsfargo.com/cardcontrol and click on Card details. Note: your card and account must be in open status for ATM limit increase to be applied. If you recently updated your card's ATM limit above $1,010 before this change noted above occurs, the change will not be applied.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . − $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DocuSign Envelope ID: 80F8C8FD-870A-4CDB-8F01-70E5B1B79DB2



## Payment and Hosting Agreement Contract

By this contract, dated 5/19/2021 , **Frank Nguyen** , hereafter known as "Customer" or "you", agrees to make payments to **VBit Mining LLC**, hereafter known as "we", "us" or "Service Provider", by the following schedule:

**Order Number:** 10025498

Down payment of $ 82638 will be paid to the Service Provider upfront, and a monthly payment in the amount and duration chosen below by Customer will be made by the Customer to the Service Provider.

Please select a monthly payment plan duration and amount below: 24 Monthly Payments

**36 Monthly payments in the amount of**

Tentatively
Starts On:
6/19/2021

**24 Monthly payments in the amount of** 3,443.25

**12 Monthly payments in the amount of** 6,886.50

**6 Monthly payments in the amount of**

The first monthly payment will be due 30 days after the first day your equipment is installed and actively running. All subsequent payments will be due on the first of each month or the next business day after the first if the first of the month is a banking holiday. This payment schedule is enforceable by law, and the methods described below will be use in cases of delinquent payment.

In exchange for payments described above, Service Provider will render the following services to the Customer:

**Initial Fixed Hosting Term length\* of:** 2 Year Hosting

\*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting Term Update Form).

**Use and leasing rights with a buyout option to:**

Black Diamond Package consisting of dedicated Antminer S19 series computer server hashboards with an average of 840,000 GH/s computer computational power, hereafter known as "Equipment".

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

Use and leasing term length will be equivalent to Fixed Hosting and Monthly Hosting Term lengths held by Customer. Customer can execute buyout option on Equipment referenced above at any time by submitting a written request of buyout execution and shipment of said equipment. Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of this agreement in additional to a $1.00 USD buyout and the balance of all payments described above.

**Payment Method:**

The balance due to Service Provider monthly will automatically be debited from Customer's account provided below (ACH and Credit Card only). The Payment method can be updated by completing a Payment Update Form.

Please select one: ACH Bank Withdrawal (USA ONLY)

**ACH Bank Withdrawal (USA ONLY):**

> Account Holder Name: Heavenly Smiles Dental Inc
>
> Account Billing Address: 2642 w Horizon Ridge Pkwy Ste 4a
>
> Street Address: 2642 w horizon ridge Pkwy Ste 4a
>
> City: Henderson
>
> State: NV
>
> Zip Code: 89052
>
> Bank Name: Wells Fargo bank n a
>
> Account Type: Business
>
> Routing Number: 321270742
>
> Account Number: 6842146307

**Credit Card (2.9% additional convenience fee applies):**

> Cardholder Name:
>
> Card Number:
>
> Expiration Date:
>
> 3 (*or 4 if AMEX*) Digit Security code on back of card:

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

Account Billing Address:

Street Address:

City:

State:

Zip Code:

**Monthly Invoice for Bitcoin (BTC) / Cryptocurrency Payment (Invoice will be sent to email address on file and must be paid through Customer's corresponding QABU account)**

By providing your account information, you are authorizing Service Provider to automatically charge and debit your account for the amounts listed in this agreement. At our discretion, we can process automatic credit card / debit card payments which will incur an additional convenience fee of **2.9%** for any past due amounts due to us.
At our discretion, we can automatically debit any of your wallets associated with Service Provider for any amounts due to us.

This agreement is binding, and failure to meet its terms will allow the Service Provider to take certain recourse. Customer will be allowed a five (5) day grace period from the due date to make the full agreed upon monthly payment. If Customer fails to make the full monthly payment within the five (5) day grace period, a Late Payment Fee will be added to payment (see section 3.5). If Customer fails to make full payment of the balance due within ten (10) days from the due date, the Customer's account will be considered in default and Customer will surrender any rights to the Equipment or output from the Equipment to Service Provider and no refunds or payments will be offered to Customer. In case of default, Service Provider may provide Customer with hardware equaling the average computational power of at least 25% of the original equipment package at its discretion.

In addition, the following terms and conditions apply:

1. **Service.**
1.1.    Facility. Service Provider will provide server hosting facility, electrical power, and Internet access to Customer at Service Provider's and partner facilities (the "Facility") for the purposes of installing, maintaining, and operating Customer's leased or owned servers and ASIC chips (the "Equipment"), which may be updated from time to time to add or delete Equipment with written notification to the Customer.

1.2.    Uptime and Repairs. Service Provider guarantees at least 95% annual uptime based on the calendar year. If annual uptime falls below 95%, Service Provider will credit Customer hosting service credits based on the amount of downtime in excess of allowed downtime. All

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

maintenance and repair services are included in Fixed Hosting Terms. If Service Provider is unable to repair the Equipment, Service Provider will provide a one (1) time replacement that is equivalent to the Equipment for each unit of the Equipment over the entire term that the equipment or its replacement is hosted with Service Provider.

**2.       Term and Termination.**

2.1.      Term. The Agreement commences on the earliest date Service Provider notifies Customer that any Equipment has been received and turned on by Service Provider ("Installation") and shall remain effective until Customer notifies Service Provider in writing of intent of termination. You may request termination of the contract at any time, and request buyout and shipping of the hardware described in this contract to you. A shipping and handling fee for the corresponding package (listed below) in addition to a $1.00 USD buyout payment is required in these circumstances. This agreement may be changed by Service Provider at its discretion for reasonable cause.

