IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN BRENEN, REBECCA BRENEN, SONNY ESLAMPOUR, LOAN LAM, MICHAEL MYERS, FRANK NGUYEN, MOELJADI SANTOSO, PHANNA SO | : CIVIL ACTION :  :  :  :  : |
| v. | : NO. 23-1228 : |
| VBIT TECHNOLOGIES CORPORATION, VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO, KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, THEODORE B. MUCELLIN, JOHN DOE, ABC COMPANIES (1-10), JOHN DOE 1-10 | :  :  :  :  :  :  : |

# **ORDER**

**AND NOW**, this 24th day of August 2023, upon considering our August 9, 2023 order (DI 7) requiring plaintiffs, no later than August 16, 2023, show cause as to why we should not dismiss this matter for failure to prosecute, and finding no timely response, it is **ORDERED** the Clerk of Court shall **dismiss** this case without prejudice for failure to follow a court order and for failure to prosecute.

*[signature]*
MURPHY, J.