Package Shipping and handling fees (USA rates, for international shipping please add 30%):

Copper:             50USD
Silver:              50USD
Gold:               75USD
Platinum:          225USD
Diamond:          775USD
Black Diamond: 1800USD

2.2.      Termination for Cause. Service Provider may terminate this Agreement for cause immediately following written notice to Customer if Customer: (a) fails to make any payment(s) due pursuant to this Agreement; (b) violates, or fails to perform or fulfill any covenant or provision of this Agreement, and any such matter is not cured within five (5) days after notification from Service Provider; or (c) enters into bankruptcy, dissolution, financial failure or insolvency, sale or merger with another person, corporation or entity, unless approved in advance by Service Provider.

2.3.      Effect of Termination. In the event of a Default by Customer, Customer agrees to pay immediately to Service Provider all amounts then owed. If Customer fails to make any such payments, Service Provider shall have the right to (a) sell or retain possession of; (b) reconfigure for Service Provider' use; or (c) remove and store at Customer's expense, all or any portion of the Equipment without any cost, obligation or liability of Service Provider to Customer.

**3.       Fees and Payment.**

3.1.      Initial Setup Fees. Customer shall pay Service Provider the Initial Setup Fees of $0 USD.

3.2.      Monthly Hosting Term Fees. At the expiration of Customer's hosting service term with Service Provider, described above in this contract, if Customer does not purchase another Fixed

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

Hosting Term contract, Customer's account will convert into a Monthly Hosting Term contract. Monthly service fees for Monthly Hosting Term contracts are based on the Service Provider's published market price listed on its website (www.vbitmining.com) at time of billing and can change at Service Provider's discretion based on market conditions. Monthly Hosting Term services do not include any repair, warranty or insurance services.

3.3     Repairs. Any repairs not included in hosting term contracts will be billed at $150 per hour for labor. Parts pricing will be based on actual market cost plus 20%.

3.4.    Taxes. Where applicable, Customer is responsible for paying any and all taxes, including without limitation any federal, state, or local taxes on manufacture, sales, gross income, receipts, occupation, or use.

3.5     Other Service Fees. Additional Service Fees may apply. For updated fee information, please see the Service Fee Disclosure found on Service Provider's website (www.vbitmining.com).

3.6     Refund Policy. VBit Mining offers a 100% satisfaction guarantee policy and shall provide a full refund of all monies paid if a Customer notifies and returns the product to the Company within seven (7) days of the sales transaction (order date).

After this initial seven-day refund period, the Company nonetheless allows a Customer to return the product between eight (8) and thirty (30) days of purchase (order date) but such refund comes with a 50% restocking fee of the overall purchase price.

No refunds or exchanges will be accepted after thirty (30) days of purchase (order date). Shipping and handling charges incurred will not be refunded.

If Cryptocurrency is utilized for payment, any payment/refunds made will be based on the USD exchange rate at the time of transaction.

4.      Security Interest. Customer hereby grants a security interest in the Equipment in favor of Service Provider and its partners to secure the obligations of Customer under this Agreement. Service Provider may, at such time as it determines appropriate, file a UCC 1 Financing Statement in such places as it determines to evidence the security interest granted by Customer to Service Provider under this Agreement.

## 5.      Network and Access.

5.1.    Network. Service Provider will provide a minimum of 100mbps of local network connectivity to each piece of Equipment on a single Ethernet segment. Customer is responsible for managing all account passwords and for all network and device security, including providing a firewall for devices Customer utilizes to access Service Provider's network. Customer can allocate the Equipment's computational power to their desired pool with written notification to Service Provider. If Customer does not provide a desired pool prior to installation of Equipment, Service Provider will allocate the Equipment's computational power to any pool of its choice on

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

behalf of Customer. Customer can request a change of allocation of computational power to a pool of the Customer's choice with written notification to Service Provider at least 72 hours prior to the desired change.

5.2.    Access. Only those persons specifically authorized by Service Provider may access the Facility. Service Provider may deny or suspend Customer's access to the Equipment based on Service Provider's then-current Security Policies and Procedures including:

5.2.1.  All access into the Facility must be supervised by a Service Provider representative;

5.3.    Hazardous Conditions. If, in the discretion of Service Provider, its employees or agents, any hazardous conditions arise on, from, or affecting the Facility, Service Provider is hereby authorized to suspend service under this Agreement without subjecting Service Provider to any liability.

5.4.    Demand Response/Load Resource Participation Program. If the Facility is located within the state of Texas, Customer understands that Service Provider participates in the Demand Response / Load Resource Participation Program ("LRP Program") for the Texas ERCOT energy grid. The LRP Program is designed to maintain the integrity of the ERCOT grid system. The LRP Program provides ERCOT with the capability to shut off the power load serving Service Provider customers in response to emergency load situations.

**6.      Removals and Relocation of Equipment.**

6.1.    Service Provider may relocate the Equipment within the facility, provided that the site of relocation shall afford comparable environmental conditions for the Equipment and comparable accessibility to the Equipment. Notwithstanding the foregoing, Service Provider shall not arbitrarily or capriciously require Customer to relocate the Equipment. If the Equipment is relocated according to this Section, the cost of relocating the Equipment and improving the Facility to which the Equipment will be relocated shall be borne by Service Provider.

6.2.    If at any time the Equipment not purchased from Service Provider causes unacceptable interference to existing or prospective Service Provider's customers or their Equipment, Service Provider may require Customer to remove or relocate the Equipment at Customer's sole expense. If Customer is unable to cure such interference by relocating the Equipment, Service Provider may terminate this Agreement without further obligation to Customer under this Agreement.

6.3.    In the event of an emergency, as determined in Service Provider's reasonable discretion, Service Provider may rearrange, remove, or relocate the Equipment without any liability to Service Provider. Notwithstanding the foregoing, in the case of emergency, Service Provider shall provide Customer, to the extent practicable, reasonable notice prior to rearranging, removing, or relocating the Equipment.

6.4.    Customer shall not remove any of the Equipment from the Facility without the prior written authorization of Service Provider. Customer will provide Service Provider with written

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

notification a minimum of thirty (30) days before Customer wishes to remove any of the Equipment from the Facility. Before authorizing the removal of the Equipment, Service Provider will verify that Customer has no payments due. Once Service Provider authorizes the removal of the Equipment from the Facility, Customer will remove such Equipment, and shall be solely responsible to bring appropriate packaging and moving materials. If Customer uses an agent or other third party to remove the Equipment, Customer shall be solely responsible for the acts of such party, and any damages caused by such party to the Equipment or otherwise.

**7.     Customer Responsibilities.**

7.1.     Acceptable Use Policy. Customer shall always use the Equipment and maintain the Facility, in a safe manner and according to Service Provider's then-current Acceptable Use Policy.

7.2.     Compliance with Laws. Customer's use of the Facility and the Equipment located at the Facility, must at all times conform to all applicable laws, including international laws, the laws of the state of Delaware, the laws of the states in which Customer is doing business, and the laws of the state where the Facility is located.

7.3.     Licenses and Permits. Customer shall be responsible for obtaining any licenses, permits, consents, or approvals from any federal, state or local government, which may be necessary to install, possess, own, or operate the Equipment.

7.4.     Insurance. It is understood that Service Provider is not an insurer and Customer Equipment is not covered by any insurance policy held by Service Provider. Customer is responsible for obtaining insurance coverage for the Equipment. Equipment leased by Customer from Service Provider will be covered under policies held by Service Provider. Any balances owed to Service Provider by Customer and claim expenses incurred, including but not limited to attorney, accountant, and investigator fees, will be deducted from any insurance claim payouts before the remainder is released to Customer.

8.     Common Carrier. Service Provider and Customer agree that Service Provider is acting solely as a common carrier in its capacity of providing the Service hereunder, and is not a publisher of any material or information. Furthermore, Service Provider has no right or ability to censor materials or information traversed through Service Provider's networks.

9.     Warranty and Disclaimer. THE SERVICE AND THE FACILITY PROVIDED BY SERVICE PROVIDER IS PROVIDED "AS IS." SERVICE PROVIDER DOES NOT PROVIDE BACKUP POWER AND THE FACILITY IS SUBJECT TO SWINGS IN LOCAL TEMPERATURE, WIND, HUMIDITY, ETC. SERVICE PROVIDER MAKES NO WARRANTY WHATSOEVER, INCLUDING ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; or (C) WARRANTY AGAINST INTERFERENCE. SERVICE PROVIDER DOES NOT WARRANT THAT (A) THE SERVICE SHALL BE AVAILABLE 24/7 OR FREE FROM MINOR INTERRUPTIONS; (B) THE SERVICE SHALL MEET CUSTOMER'S REQUIREMENTS OTHER THAN AS SET OUT IN THE DOCUMENTATION; OR (C) THE

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

SERVICE SHALL PROVIDE ANY FUNCTION NOT DESIGNATED IN THE DOCUMENTATION.

10.     Limitation of Liability.

10.1.   Customer understands and acknowledges that in some situations Equipment functionality may be unavailable due to factors outside of Service Provider' control. This includes, but is not limited to network failures, pool operator failures, denial of service attacks, currency network outages, hacking or malicious attacks on the crypto networks or exchanges, power outages, or Acts of God. SERVICE PROVIDER SHALL HAVE NO OBLIGATION, RESPONSIBILITY, AND/OR LIABILITY FOR THE FOLLOWING: (A) ANY INTERRUPTION OR DEFECTS IN THE EQUIPMENT FUNCTIONALITY CAUSED BY FACTORS OUTSIDE OF SERVICE PROVIDER' REASONABLE CONTROL; (B) ANY LOSS, DELETION, OR CORRUPTION OF CUSTOMER'S DATA OR FILES WHATSOEVER; (C) ANY LOST REVENUE TO CUSTOMER DURING OUTAGES, EQUIPMENT FAILURES, ETC.; (D) DAMAGES RESULTING FROM ANY ACTIONS OR INACTIONS OF CUSTOMER OR ANY THIRD PARTY NOT UNDER SERVICE PROVIDER' CONTROL; OR (E) DAMAGES RESULTING FROM EQUIPMENT OR ANY THIRD PARTY EQUIPMENT.

10.2.   IN NO EVENT SHALL SERVICE PROVIDER BE LIABLE TO CUSTOMER OR ANY OTHER PERSON, FIRM, OR ENTITY IN ANY RESPECT, INCLUDING, WITHOUT LIMITATION, FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFITS OF ANY KIND OR NATURE WHATSOEVER, ARISING OUT OF MISTAKES, NEGLIGENCE, ACCIDENTS, ERRORS, OMISSIONS, INTERRUPTIONS, OR DEFECTS IN TRANSMISSION, OR DELAYS, INCLUDING, BUT NOT LIMITED TO, THOSE WHICH MAY BE CAUSED BY REGULATORY OR JUDICIAL AUTHORITIES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE OBLIGATIONS OF SERVICE PROVIDER PURSUANT TO THIS AGREEMENT. EXCLUDING ANY CLAIMS FOR INDEMNIFICATION UNDER SECTION 11, SERVICE PROVIDER' LIABILITIES UNDER THIS AGREEMENT, WHETHER UNDER CONTRACT LAW, TORT LAW, WARRANTY, OR OTHERWISE, SHALL BE LIMITED TO DIRECT DAMAGES NOT TO EXCEED THE AMOUNTS ACTUALLY RECEIVED BY SERVICE PROVIDER FROM CUSTOMER IN THE 3 MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE CLAIM.

10.3.   Customer's sole remedy for performance or non-performance of the terms of this Agreement shall be a refund of any fees paid to Service Provider for the current service month. Unless applicable law requires a longer period, any action against Service Provider in connection with this Agreement must be commenced within one year after the cause of the action has occurred.

10.4.   Customer agrees to look exclusively to Customer's insurer to recover for injury or damage in the event of any loss or injury and releases and waives all right of recovery against Service Provider.

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

11.     Indemnification. Customer will indemnify, hold harmless, and defend Service Provider, its subsidiaries, employees, agents, directors, owners, executives, representatives, and subcontractors from any liability, claim, judgment, loss, cost, expense or damage, including attorneys' fees and legal expenses, brought by any party on account of the Equipment or Customer's use of the Equipment, or any injuries or damages sustained by any person or property due to any direct or indirect act, omission, neglect or misconduct of Customer, its agents, representatives, employees, contractors and their employees and subcontractors and their employees.

You state and confirm that you shall indemnify, defend and hold harmless our Company, and all members, managers, directors, officers, contractors, employees, agents and joint venturers thereof, against and from any damages, claims, losses, obligations, costs, expenses, debts and liabilities (including, without limitation, attorney's fees) which arise from:

a. Your access to or usage of the Website

b. Violation of any term of the Cookie Policy, the Privacy Policy or the Agreement by you.

c. Violation of third party rights, including but not limited to property, copyright or contractual right, by you.

The obligations in terms of indemnification and defense detailed in this section 12 are to remain in force beyond the end of your Contract Term and your usage of the Website. You accept and agree that it is your duty to defend us against any such claim, and that we may require that you pay for an attorney or attorneys of our choosing in any such case. You agree and accept that this indemnity includes our requiring you to pay for our reasonable attorney fees, disbursements and court costs. In the event of claims such as those described here, we may choose to settle with any party or parties who bring a claim, and you shall remain liable for damages as if a trial had proceeded.

12.     Miscellaneous.

12.1. Lease Agreement. Service Provider leased certain premises in the Facility from the Facility's owner ("Owner") pursuant to a lease agreement ("Lease"). Pursuant to the Lease, Service Provider has the right to execute and enter into this Agreement for certain space located within the Facility. Customer is not a party to or a beneficiary under the Lease and has no rights thereunder.

12.2.   Representations. The parties have not made or relied upon any representations, understandings, or other agreements not specifically set forth in this Agreement.

12.3.   Whole Agreement. This Agreement, the Addendum, and any documents referenced in this Agreement represent the whole Agreement between the parties and is a final, complete and exclusive statement of the terms of this Agreement. No course of prior dealing between the parties shall be relevant or admissible to supplement, explain, or vary any of the terms of this Agreement.

12.4.   Waiver, Severability. The waiver of any breach or default does not constitute the waiver of any subsequent breach or default. If any provision of this Agreement is held to be illegal or unenforceable, it shall be deemed amended to conform to the applicable laws or regulations, or,

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

if it cannot be so amended without materially altering the intention of the parties, it shall be stricken and the remainder of this Agreement shall continue in full force and effect.

12.5.    Amendment. Amendments, modifications, or supplements to this Agreement must be in writing signed by authorized representatives of both parties.

12.6.    Assignment. Neither this Agreement nor any right or obligation arising under this Agreement may be assigned by Customer in whole or in part, without the prior written consent of Service Provider. Service Provider may at any time assign, transfer, delegate or subcontract any or all of its rights or obligations under this Agreement without Customer's prior written consent. Subject to the restrictions on assignment of this Agreement, this Agreement shall be binding upon and inure to the benefit of the parties, their legal representatives, successors, and assigns.

12.7.    Force Majeure. Neither party shall be liable in any way for delay, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing. This also includes planned service and maintenance needs.

12.8.    Venue. Any proceeding concerning this Agreement must be brought in a court in the city of Wilmington, Delaware and each of the parties hereby irrevocably consents to the exclusive jurisdiction of such courts.

12.9.    Governing Law. This agreement shall be governed by the laws of the State of Delaware.

12.10. Relationship of the Parties. The parties agree that their relationship hereunder is in the nature of independent contractors. Neither party shall be deemed to be the agent, partner, joint venturer or employee of the other, and neither shall have any authority to make any agreements or representations on the other's behalf. Each party shall be solely responsible for the payment of compensation, insurance and taxes of its own personnel, and such personnel are not entitled to the provisions of any employee benefits from the other party. Neither party shall have any authority to make any agreements or representations on the other's behalf without the other's written consent. Additionally, Service Provider shall not be responsible for any costs and expenses arising from Customer's performance of its duties and obligations pursuant to this Agreement.

12.11. Interpretation. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation and construction of this Agreement, and this Agreement shall be construed as having been jointly drafted by the parties. The titles and headings for particular paragraphs, sections and subsections of this Agreement have been inserted solely for reference purposes and shall not be used to interpret or construe the terms of this Agreement.

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

12.12. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.

## 13.    Communication

Communication between you and us is to be made in writing, including email and alternative electronic messaging formats as and when required.

## 14.    Data Collection and Protection

You agree that your personal data may be processed in the context of the Agreement for the purposes described within it. You also agree that we may store this data beyond the end of the Contract Term until you specifically revoke our permission to do so. If we are required to collect any further data from you in the context of providing services to you, you agree to provide the necessary data to us without delay.

## 15.    Warranty and Representation

You state and confirm to us that you possess knowledge of cryptocurrencies such as Bitcoin and are familiar with the mining process. You also state that you are familiar with the nature and usage of mining these cryptocurrencies. You acknowledge that the responsibility for maintaining your own software and hardware in order to access and make use of the Services is yours, and yours alone.

We do not warrant or guarantee that the Services will be profitable at any time. You agree and accept that you cannot make any claim against us for any amount of Coins under the terms of this Agreement, and we do not warrant or guarantee value of any output whatsoever.

Additionally, you acknowledge that the value of any Coins mined is dependent on the actual price when compared to any given cryptocurrency/fiat. This is the concept of "Market Price Volatility" and is termed as such.

Furthermore, you state and confirm that you are the beneficial owner of all Coins generated. The content of our Website is provided on the basis of general informational use. The content does not constitute advice, whether formal or informal. We undertake to make reasonable effort to ensure all information listed on our Website is up to date and relevant, but do not make any guarantee, warranty or representation, implied or expressly, that the content of the Website is up to date or complete at any time.

## 16.    Card and Payment Processing

The provisions detailed here apply only to the extent that Services are purchased via debit or credit card.

You acknowledge and agree that if we are unable to continue service provision at any time during the period of your Contract Term, our maximum liability to you is the amount you paid to us at the time our service to you commenced, minus all payments made to you by us up to and including the date that service provision ceased.

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

We make use of third-party services, and the services of the affiliates of these third parties. Our usage of these third party services enables you to make monetary deposits and transfer payments within our Website by making use of the credit or debit card details you have provided to us, hereby termed as "the Card Services", and "the Card Service Provider"). These Card Services include no additional services, and as such do not include cryptocurrency deposit or provision for your account.

We may transfer and share - including transfer across borders - your personal information with the Card Service Provider. This is done for the purpose of performing the Card Services made to our website through the use of your debit or credit card. Your personal information is shared with the Card Service provider only after you choose to carry out monetary transactions by using the Card Service Provider's Card Services. For the purposes of Section 8, your personal information includes information that can or does identify you as an individual, including the information you submitted to us during the registration process. This may include your location and email address, and/or any additional information you may have provided at the point of registration or during your usage of our services.

Additionally, we may transfer non personal data which you have, through your use of our services or your use of our website, provided to us. This non personal data may be used by the Card Service Provider to verify your status and provide authorization for you to make use of the Card Services of the Card Service Provider. The non-personal data may include your transaction history on the website. This data will be provided without any information which can identify you and is used only for the Card Service Provider's examination and assessment.

By your acceptance of these terms, you state and confirm that all information you provide to us is accurate and correct. The provision of knowingly fraudulent or false information, or the fraudulent use of our Services or the Card Services provided to you, is expressly prohibited. You are not obliged by law to provide us or the Card Service provider with any data whatsoever. You therefore state and agree that you provide us and the Card Service Provider with your personal data freely and willingly, for the purpose of obtaining use of our services, and the services of the Card Service Provider.

By making use of the Card Services, you state and agree that you are prohibited from withdrawing any amounts that you have deposited or are entitled to due to the performance of the Services, for a period of thirty two days.

In the event that a payment by you results in material issues including without limitation charge backs, we are entitled to permanently retain all current and future proceeds from Mining Output.

## 17.    Intellectual Property

Our Website, along with its design and images, writings, templates, text, graphics, scripts, features, logos or trademarks contained within (termed as "Marks") are all licensed to or owned by us, and are subject to intellectual property and copyright laws both of the United States and international conventions. We reserve all rights in and to the website, including those not expressly granted. You agree that you shall not engage in the usage, distribution or copying of any contents or components of the Website without our express permission, in writing. Our Website may contain trademarks or service marks of affiliate or other companies, and these may take the form of logos, graphics or text. Your usage of the Website does not provide you with the license or right to make any use of these service or trademarks unless prior permission is obtained from the corresponding owner of these trade or service marks. Our Website is protected

DocuSign Envelope ID: 80F8C6FD-870A-4CDB-8F01-70E581B79DB2

under international copyright law. Redistributing, copying or publishing any part of this Website by you is prohibited. Your usage of our Website does not entitle you to any stake of ownership of the Website.

## 18.    Severability

Should any provision of term of this Agreement be found unlawful, conflicting or enforceable in any other way, the remainder of the Agreement is to remain in force on the same terms as if the unenforceable provision had not been included at inception. If two or more terms of this Agreement or another Agreement you hold with us are deemed to be in conflict with each other, we reserve the right to choose which provision stays in force.

## 19.    Non-Waiver

All rights permitted to us by this Agreement, as well as any additional rights permitted by applicable law, are reserved by us. If we choose not to enforce any provision of this Agreement or any applicable law, this does not constitute a waiver of our right to enforce the same provision should different or the same circumstances occur at any future time.

## 20.    Assignment and Survival

You are not permitted to assign your obligations and/or rights under the Agreement to any other party or entity without getting written consent from us. We reserve the right to assign our obligations and/or rights under this Agreement at our discretion to any other entity or party. All aspects of the Agreement that would be reasonably believed to survive termination remain in force after termination including without limitation the Representation and Warranties, Licensing, Arbitration, Indemnification and Limitation of Liabilities sections.

By signing this agreement, you agree to the terms as described above. Alterations to this agreement can only be made by Service Provider for reasonable cause and Customer must be notified in writing. Both parties will receive a copy of this agreement and will be responsible for upholding its terms.

### Customer

Signature:   Frank Nguyen

Name (Print): Frank nguyen

Date: 5/19/2021

*[handwritten top-left:]* Should be 38,150.75

*[handwritten top-right:]* 11 month only not 12 month Correction with Bank Statement

I am filing a complaint against Advanced Mining (Formerly VBit Mining LLC/Vbit Technologies
INC./VBit
DC Corp.)
Advanced Mining
1625 Washington Ave
Philadelphia, PA 19146
support@vbittech.com

*[handwritten:]* 120,788.75    120,788.75 Total owe from VBiT

Frank Nguyen: I entered into a contract with VBit Mining LLC to buy mining hardware to mine
bitcoins. I have paid the total amount of $124,257.00 for a Black Diamond Package so far.  I paid 1/2 at
the beginning, down payment of $82,638. Monthly basis for 12 months ($3468.25 x 12 month) June
2021- May 2022. (41619) plus 82,638 equals 124.257) *[handwritten: 120,788.75]*
The refund is being requested due to emails from Advanced Mining (formerly VBit Technologies) on
June 27th and July 6th stating that they are no longer doing business with customers in the United
States. This is a direct violation of the VBit Mining Payment and Hosting Agreement Contract that I
signed on May 19, 2021 in which I was to have my machines hosted for two years. I do not agree with
the proposed solution in the email dated on July 6th. January 2022: VBit Technologies INC sold the
company to Advanced Mining for $105 million even though their financial filing (October 22, 2021) to
the SEC showed they were in the negative.
June 27th, 2022: I received an email from Advanced Mining stating that they are no longer doing
business with customers in the United States. In addition, they are not allowing any withdrawals from
my account. Advanced Mining has breached the contract I signed with them. Advanced Mining had
received an order from the Washington State Department of Financial Institutions Division (order # S-
20-3010-21-CO01) to pay back the clients all of the money their clients have paid because Advanced
Mining had violated the Security Act of Washington, RCW 21.20.  July 6th, 2022: Advanced Mining
had mentioned in their email that they are working with US SEC. We have asked for a case # but
Advanced Mining would not respond to our questions to give us further insight about it.
July 17, 2022: I have sent a demand letter to Advanced Mining request them to refund my money. I am
a Nevada Resident, therefore, I am not protected under the Washington State order that was mentioned
earlier. Advanced Mining continues to lie, mislead and fraud me since I signed the contract on May
19,2021. They stole my invested money. There are thousands of clients like me in the similar situations.
I am afraid as of now, they are just using delay tactics to file for bankruptcy.  I have not filed a lawsuit
or arbitration for this complaint yet. I am hoping you and your department will do your due diligence to
protect residents, like me in Nevada, like what the Washington State DFI has done for their people
against these malicious predators.
                    Truely,

                    Frank Nguyen
                    *[signature]* Frank Nguyen 7/21/2022

Names DBA:
Advanced Mining
VBit Mining LLC
VBit Technologies Corp
VBit DC Corp
Information of Executives/individuals who are/were involved with VBit/Advanced Mining:
*Danh Cong Vo: former CEO of VBit Technologies INC, Phone # 267-815-2119, 1823 S Dover Street,
Philadelphia, PA 19145
*Katie Vo: wife of Danh Vo, was involved with the business
*Lillian Zhou: present CEO of Advanced Mining stated by Danh Vo
*Sean Tu was the former CTO for VBit Mining and just recently became the COO for Advanced
Mining.
email: tusean76@yahoo.com
*Jin Gao: Vice Chairmen, phone # 267-251-9268, email: jin_gao88@yahoo.com
*Ken Ho: COO for VBit Mining, left the company shortly after Danh Vo left in January 2022
*Theodore Brian Mucellin (PA attorney ID# 208493): Advanced Mining had hired Ted as new COO,
about
one month later, Ted left the company. Phone# (610) 730-8622, 1212 E Susquehanna Avenue, Apt E
Philadelphia, PA 19125

*Correction*

Frank Nguyen
2700 Botticelli Dr
Henderson NV 89052
Member ID
903688
Order Number: 10025498 please see attached VBit
Mining
Payment and Hosting Agreement Contract
Email: bleachmen@gmail.com
Phone: 702 217 9117

July 15, 2022
Sean Tu
COO
Advanced Mining
1625 Washington Ave
Philadelphia, PA 19146

*38,150.75*

*120,788.75*

Dear Sean Tu:(and all representatives)
I am formally requesting a refund in the amount of $~~124,257.00~~ for a Black Diamond Package.  I paid
1/2 at the beginning, down payment of $82,638. Monthly basis for 12 months ($3468.25 x 12 month)
June 2021- May 2022. ~~(41619~~ plus 82,638 equals ~~124,257)~~ *120,788.75*
The refund is being requested due to emails from Advanced Mining (formerly VBit Technologies) on
June 27th and July 6th stating that they are no longer doing business with customers in the United
States. This is a direct violation of the VBit Mining Payment and Hosting Agreement Contract that I
signed on May 19, 2021 in which I was to have my machines hosted for two years. I do not agree with
the proposed solution in the email dated on July 6th.
If a refund is not administered by August 16, 2022 (roughly 30 days after this notice) a court filing will
be filed against Advanced Mining/VBit Technologies. In addition to the refund amount, a request for
reimbursement of filing fees, attorney's fees, and any other costs associated with obtaining the refund
amount may be pursued.
Sincerely,

Frank Nguyen

*Frank Ngn — July 15, 2022*



PostNet NV141
2654 W Horizon Ridge
Pkwy Suite B5
Henderson, NV  89052
702-614-5166

Invoice#: 439646    Clerk: Clerk

07/15/2022  16:57

Cash, Check, Charge
============================================
Description
SKU#           Price      Qty  ExtPrice
============================================
Priority Mail
USPS-PRI       13.75       1     13.75
Sean Tu COO
USPS FlatR Env Pri
Tracking#: 9405511108033879574283
Package ID#: 0179796
Dimensions: 13in. X 1in. X 10in.
Scale Display: 0.15 lb
Chargeable Weight: 1 lb
============================================
                Sub-Total:      $13.75
                Sales Tax:       $0.00
                               ----------
                Total:          $13.75


            CCard Charge:        $13.75
        Approval Number:        018443
        Reference ID Number:    447584019U

        ************5373
        NGUYEN/ FRANK

        I agree to pay the
        above total amount
        according to the
        card issuer agreement.
        (merchant agreement if
        credit voucher)


To track shipments:
  PS: 1-800-222-1811 or www.usps.com
   x: 800-463-3339 or www.fedex.com
     800-225-5345 or  www.dhl-usa.com
      0-742-5877 or www.ups.com
        info, visit Posntet.com

IMG_4006.PNG

https://mail.google.com/mail/u/0

4:15



## USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:**
9405511108033879674283

Remove ✕

Your item was delivered in or at the mailbox at 12:13 pm on
July 18, 2022 in PHILADELPHIA, PA 19146.

**USPS Tracking Plus® Available** ∨



### ⊘ Delivered, In/At Mailbox

July 18, 2022 at 12:13 pm
PHILADELPHIA, PA 19146

**Get Updates** ∨

**Text & Email Updates** ∨



IMG_3843.PNG

https://mail.google.com/mail/u/0/



**2:24**

◀ Mail

☰      This document is now complete.      **CLOSE**

**VBit Mining**

**Payment and Hosting Agreement Contract**

By this contract, dated 3/19/2021                **Frank Nguyen**       , hereafter known as
"Customer" or "you", agrees to make payments to VBit Mining LLC, hereafter known as "we",
"us" or "Service Provider", by the following schedule:

Order Number: 10025498        →  *10025498*

Down payment of $ 82018            will be paid to the Service Provider upfront, and a monthly
payment in the amount and duration chosen below by Customer will be made by the Customer to
the Service Provider.

Please select a monthly payment plan duration and amount below. *Is monthly payments*

                                                                            *tentatively
                                                                            starts on:*
36 Monthly payments in the amount of                                        *9/19/2021*

24 Monthly payments in the amount of  1,443.75

12 Monthly payments in the amount of  6,486.50

6  Monthly payments in the amount of

The first monthly payment will be due 30 days after the first day your equipment is installed and
actively running. All subsequent payments will be due on the first of each month or the next
business day after the first (if the first of the month is a banking holiday). This payment schedule
is enforceable by law, and the methods described below will be use in cases of delinquent
payment.

In exchange for payments described above, Service Provider will render the following services to
the Customer:

**Initial Fixed Hosting Term length* of:**  *1 year hosting*

*Fixed Hosting Terms can be updated from time to time with a signed Addendum A (Hosting
Term Update Form).

Use and leasing rights with a buyout option to:

a lock in stored Package consisting of dedicated Antminer S19 series computer server
hashboards with an average of   640,000    GH/s computer computational power, hereafter
known as "Equipment"

1 of 1

Use and leasing term length will be subject to Fixed Hosting and Monthly Hosting Term
lengths held by Customer. Customer can exercise buyout option on Equipment referenced above
at any time by submitting a written request of buyout execution and shipment of said equipment.
Upon such request, Customer shall pay the shipping and handling fee described in section 2.1 of

AA  🔒 na4.docusign.net  ↻

IMG_3841.PNG

https://mail.google.com/mail/u/0

1:19

.ıll 5G 🔋



Hello Frank ☰

## Profile Manager

🛡 Identity Verified

Member ID:  903688 🗐

| **Sites** | My Profile | Security |
|---|---|---|
| Password | | Access Log |



Mining



AA 🔒 advancedmining.io ↻

   

7/21/2022, 9:55 AM

# **<u>EXHIBIT I</u>**

-effectively because VBit "operate[s] some of the largest and most efficient mining facilities in the world, with unprecedented access to clean, cheap power and expert staff."

6.     VBit sells its mining packages partly using a multi-level marketing structure, under which purchasers of the mining packages can act as salespersons, recruit other salespersons, and earn commissions based on their sales and the sales of their recruits. VBit does not provide training to its salespersons on how to advertise or explain the mining packages, or on how to avoid misrepresenting the packages to potential customers. Many of VBit's salespersons in Washington had minimal experience with Bitcoin mining or cryptocurrency more broadly, and sold the packages primarily to other, similarly inexperienced persons by advertising the ease of using VBit's mining packages and the potential for substantial passive returns.

### Registration Status

7.  VBit is not and has never been registered to sell securities in the State of Washington, nor has it filed a claim of exemption from registration.

Based upon the above Tentative Findings of Fact, the following Conclusions of Law are made:

### CONCLUSIONS OF LAW

1.     The offer and/or sale of the combined Bitcoin mining hardware and service packages, as described above, constitute the offer and/or sale of a security as defined in RCW 21.20.005(14) and (17).

2.     VBit Technologies Inc. has violated RCW 21.20.140, because, as set forth in the Tentative Findings of Fact, it offered and/or sold securities for which no registration is on file with the Securities Administrator.

Based upon the foregoing and finding it in the public interest:

CONSENT ORDER

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

IT IS FURTHER AGREED that the Securities Division has jurisdiction to enter this Consent Order.

IT IS FURTHER AGREED that Respondent VBit Technologies Inc. enters into this Consent Order freely and voluntarily and with a full understanding of its terms and significance.

IT IS FURTHER AGREED that in consideration of the foregoing, Respondent VBit Technologies Inc. waives its right to a hearing and to judicial review of this matter pursuant to RCW 21.20.440 and Chapter 34.05 RCW.

**WILLFUL VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE.**

CONSENT ORDER

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

Signed this ___18th___ day of ___June___, 2022.


Signed by:

VBit Technologies, Inc.


___/s___
Lillian Zhou
CEO

SIGNED and ENTERED this ___12th___ day of ___July___, 2022.


William M. Beatty
Securities Administrator

Presented by:

Adam N. Yeaton
Financial Legal Examiner

Approved by:


Brian J. Guerard
Chief of Enforcement

Reviewed by:


Holly Mack-Kretzler
Financial Legal Examiner Supervisor

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

Finalized

## STATE OF WASHINGTON
## DEPARTMENT OF FINANCIAL INSTITUTIONS
## SECURITIES DIVISION

IN THE MATTER OF DETERMINING
Whether there has been a violation of the
Securities Act of Washington by:

VBit Technologies Inc.

Respondent

Order No.: S-20-3010-21-CO01

CONSENT ORDER

## INTRODUCTION

Pursuant to the Securities Act of Washington, RCW 21.20, the Securities Division of the Department of Financial Institutions ("Securities Division"), and Respondent VBit Technologies Inc. do hereby enter into this Consent Order in settlement of the matters alleged herein. Respondent VBit Technologies Inc. neither admits nor denies the Findings of Fact and Conclusions of Law as stated below.

## FINDINGS OF FACT

### Respondent

1.      VBit Technologies Corp. ("VBit") is a Delaware entity formed on July 24, 2018, with its principal place of business in Philadelphia, Pennsylvania. VBit's business is selling Bitcoin mining hardware and associated services, using a multi-level marketing structure.

### Nature of the Conduct

### Overview

2.      From approximately August 2019 to October 2020, VBit offered and sold approximately $156,000 of Bitcoin mining packages to approximately 82 Washington residents. These mining packages, which combined mining hardware with VBit-provided services, purportedly enabled purchasers to earn Bitcoin with little or no effort on their part.

CONSENT ORDER

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

## Background

3.      "Bitcoin mining" refers to the use of the miner's computer (either their personal computer or, more commonly, a computer dedicated specifically to mining) to aid in the processing of Bitcoin transactions. Bitcoin transactions are organized by "blocks," which together form the "blockchain," a public ledger of all transactions using Bitcoin. The first Bitcoin miner to complete a given block is rewarded with a number of Bitcoin (currently 6.25). Because Bitcoin is extremely valuable and only the miner who completes a block receives Bitcoin, mining is extremely competitive, and many Bitcoin miners purchase specialized hardware to mine more quickly and efficiently. Bitcoin miners also commonly join public "mining pools," which combine multiple users' computing power and distribute any Bitcoin rewards to users of the pool in proportion to their contribution of mining power.

## VBit's Mining Packages

4.      VBit offers packages with two primary components: (a) hardware, in the form of "hashboards" specialized for Bitcoin mining, and (b) accompanying services which enable the purchaser to mine Bitcoin with little to no effort on the purchaser's part. On its website, VBit has advertised to potential purchasers of its services that "[y]ou don't need to do anything regarding the setup or maintenance of your hardware. We take care of logistics, installing and updating software, providing affordable electricity, and keeping your equipment cool and in working order." Generally, the mining hardware and service packages are linked; although VBit offers the hardware on its own, most purchasers buy the hardware together with VBit's hosting services.

5.      VBit further promotes its mining packages by explaining that purchasers do not need Bitcoin mining experience or expertise. In particular, VBit's website has claimed that its "service makes mining Bitcoin accessible to everyone," and that purchasers do not need "to buy expensive equipment and waste [their] time on setting it up." VBit has further advertised that mining package purchasers can mine more cost

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

Finalized

## STATE OF WASHINGTON
## DEPARTMENT OF FINANCIAL INSTITUTIONS
## SECURITIES DIVISION

IN THE MATTER OF DETERMINING
Whether there has been a violation of the
Securities Act of Washington by:

VBit Technologies Inc.

Respondent

Order No.: S-20-3010-21-CO01

CONSENT ORDER

### INTRODUCTION

Pursuant to the Securities Act of Washington, RCW 21.20, the Securities Division of the Department of Financial Institutions ("Securities Division"), and Respondent VBit Technologies Inc. do hereby enter into this Consent Order in settlement of the matters alleged herein. Respondent VBit Technologies Inc. neither admits nor denies the Findings of Fact and Conclusions of Law as stated below.

### FINDINGS OF FACT

#### Respondent

1.      VBit Technologies Corp. ("VBit") is a Delaware entity formed on July 24, 2018, with its principal place of business in Philadelphia, Pennsylvania. VBit's business is selling Bitcoin mining hardware and associated services, using a multi-level marketing structure.

#### Nature of the Conduct

#### Overview

2.      From approximately August 2019 to October 2020, VBit offered and sold approximately $156,000 of Bitcoin mining packages to approximately 82 Washington residents. These mining packages, which combined mining hardware with VBit-provided services, purportedly enabled purchasers to earn Bitcoin with little or no effort on their part.

CONSENT ORDER

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033
360-902-8760

## CONSENT ORDER

IT IS AGREED AND ORDERED that Respondent VBit Technologies Inc., and its agents and employees, each shall cease and desist from violating RCW 21.20.140, the securities registration section of the Securities Act of Washington.

IT IS FURTHER AGREED AND ORDERED that Respondent VBit Technologies Inc. shall be liable for and shall pay a fine of $10,000 on or before the entry of this Consent Order. Payment of the fine shall be deferred until all Washington resident VBit mining package purchasers have been repaid in full.

IT IS FURTHER AGREED AND ORDERED that Respondent VBit Technologies Inc. shall be liable for and shall pay investigative costs of $5,000 on or before entry of this Consent Order. Payment of the investigative costs shall be deferred until all Washington resident VBit mining package purchasers have been repaid in full.

IT IS FURTHER AGREED AND ORDERED that for the $156,000 of Bitcoin mining packages sold to approximately 82 Washington residents as described above, VBit Technologies Inc. shall refund each Washington resident the original price of their mining package, less the value of any Bitcoin mined using their package (calculated as of the date of entry of this order), in exchange for the mining package purchaser's release of any ownership rights to their mining hardware. The refund shall be made in the currency originally used to purchase the package. For any package purchaser who elects not to release such ownership rights, VBit shall send the mining hardware to the purchaser, and shall release the purchaser from any unpaid hosting fees. VBit shall notify the Washington residents of this refund within five business days of the entry of this order, and shall issue refunds or send the mining hardware to the purchasers within 90 days of the entry of this order. After completion of the refund process, VBit shall provide the Securities Division with a summary of refunds made to Washington purchasers not less than 120 days from the date of entry of this order.

DEPARTMENT OF FINANCIAL INSTITUTIONS
Securities Division
PO Box 9033
Olympia, WA 98507-9033